BRIGGS ALEXANDER
A PROFESSIONAL LAW CORPORATION

# EXHIBIT A

# CONFIDENTIALITY, TRADE SECRET, AND NON-DISCLOSURE AGREEMENT

This Confidentiality, Trade Secret, and Non-Disclosure Agreement ("**Agreement**") is entered into as of [__01/01/26____________], by and between **MindHYVE.ai, Inc.**, a Nevada corporation ("**Company**"), and [SHADI NACHAT_______] ("**Employee**").

---

## 1. PURPOSE AND ACKNOWLEDGMENT

Employee acknowledges that, during employment with Company, Employee will have access to **highly sensitive, proprietary, confidential, and trade secret information** that is of critical value to Company and that unauthorized disclosure or use of such information would cause **immediate and irreparable harm** to Company.

Employee further acknowledges that Company's business depends on strict secrecy and that Employee's obligations under this Agreement are a **material condition of employment**.

---

## 2. CONFIDENTIAL INFORMATION AND TRADE SECRETS

### 2.1 Definition (Maximum Breadth)

"**Confidential Information**" includes **any and all information**, whether or not marked or designated as confidential, that is non-public and relates to Company or its past, present, or contemplated business, including without limitation:

- trade secrets (as defined under California law and the Defend Trade Secrets Act);
- inventions, discoveries, research, designs, know-how, processes, methodologies, and systems;
- software, source code, object code, models, algorithms, prompts, training data, weights, architectures, and documentation;
- product plans, roadmaps, internal analyses, and technical specifications;
- customer, partner, vendor, pricing, and contractual information;

- financial data, forecasts, metrics, and internal reports;
- security practices, credentials, access mechanisms, and infrastructure;
- any information disclosed by third parties that Company is obligated to protect; and
- any information that a reasonable person would understand to be confidential given its nature or the circumstances of disclosure.

Confidential Information includes information retained in **any form or medium**, including memory.

---

## 3. ABSOLUTE NON-DISCLOSURE AND NON-USE

### 3.1 Non-Disclosure

Employee shall **never**, directly or indirectly, disclose, communicate, publish, transmit, or make available any Confidential Information to any person or entity except as expressly authorized in writing by Company.

### 3.2 Non-Use

Employee shall use Confidential Information **solely and exclusively** for the benefit of Company in the course of Employee's duties and for no other purpose whatsoever.

### 3.3 No Circumvention

Employee shall not use Confidential Information to:

- compete with Company;
- assist any third party;
- develop derivative works or competing technologies; or
- gain any personal or professional advantage outside Company.

---

## 4. PROHIBITED CONDUCT (STRICT)

© 2025 MindHYVE.ai, Inc

Employee shall not, directly or indirectly:

- copy, download, extract, summarize, or recreate Confidential Information except as required for job duties;
- reverse engineer, decompile, disassemble, analyze, or attempt to derive any software, models, systems, or algorithms;
- remove Confidential Information from Company systems without authorization;
- store Confidential Information on personal devices or accounts;
- discuss Company matters with anyone outside Company, including former employees, friends, family, or prospective employers.

## 5. NO PUBLIC STATEMENTS / SILENCE OBLIGATION

Employee shall not make any public statement, comment, post, publication, or disclosure—whether oral, written, electronic, or online—regarding Company, its business, its technology, or Employee's work at Company **without Company's prior written approval**.

This obligation applies **during and after employment**, regardless of whether the information is believed to be publicly known.

## 6. RETURN AND DESTRUCTION

Upon termination of employment or upon Company's request, Employee shall immediately:

- return all Confidential Information and Company property;
- permanently delete all Confidential Information from any personal systems; and
- certify in writing that no Confidential Information has been retained in any form, including memory to the extent legally permissible.

## 7. SURVIVAL AND DURATION

Employee's obligations under this Agreement:

- **survive termination indefinitely** for trade secrets; and
- survive for as long as any Confidential Information remains confidential under applicable law.

---

## 8. CALIFORNIA AND FEDERAL LEGAL CARVE-OUT (MANDATORY, NARROW)

Nothing in this Agreement prohibits Employee from:

- reporting possible violations of law to a government agency; or
- participating in a government investigation or proceeding.

Employee is **not authorized** to disclose Confidential Information to private parties, the media, competitors, or on social media under any circumstances.

---

## 9. INJUNCTIVE RELIEF AND ENFORCEMENT

Employee agrees that any breach or threatened breach of this Agreement will cause **immediate and irreparable harm** to Company. Company shall be entitled to:

- immediate injunctive relief (without bond);
- equitable relief; and
- all available legal remedies, including damages and attorneys' fees where permitted by law.

---

## 10. NO WAIVER / SEVERABILITY

Any failure by Company to enforce this Agreement shall not constitute a waiver. If any provision is held unenforceable, it shall be modified to the minimum extent necessary to render it enforceable, and the remainder shall remain in full force and effect.

## 11. GOVERNING LAW

This Agreement shall be governed by and construed in accordance with the laws of the **State of California**, without regard to conflict-of-law principles.

**[SIGNATURE PAGE FOLLOWS]**

© 2025 MindHYVE.ai, Inc 

## 12. ACKNOWLEDGMENT AND ACCEPTANCE

Employee acknowledges that Employee has read this Agreement carefully, understands it, and agrees to be bound by it as a condition of employment.

| **MindHYVE.ai, Inc.** | | **Employee** | |
|---|---|---|---|
| **By:** | ____________________ | **Signature:** | ____________________ |
| **Name:** | Belal K. Faruki | **Name:** | Shudi Nacnar |
| **Title:** | Founder | | |
| **Date:** | 01/20/26 | **Date:** | 01-20-26 |