BRIGGS ALEXANDER
A PROFESSIONAL LAW CORPORATION

# EXHIBIT B

## INFORMATION SECURITY, NETWORK, AND CLOUD ACCESS ACKNOWLEDGMENT | CALIFORNIA EMPLOYEE

This Information Security, Network, and Cloud Access Acknowledgment ("**Acknowledgment**") is entered into as of **[__01/01/26______________]**, by and between **MindHYVE.ai, Inc.**, a Nevada corporation ("**Company**"), and **[__SHADI NACHAT________]** ("**Employee**").

---

## 1. PURPOSE AND ACKNOWLEDGMENT

Employee acknowledges that Company's information systems, **networks, cloud environments, infrastructure, identity platforms, source code repositories, data stores, models, and internal tools** are **mission-critical assets** essential to Company's operations, security, and intellectual property.

Employee further acknowledges that unauthorized access, misuse, interference, or mishandling of Company systems, networks, or cloud resources may cause **immediate and irreparable harm**, including security breaches, data loss, regulatory exposure, customer harm, and loss of intellectual property.

Compliance with this Acknowledgment is a **material condition of employment**.

---

## 2. AUTHORIZED ACCESS ONLY

Employee shall access Company systems, platforms, networks, infrastructure, applications, environments, repositories, and tools (collectively, "**Company Systems**") **solely**:

- for legitimate Company business purposes;
- within the scope of Employee's job responsibilities; and
- using only credentials, accounts, devices, and access rights explicitly granted by Company.

**Company Systems** include, without limitation:

- **all Company networks**, whether wired, wireless, virtual, segmented, internal, external, on-premises, or cloud-based;
- **all cloud environments**, including **Microsoft Azure**, and any successor, affiliated, or third-party cloud platforms used by Company now or in the future;
- identity and access management systems, directories, authentication services, secrets management, and key-vault services;
- virtual networks, compute, storage, databases, containers, CI/CD pipelines, infrastructure-as-code, and orchestration platforms; and
- any system or service that interfaces with or provides access to Company data or operations.

Employee shall **not** access Company Systems out of curiosity, convenience, or personal interest.

---

## 3. CREDENTIAL, IDENTITY, AND ACCESS CONTROL OBLIGATIONS

Employee agrees to:

- maintain the strict confidentiality of all credentials, passwords, tokens, keys, certificates, and authentication mechanisms;
- use **only unique credentials** assigned to Employee;
- comply with all multi-factor authentication, password, rotation, and identity-management requirements;
- immediately report any suspected compromise of credentials or identity; and
- refrain from attempting to bypass or weaken access controls.

Employee shall **never** share credentials with any person, including coworkers, managers, contractors, family members, or third parties.

---

## 4. DEVICE AND ENDPOINT SECURITY

Employee shall:

- use only Company-approved devices, operating systems, software, and configurations to access Company Systems;
- keep devices physically secure and protected from unauthorized access;
- promptly install security updates, patches, and endpoint controls as required by Company; and
- refrain from jailbreaking, rooting, disabling security controls, or installing unapproved software.

Lost, stolen, or compromised devices must be reported **immediately**.

## 5. PROHIBITED CONDUCT | ZERO-TOLERANCE

Employee shall **never**, directly or indirectly:

- access or attempt to access Company Systems, networks, or cloud resources beyond authorized scope;
- attempt to elevate privileges, probe, scan, intercept, monitor, or analyze Company network traffic or infrastructure without authorization;
- bypass security controls, logging, monitoring, or alerting mechanisms;
- introduce malicious code, scripts, exploits, backdoors, or unauthorized tools;
- exfiltrate, copy, screenshot, log, or record Company data except as expressly authorized;
- connect unauthorized devices, services, integrations, or external resources to Company Systems;
- use personal email, storage, messaging, or accounts in connection with Company Systems or data.

Any such conduct constitutes a **material breach**.

## 6. REMOTE ACCESS, NETWORK, AND CLOUD SECURITY

Employee shall:

- access Company Systems only through **Company-approved wired or wireless networks**, secure VPNs, zero-trust gateways, or other authorized access mechanisms;
- comply with all **network segmentation, firewall, routing, and access-control requirements**;
- refrain from accessing Company Systems from unsecured, public, or shared networks without approved protections;
- comply with all **cloud security policies**, including those governing access to **Microsoft Azure**, cloud subscriptions, tenants, resource groups, virtual networks, storage, compute, identity, and monitoring services; and
- use only Company-approved tools and configurations when accessing or administering network or cloud resources.

## 7. CLOUD, INFRASTRUCTURE, AND PLATFORM ENVIRONMENTS

Employee acknowledges that Company's cloud and infrastructure environments—including **Microsoft Azure**—are core operational assets. Employee shall:

- access cloud resources only within assigned roles and permissions;
- refrain from creating, modifying, or deleting cloud resources, identities, subscriptions, or configurations without authorization;
- comply with Company logging, monitoring, alerting, and audit requirements;
- refrain from deploying unauthorized services, images, containers, scripts, or workloads; and
- immediately report any misconfiguration, exposure, or suspected compromise of cloud or infrastructure resources.

Unauthorized access to or manipulation of Company cloud or infrastructure environments constitutes a **material breach**.

## 8. MONITORING AND NO EXPECTATION OF PRIVACY

Employee acknowledges and agrees that:

- Company Systems, networks, and cloud environments may be monitored, logged, audited, and reviewed at any time;
- Company may collect access logs, usage data, security telemetry, and audit records; and
- Employee has **no expectation of privacy** with respect to use of Company Systems, to the extent permitted by law.

## 9. INCIDENT REPORTING | IMMEDIATE

Employee shall **immediately report** to Company any:

- suspected or actual security incident;
- unauthorized access or attempted access;
- credential compromise;
- network, cloud, or infrastructure vulnerability or misconfiguration; or
- policy violation or suspicious activity.

Failure to report promptly constitutes a **material breach**.

## 10. CROSS-REFERENCE TO OTHER OBLIGATIONS

This Acknowledgment supplements and operates in conjunction with Employee's:

- Confidentiality & Non-Disclosure Agreement;
- Intellectual Property Assignment Agreement;

- Invention Disclosure Agreement;
- AI Ethics, Responsible Use, and Third-Party AI Governance Agreement; and
- Data Protection & Privacy Acknowledgment.

Nothing herein limits or replaces those obligations.

---

## 11. RETURN AND REVOCATION OF ACCESS

Upon termination of employment or upon Company's request, Employee shall:

- immediately cease accessing Company Systems, networks, and cloud environments;
- return all Company devices, credentials, and access materials; and
- comply fully with Company off-boarding and access-revocation procedures.

---

## 12. SURVIVAL

Employee's obligations under this Acknowledgment **survive termination of employment** for so long as Employee retains knowledge of Company systems, network architecture, cloud configurations, security practices, or access mechanisms.

---

## 13. CALIFORNIA AND FEDERAL LEGAL CARVE-OUT

Nothing in this Acknowledgment prohibits Employee from reporting possible violations of law to a government agency or participating in a government investigation or proceeding.

Employee is **not authorized** to disclose Company confidential or security-sensitive information to private parties, the media, or competitors.

---

## 14. INJUNCTIVE RELIEF AND ENFORCEMENT

Employee acknowledges that any breach or threatened breach of this Acknowledgment would cause **immediate and irreparable harm** to Company. Company shall be entitled to **immediate injunctive and equitable relief**, without bond, in addition to all other remedies available at law or in equity.

---

## 15. GOVERNING LAW

This Acknowledgment shall be governed by and construed in accordance with the laws of the **State of California**, without regard to conflict-of-law principles.

---

## 16. ACKNOWLEDGMENT AND ACCEPTANCE

By signing below, Employee acknowledges that Employee has read, understands, and agrees to comply with this Acknowledgment as a condition of employment.

| **MindHYVE.ai, Inc.** | | **Employee** | |
|---|---|---|---|
| **By:** | ____________________ | **Signature:** | ________________ |
| **Name:** | Belal K. Faruki | **Name:** | Shadi Nacnat |
| **Title:** | Founder | | |
| **Date:** | 01/20/26 | **Date:** | 01-20-26 |