BRIGGS ALEXANDER
A PROFESSIONAL LAW CORPORATION

# EXHIBIT D

## EQUIPMENT, ASSETS, AND ACCEPTABLE USE AGREEMENT | CALIFORNIA EMPLOYEE

This Equipment, Assets, and Acceptable Use Agreement ("**Agreement**") is entered into as of [ 01 | 01 | 26 ], by and between **MindHYVE.ai, Inc.**, a Nevada corporation ("**Company**"), and [ SHADI NACHAT ] ("**Employee**").

---

### 1. PURPOSE AND ACKNOWLEDGMENT

Employee acknowledges that Company may provide Employee with access to, custody of, or use of **Company-owned or Company-controlled equipment, systems, accounts, credentials, licenses, and other assets** to perform Employee's job duties.

Employee further acknowledges that such assets are **critical to Company's operations, security, intellectual property, and regulatory posture**, and that misuse, loss, or unauthorized access may cause **immediate and irreparable harm**.

Compliance with this Agreement is a **material condition of employment**.

---

### 2. DEFINITION OF COMPANY ASSETS

"**Company Assets**" include, without limitation:

- hardware (laptops, desktops, monitors, peripherals, mobile devices);
- software, applications, operating systems, and licenses;
- cloud accounts, subscriptions, tenants, environments, and resources (including **Microsoft Azure**);
- source code repositories, CI/CD systems, development tools;
- credentials, passwords, keys, tokens, certificates, and access mechanisms;
- data, files, documentation, models, logs, and outputs;
- email accounts, messaging platforms, collaboration tools, and internal systems; and

© 2025 MindHYVE.ai, Inc

- any asset purchased, leased, licensed, issued, reimbursed, or authorized by Company.

Company Assets remain the **sole and exclusive property of Company** at all times.

---

### 3. AUTHORIZED USE ONLY

Employee shall use Company Assets **solely**:

- for legitimate Company business purposes;
- within the scope of Employee's job responsibilities; and
- in accordance with Company policies, instructions, and agreements.

Personal, non-Company, or third-party use of Company Assets is **strictly prohibited**, except as expressly authorized in writing.

---

### 4. CARE, SAFEGUARDING, AND SECURITY

Employee agrees to:

- exercise reasonable care in protecting Company Assets from loss, theft, damage, or unauthorized access;
- keep Company Assets physically secure at all times;
- comply with all security, access, encryption, and configuration requirements;
- refrain from modifying, disabling, or bypassing security controls.

Loss, theft, damage, or compromise of Company Assets must be reported **immediately**.

---

### 5. PROHIBITED CONDUCT | ZERO-TOLERANCE

Employee shall **never**, directly or indirectly:

- share Company Assets or credentials with any unauthorized person;

- install unapproved software or tools on Company devices;
- connect Company devices or accounts to unauthorized services;
- use Company Assets for illegal, unethical, or non-Company purposes;
- copy, transfer, or retain Company data except as authorized;
- allow any third party to access Company Assets.

## 6. INSPECTION AND MONITORING

To the extent permitted by law, Employee acknowledges and agrees that:

- Company may inspect, audit, monitor, or review Company Assets at any time;
- Company may remotely access, manage, wipe, or disable Company Assets; and
- Employee has **no expectation of privacy** with respect to Company Assets.

## 7. RETURN AND RECOVERY OF ASSETS

Upon termination of employment or upon Company's request, Employee shall:

- immediately return all Company Assets;
- cease all use of Company systems and accounts;
- permanently delete Company data from any personal devices, if applicable; and
- cooperate fully with Company asset-recovery and off-boarding procedures.

Failure to return Company Assets promptly constitutes a **material breach**.

## 8. FINANCIAL RESPONSIBILITY

To the extent permitted by California law, Employee may be held financially responsible for loss or damage to Company Assets resulting from **gross negligence, willful misconduct, or unauthorized use**.

Nothing in this Agreement authorizes unlawful wage deductions.

## 9. INTEGRATION WITH OTHER AGREEMENTS

This Agreement supplements and operates in conjunction with Employee's:

- Employment Agreement / Offer Letter;
- Confidentiality & Non-Disclosure Agreement;
- Intellectual Property Assignment Agreement;
- Invention Disclosure Agreement;
- AI Ethics, Responsible Use, and Third-Party AI Governance Agreement;
- Data Protection & Privacy Acknowledgment;
- Information Security, Network, and Cloud Access Acknowledgment; and
- Remote / Hybrid Work Agreement (if applicable).

## 10. VIOLATIONS AND DISCIPLINARY ACTION

Violation of this Agreement may result in:

- immediate revocation of access to Company Assets;
- recovery actions; and/or
- disciplinary action, up to and including **termination of employment**, consistent with at-will employment and applicable law.

## 11. CALIFORNIA AND FEDERAL LEGAL CARVE-OUT

Nothing in this Agreement limits Employee's rights under applicable law or authorizes unlawful deductions, penalties, or restrictions.

Employee is not authorized to disclose Company confidential or proprietary information to private parties, the media, or competitors.

## 12. GOVERNING LAW

This Agreement shall be governed by and construed in accordance with the laws of the **State of California**, without regard to conflict-of-law principles.

---

## 13. ACKNOWLEDGMENT AND ACCEPTANCE

By signing below, Employee acknowledges that Employee has read, understands, and agrees to comply with this Agreement as a condition of employment.

| **MindHYVE.ai, Inc.** | | **Employee** | |
|---|---|---|---|
| **By:** | ____________________ | **Signature:** | ____________________ |
| **Name:** | Beal K Faruki | **Name:** | Shadi Nachat |
| **Title:** | Founder | | |
| **Date:** | 01/20/2026 | **Date:** | 01-20-26 |