NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
PETER SUNUKJIAN, SBN 196896
peter@briggsalexander.com
PAUL SUNUKJIAN, SBN362716
paul@briggsalexander.com
BRIGGS ALEXANDER, APLC
4300 Campus Drive, Ste. 210
Newport Beach, CA 92660
Tel. 714-520-9250

ATTORNEY(S) FOR: Plaintiff MINDHYVE.AI, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MINDHYVE.AI, INC., a Nevada corporation, Plaintiff(s), | CASE NUMBER: 8-26-cv-971 |
| v. | |
| SHADI NACHAT, an individual; YAHYA NASHAWATI, an individual, and DOES 1-20, Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff MINDHYVE.AI, INC. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| MINDHYVE.AI, INC. | Plaintiff |
| SHADI NACHAT | Defendant |
| AHYA NASHAWATI | Defendant |

April 23, 2026
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff MINDHYVE.AI, INC.