# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MINDHYVE.AI, INC.

PLAINTIFF(S)

v.

SHADI NACHAT , et al.

DEFENDANT(S).

CASE NUMBER:

8:26−cv−00971−SSS−ADS

**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| Date Filed | Doc. No. | Title of Doc. |
| --- | --- | --- |
| 4/23/2026 | 1 | Complaint |

**ERROR(S) WITH DOCUMENT:**

The Civil Cover Sheet (CV−71) is missing or incomplete. All civil actions presented for filing must be accompanied by a completed Civil Cover Sheet. See Local Rule 3−1. Counsel must file a completed Civil Cover Sheet immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83−7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: April 24, 2026

By: /s/ *Estrella Liberato Estrella_Liberato@cacd.uscourts.gov*
Deputy Clerk