UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-00971-SSS-ADSx | Date | August 28, 2026 |
| Title | *MindHYVE.ai, Inc. v. Shadi Nachat et al* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DISMISSING DEFENDANT YAYHA NASHAWATI FOR PLAINTIFF'S FAILURE TO PROSECUTE**

On August 5, 2026, the Court issued an Order to Show Case re Dismissal for Lack of Prosecution ("Order"). [Dkt. No. 25]. Pursuant to the Court's Order, Plaintiff was ordered to show cause in writing on or before August 19, 2026, why this action should not be dismissed, with respect to each Defendant who has not been served, for lack of prosecution.

As of today's date, Plaintiff has not filed either a Waiver of Service, Proof of Service of Summons and Complaint, or a request for extension of time to effectuate service of process as to Defendant Yayha Nashawati.

Accordingly, the Court **DISMISSES** Defendant Yayha Nashawati **without prejudice** from the instant action for Plaintiff's failure to serve and respond to the OSC.

**IT IS SO ORDERED.**