ENARA LAW
2372 Morse Ave., Suite 706
Irvine, CA 92614
949.996.9225

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(SOUTHERN DIVISION – SANTA ANA)**

| | |
|---|---|
| MINDHYVE.AI, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHADI NACHAT, an individual; YAHYA NASHAWATI, an individual; and DOES 1-20,<br><br>Defendants. | Case No.: 8:26-cv-00971-SSS-ADS<br><br>**[PROPOSED] ORDER GRANTING SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS**<br><br>Date: September 25, 2026<br>Time: 2:00 p.m.<br>Ctrm: 2<br>Judge: Hon. Sunshine Sykes |

ENARA LAW
2372 Morse Ave., Suite 706
Irvine, CA 92614
949.996.9225

**[PROPOSED] ORDER**

Defendant Shadi Nachat's ("Nachat") Motion to Dismiss and Special Motion to Strike came on for hearing before this Court on September 25, 2026, at 2:00 p.m. in Courtroom 2 of the above entitled Court, The Hon. Sunshine Sykes presiding.

The Court, having read and considered the Motion papers filed in support of and in opposition to the Motion, the arguments of counsel at the hearing, and the case file in this action, and good cause appearing therefor, hereby ORDERS that:

1. The Motion is granted as to all causes of action;
2. This action is dismissed in its entirety as against Shadi Nachat with prejudice;
3. Plaintiff MindHYVE shall pay all reasonable and necessary attorney's fees and costs incurred by Defendant Nachat.

IT IS SO ORDERED.

Dated:

______________________________

Hon. Sunshine Sykes
Judge, United States District Court