Justin Eballar, Esq. [Bar No. 294718]
Enara Law CA PC
2372 Morse Ave., Ste. 706
Irvine, CA 92614
(949) 996-9225
Justin@enaralaw.com
Filings@enaralaw.com

Attorney for Defendant
*Shadi Nachat*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(SOUTHERN DIVISION – SANTA ANA)**

MINDHYVE.AI, INC., a Nevada corporation,

Plaintiff,

vs.

SHADI NACHAT, an individual; YAHYA NASHAWATI, an individual; and DOES 1-20,

Defendants.

Case No.: 8:26-cv-00971-SSS-ADS

**DECLARATION OF JUSTIN EBALLAR IN SUPPORT OF DEFENDANT SHADI NACHAT'S SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS; COMPLIANCE WITH LOCAL RULE 7-3**

Date: September 25, 2026
Time: 2:00 p.m.
Ctrm: 2
Judge: Hon. Sunshine Sykes

ENARA LAW
2372 Morse Ave., Suite 706
Irvine, CA 92614
949.996.9225

I, Justin Eballar declare as follows:

1. I am an attorney duly admitted to practice before this Court and counsel of record for Defendant SHADI NACHANT in this action. I submit this declaration to establish compliance with Local Rule 7-3 in connection with Defendant's Motion to Dismiss and Special Motion to Strike pursuant to California Code of Civil Procedure section 425.16. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently to them.
2. On August 7, 2026, I contacted counsel for Plaintiff MindHYVE by emakil to inform them of our intent and grounds for filing an Anti-SLAPP motion against their complaint. I also requested counsel's stipulation to extend the time to file a responsive pleading so that we could meaningfully engage in that discussion.
3. On August 10, 2026, I sent a second email to Plaintiff's counsel to ensure they received my prior email and renew my request to hold a Local Rule 7 conference to discuss the anticipated Anti-SLAPP motion.
4. Between August 10 and August 11, counsel and I exchanged several emails agreeing to extend my client's time to respond to the complaint and scheduling a videoconference for us to discuss my client's anticipated motion.
5. On August 12, 2026, from approximately 3:30 p.m. until 4:00 p.m., Counsel for Plaintiff MindHYVE (Peter and Paul Sunukjian) and I engaged in a meaningful discussion of the grounds for my client's Anti-SLAPP motion. Plaintiff's position on the matter is that an Anti-SLAPP will not be granted if the information taken for the purpose of reporting was taken unlawfully. I expressed my disagreement that anything was taken unlawfully and that fraud cannot be protected by company policy. We concluded the conversation with

ENARA LAW
2372 Morse Ave., Suite 706
Irvine, CA 92614
949.996.9225

ENARA LAW
2372 Morse Ave., Suite 706
Irvine, CA 92614
949.996.9225

both of us willing to discuss the issue further after giving the discussion some though, but unfortunately, I was unable to successfully make that follow-up call or meeting happen.

6. While we were unable to come to an agreement as to the merits, we did manage to have a secondary discussion in regard to a global resolution of this case. At the conclusion of that discussion, we agreed to revisit both issues in the coming weeks before the August 28, 2026 filing deadline.
7. I left voicemails for Peter Sunukjian on August 24 and August 26, but did not receive a return phone call.
8. On August 26, 2026, I followed up on those voicemails by emailing Peter and Paul Sunukjian to confirm they received my messages. After sending that email, I received an auto-reply from Peter Sunukjian that he would be out of the office between August 21 and August 28 (the deadline for our filing). I did not receive a call or email from Paul Sunukjian.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 28, 2026 ENARA LAW

By: ______________________
Justin Eballar, Esq.
Attorney for Defendant