Brian Walker, MBA, CPA - **00:00**

[redacted]

Bill Faruki - **00:01**

[redacted]

Brian Walker, MBA, CPA - **00:06**

[redacted]

Bill Faruki - **00:07**

[redacted].

Brian Walker, MBA, CPA - **00:08**

[redacted]

Bill Faruki - **00:10**

[redacted]

Brian Walker, MBA, CPA - **00:37**

[redacted]

Bill Faruki - **00:47**

[redacted]

Brian Walker, MBA, CPA - **00:50**

[redacted]

Bill Faruki - **00:52**

[redacted]

Brian Walker, MBA, CPA - **00:55**

[redacted]

Bill Faruki - **01:17**

[redacted]

Brian Walker, MBA, CPA - **01:22**

So I compared that to. So that was the amount that was paid, and that essentially is the amount of this 562 of the personal loan that you gave to Jim and this $250,000 payment for collateralized Mindhive stock. So that, like, right here, $82 is the difference. And then I'm sure if went even further out, it would basically zero out here.

Bill Faruki - **01:49**

[redacted]

Brian Walker, MBA, CPA - **01:56**

Okay, sure, sure. So the conversation I had with Jim was that at the time that Jim paid 120,000, you were going to collateralize that amount along with another $130,000, which was going to be paid. At least it was believed it would be paid quickly out of DVA for interest or other things. And then, you know, once the cash was in hand, that would be essentially given to you to put in as stock in Minehive. And because Blockstar kind of fell apart, the cash never came in. And so we're just stuck with $120,000 from Jim, along with another 3130 to be paid at some future date when Jim actually gets the cash from DB8.

Brian Walker, MBA, CPA - **02:43**

So the conversation we had the other night was that you were under the assumption that this 812,000 that was paid was essentially the personal loan and the loan to deviate, stripping out the interest expense. But going back and

looking, there's a note for $462,000 given to Jim which is called, constitutes the principal amount. The $108,000 you saw on the books was that was accrued interest through July 16th. So further truing that up, as of Yesterday, it was $123,000 of accrued interest to be paid to Jim when DVA essentially has the cash that's based on the 10% rate that is in that notes documentation. That's what this interest amount is. So. And this $55,000. I know less about this stuff up here just because this all happened, I think quite a, you know, a long time ago.

Brian Walker, MBA, CPA - **03:47**

But basically Jim is saying that $55,000 of interest was owed based on this personal loan and $55,000 of interest. We understand that paying interest is not something you're ever going to do based on your religion. And so Jim said that you, instead of saying, I'm going to pay you $55,000 interest, I will give you stock in mind hype, basically. So that's kind of where.

Bill Faruki - **04:14**

Same position he had that night on the phone.

Brian Walker, MBA, CPA - **04:16**

Nothing changed, basically. But it makes a lot more sense to me looking at these numbers to say, okay, well, this 812 matches up pretty much exactly with these two amounts paid in token. Whereas nothing's been paid for principal on this DB8 loan along with nothing's been paid for accrued interest on it as well. So Jim wants these, the, you know, the additional $130,000 to be put as mine hive stock, which he will pay the $130,000 as soon as DV8 has the cash to pay him back for these principal and interest owed to him, basically. So that's the, that would, that was the conversation essentially that I had with him. Go ahead.

Bill Faruki - **05:04**

No, so good. I'm trying to see if there's any delta from what he was alleging that night. I understand what he's alleging. He's been, he's been saying this for a while, even before he got involved. But there's a fundamental misassumption here which he's not agreed to. Okay.

Brian Walker, MBA, CPA - **05:18**

Okay.

Bill Faruki - **05:19**

The fundamental misassumption here is the 250 on row number five. We, we'll get to the interest and how we got to 812,000 or 800. Actually, I computed 813,000. Okay, we'll get to what the 813,004 was in a second. Okay, let's just break this out into two separate components, okay? The M stock was a never collateralized initially. Initially was never being collateralized. Okay? The only reason why there was a collateralization event, okay, is because I was buying out Ray Sutton. Ray wanted me to buy him out. And he asked. This whole thing started a little history, so you get the context, okay? Ray Sutton asked me to buy him out. He was starting cash. I said, I can't. I can't buy you out for cash. He asked me for RDGX. I said, I'll buy you up with RDJX.

Bill Faruki - **06:12**

And at the time RDGX was going higher was $25 at the time I agreed to give Ray Sutton RDGX at $1 2324. You've got it at 122 6. It was about 123,124 at that time, okay? When I offered to buy out 0 out Ray, it was unethical for me not to offer the same to Jim. There was no buyout concept at that point. There was no payoff of interest concept at that point. Had nothing to do with blockstar. Okay? So I offered the same to Jay. When I offered the same as Jim said yes, he wanted the token, okay?

Bill Faruki - **06:44**

When he wanted the token, I said, look, guys, I'll give you the token, but what I'm not going to let happen, this is even before the mind have conversation happened, which is why you see one amount going on July 2 and one later on July 16, okay? The earliest conference on July 2. So I said, look, I don't feel it's right that you guys hold on to a bunch of DB8 stock with zero cost basis. You got no risk, no skin in the game, okay? And Ray said, I don't want to let go of my DB8 stock. I said, you can't because you have so much issue to free, right? As advisory shares, you've paid in much less what you paid out. And Jim, you've paid in zero, absolutely 0 for the DVA stock you own the 22%. You've paid nothing.

Bill Faruki - **07:30**

And on top of that, I'm collateralizing something you paid nothing for. At least I'm collateralizing raise paid something. Even if it's less than half, it's about 1/3 you paid nothing. So why would I collateralize something that you paid nothing for, you understand?

Brian Walker, MBA, CPA - **07:48**

Yeah.

Bill Faruki - **07:49**

So you hold 22% of 10 million shares, okay, of which you've got zero skin in the game. I'm paying it back to you and I'm collateralizing something. This is crazy. This is where the first disagreement started. What you're asking for is insane, okay? It's, it's greed. You're triple dipping. You're holding the stock, right? You want the company to pay you back for the stock and you want to hold rdjx. The Jim said, okay, fine. I said, here's what I'll do. I will collateralize the stock in the stock only, okay? No interest. I will collateralize the stock and the stock only, okay? At what price though do I collateralize it? Is it at 1715, which is the price where it was at the time? What am I collateralizing it at? Okay, with Ray, at least I know how much he's got in. I gotta.

Bill Faruki - **08:38**

I know how much you got to give him back. I know what's in, I know what's out. What's out is at the current rate of 122, right? In, out, no problem with you. There's nothing in. So what to out at? To which Jim said to me, look, there's two basically amounts of money owed to me. 1.2 million. Which is that spreadsheet of his, okay, the one in the email.

Brian Walker, MBA, CPA - **09:01**

Yeah, these two.

Bill Faruki - **09:04**

How much is that? Those. No, there was. Yeah, yeah, exactly, exactly, exactly. Okay. And he broke out the interest from it because I refused to do that. Because when I'm collateralizing him, that means I'm paying out of my pocket, right? And that's a sin for me to do. I won't do that. So he broke out the interest. All right? Now the difference between what that amount is minus the interest was 812,000. It's a pure coincidence actually that you're seeing some numbers now. This is before even we got to the mind conversation. Okay, let's. I'll get to the mind hype in a second. So because he was bugging me to collateralize something that he had no money in. Four, right? I said, fine, I can't do it off of the value of the stock because you got no money in.

Bill Faruki - **09:54**

And I can't do it on the current price either. I can't buy you at the current price because you got zero cost basis. So that's out. And with rates and in out colonization, you put money x dollars in. I'm paying you X dollars out. In RDGX with you, I've got no basis so what is your total principal? He said my total amount is this amount. One million, whatever. I said no, minus interest out. He minus out. It turned out to be whatever. I gave him an rdgx then mind dive, conversation happened later. And I'll get you the 250.

Brian Walker, MBA, CPA - **10:27**

What I'm stuck on is stripping out interest specifically from this 462 because this is the principal from the note.

Bill Faruki - **10:37**

Oh, the interest on deviate I've got no problem with. I've told you I'm okay with interest on deviate. Right. I just, I wasn't going to collateralize it. What I'm saying is when I paid the 800 whatever thousand to him, right, I wasn't paying him for interest on DV8. Right. I was just basically paying him for any money had out of pocket. Hard money out, not money hard money out plus interest. Which is why the number I paid him was less than 1,024,000. He broke out the interest from this.

Brian Walker, MBA, CPA - **11:10**

462 from the total just for the.

Bill Faruki - **11:17**

Sum of B3 and B. Yeah, yeah. Look at his email. If you go back to his email, right, you'll see your 1,024,000 equates to what he's showing in the email. It includes interest.

Brian Walker, MBA, CPA - **11:34**

[redacted]

Bill Faruki - **11:36**

[redacted]

Brian Walker, MBA, CPA - **11:48**

[redacted]

Bill Faruki - **11:51**

Yes, it is. It is. It's the interest. It's the interest that I said no to that is the fundamental problem. Yeah.

Brian Walker, MBA, CPA - **11:57**

Jim's claim is that there's no interest baked into this 1.024 not true.

Bill Faruki - **12:03**

Okay, okay, where is it? So it was. What was this? July 16th? Yeah, July 16th. Okay. The whole thing is over. Interest. The whole interest has been the bane of our existence ever since day. Since this problem started in July and I lost my number also when he, I saw it on the balance sheet, the income expense or whatever, that's why I went. I freaked out. Because interest has been carrying on for a very long time. It's been two years since I turned back to Islam. I've said no to interest to him. And then it popped back up again and I'm like, man, you keep sliding interest into this now you went behind my back and you had a conversation offline with Brian about interest and made its way back in my books again.

Bill Faruki - **12:46**

I lost my temper one night which is why I lost my temper again that night on the phone. Because he's bringing interest into this again and we've been talking about. I'm trying to go. I'm scrolling back. Okay. I'm scrolling back to my emails.

Brian Walker, MBA, CPA - **12:58**

What I don't understand is why it's a problem to have accrued interest on the DV8 loan.

Bill Faruki - **13:02**

I don't have any problem with DV8. I just not going to collateralize with RDGX. Because that means it's money. Me paying for interest. I don't care. I told you on that night, I don't have any problem paying interest from DB8. DB8 is a corporation. It could pay interest if it wants. I'm not going to pay for interest. I'll pay you principal, sure.

Brian Walker, MBA, CPA - **13:20**

But what I didn't understand was why you were upset seeing interest on the books for dda.

Bill Faruki - **13:25**

The reason I was upset seeing interest on the books is because when I had told them no interest and I'm paying you off, he said, no interest. None whatsoever. We're square when we're square. Then why do I see interest anywhere? You. But fine after the fact, you want to bring it back on the books, that's okay. But you told me no interest. You said okay, you punted on the interest. Now how the hell did it show up my books? When we had an agreement, then you went behind my back and you had a comment. Which is why I asked in the conversation that night. I said, how did you find that number? I was trying to pin Jim down because I knew that there was no way that number would have shown up there if he. Somebody hadn't told you that number.

Bill Faruki - **13:58**

I wasn't part of that conversation. And I'd expressly told him no interest. So it made it back. And that was unethical. Which is why I lost my temper that day when I first saw it. Okay, so James Barry. This transaction happened when? Let's see. The transaction happened July 6th. I got. He's been trying to get this interest from me by hookah, by crook, and it's driving me nuts. Okay? So here you go. So let's. Let me show you this again. So I'm going to forward this one to you. This is the last one. Okay. It'll match the numbers you have. Okay. Brian, why don't you pull that email up? And then there's one on July 2nd. I'll show that to you. Okay. Date. Okay. Scroll down. There you go. Okay, so that. Yeah. Okay, so now that 562, 462 was inclusive of interest. Okay.

Bill Faruki - **16:00**

Now I'm going to find you the original one before which was I think the second. Where is it? So it's 564.

Brian Walker, MBA, CPA - **16:04**

I, I'm having a problem with the 462 because that contradicts the note, the note which says the portion because.

Bill Faruki - **16:14**

There'S more interest built up. Is that why built up since then.

Brian Walker, MBA, CPA - **16:33**

The full repayment of 462 plus interest, if any. Shall we do yada, 10%?

Bill Faruki - **16:40**

No, he's. No, no. This, this 462, okay. The 462 when we did it was previous money I owed him which had interest built into it. Then he's refinancing it. So this 10% is anything beyond that, any interest above it afterwards. This 462 had baked interest from before historical. Baked interest. Okay. It was refinanced and added a new interest rate to it. You understand?

Brian Walker, MBA, CPA - **17:07**

Huh.

Bill Faruki - **17:08**

So the original 462 was not all principal. If, if he actually. Not that he's going to do it, but if he went back in time and look at the total amount of money he paid me wasn't 462. So when we redid the agreement in 2022, he took all the historical money that he loaned to me from the time I got out in November 2018. Okay. And he had interest accruing on that. And then he had like eight, 10 different loan agreements every time. You do like 10,000 here, 15,000 there. Right. He would do a loan agreement. They're like so many loan agreements. I said, Jim, just put it all together in one. So he took them all together and made them 462. Right. Which had previous history built interest built into it.

Bill Faruki - **17:48**

And then anything that's above 462 till today would be accrued on top of that 3 to 10%. So when he went back to 462, which is the original one which had interest in before, I said Jim, take the interest out of that too. And he said, oh, it's roughly about, he did some simple math and he said it's roughly about this much. I was going to remove that from it and we removed it and I still can't pay you that. And so you remove it.

Brian Walker, MBA, CPA - **18:10**

Do you have or is there any sort of documentation around Jim stripping out the interest from these amounts?

Bill Faruki - **18:16**

No, this was the conversation which is what the documentation is only no it's my conversation. That's the day I paid him the money, the token. That was the day when he gave me a rough number, said it would equate to this much. And I said finally just paid it because he was bugging me because the price was moving up. He wanted right there and then. So here's the second one. Okay. This is the second email which is on September though. Let's see here. Yeah, so there's another email coming to you either. Brian, just take a step back for a second. The guy's got no money in. If I'm going to pay him any amount of rd, deviate and forget about me. If deviate is going to pay in any amount of RDGX for principal and or interest, right.

Bill Faruki - **19:05**

Why are we paying him anything for stock he owns for free?

Brian Walker, MBA, CPA - **19:10**

I don't know. That's what's throwing me off so much. Why? Why? Why?

Bill Faruki - **19:15**

That's the logic. So now you understand the logic. It was historical money he owed me, I owed him that I zeroed out. Now he's asking for DBA to pay interest on historical money I personally owed him that I'm paying him back for. Now he's taxing deviate for interest. That's unethical. I've already zeroed you out, man. And that's still holding DBA stock for no money. And this got nothing to do with DVA collateralization? You want to book it? He books it that way for tax reasons. Okay? He doesn't take it as income to himself, so he books everything through DBA because of his taxes. So he's using DV as a shell to cover himself for taxes. I get that. I understand why he's putting on DB8 books. But the reality of it is I'm not collateralizing any DV stock he had no money in.

Bill Faruki - **20:00**

I'm just paying it back my personal stuff. And he's using a deviate as a shell for tax reasons. Because if I pay, let's just say if I paid him money back, right? He's already written off the debt to me from his taxes as bad loans. So if I paid him back now he's got to amend whatever he's got to do tax wise, right? So he's hiding behind deviate stock and he's taking the tax benefits of the pass throughs from the K1s that he was getting all those years too. So he was getting double benefit. He took a loss basically on the loan he defaulted on loan. He took a loss on that, right? Then he got DV8 stock. Now he's got the DV8 stock. He's taking the expenses of DBA too, right? Which is coming from other people's money, not his.

Bill Faruki - **20:46**

He was taking the expenses too, and he's still holding the stock. Now I'm collateralizing back. I'm paying him back my RDGX to offset any previous loans I owed him of $462,000 plus $562,000. But I said, I'll pay it off, just take the interest component out. He said, fine. So I netted it down to whatever your spreadsheet's showing, which is $812,082. That's fine, right? Minus saying 813. Now he's trying to steal all the DVA stock and he's got to put the interest back on the company again. Jesus Christ, man. You've already taken a tax write off for the loan as a back loan. You've already taken the K1s, you know, all the benefits for no money in. So you've taken a benefit from the company for tax expenses, no money in. You own the stock, no money in.

Bill Faruki - **21:26**

I've paid you back every dime of principal and now you still want interest on top of that. That's why I lost my tip. I know the game he's playing and he went behind my back and told you about the interest and put on the books.

Brian Walker, MBA, CPA - **21:42**

So based on this calculation of paying 812, 813 and the difference between the 2024, that implies 212 ish thousand dollars of interest. Does that bring, does that sound like the amount that Jim had stripped out for interest?

Bill Faruki - **22:02**

I don't remember. They bought the exact amount because I was so frustrated with him that day. I'm like, just tell me how much owe you. Minus I'm going to sell you right now. You know what I mean? It was like that kind of conversation. I was getting so frustrated with him because I was getting so mad that he's taking tax write offs, he's written off the bad debt, he's holding stock for no rhyme reason, the company's about to go, you know, huge pretty soon. And then I'm doing all this and now inside, whatever the number one is, just tell me verbally, ethically, tell me this is interest. He goes, yes, it's interest. I said, fine. Because as long as ethically you tell me that is interest right in front of God's eyes and I pay you that, then I'm done, right?

Bill Faruki - **22:33**

So I didn't even look at the Number. I said, just tell me this is how much I have to take off the top of interest. He said, this is the number. I said, okay, so I owe you this much because. Yes, that was. I was square with God at that point.

Brian Walker, MBA, CPA - **22:43**

Okay, great. So on the. So you guys essentially agreed to pay no. Or nothing further with interest on this personal loan then.

Bill Faruki - **22:54**

Yeah. There is no more interest of any kind, period. Zero personal or deviate actually. But I said to you, I capitulated with you last night. That night I said fine, if he wants to charge deviate again, it's unethical, but I don't really care. At least it's not haram to me. Right, but really there should be zero interest of any kind.

Brian Walker, MBA, CPA - **23:11**

But. But from a DV8 standpoint, if there was a baked interest amount with this right. Wouldn't he still be owed that interest that was stripped out to be paid back from DV8 if there was interest.

Bill Faruki - **23:25**

Baked into 462 prior to DV8 being formed? Right. Meaning interest to me. Not to deviate.

Brian Walker, MBA, CPA - **23:37**

No, no, I don't think that's to you. I think it's to deviate.

Bill Faruki - **23:43**

Oh, I see you. Oh, okay, sorry. 560 versus I'm sorry, my mistake. I'm looking at the screen now. I got your finger. It's okay. Yeah, okay, fine. Yeah, I wasn't looking at the screen. Okay, so you're talking the 460, not the 5. Yeah. Yes, correct. So if there is interest in there before you reaffirm the loan. Correct. From 2019 or from 2020 to 2020 from the time we formed deviated till the time we refinance the loan. Right. The total amount of principal is 462 baked in. Correct. Absolutely agree. Right. So that is what deviate owes him. No doubt about that. Right. I went ahead and zeroed out his principal on that. I agree. Okay. Minus the interest component.

Brian Walker, MBA, CPA - **24:21**

So what I'm saying is that you've taken out the interest component. You paid the loan portion that to for DV8. But what I'm saying is if there's a baked interest component to this 462, then it would. I would argue he removed it.

Bill Faruki - **24:40**

That's what I'm saying. He removed that. So he removed interest from. So the sum total of 562 and 462 is 1,024,000. It's in your spreadsheet. Right. And it's in the email. Okay, fine. When he verbally removed the interest out, what I was left with about 813,000. So now as far as I'm concerned, and he's concerned, as of July 16, as far as were concerned, were square on everything. In column B3 and column B4, were done. There should be no column C3, cell C3, or cell C4. Do you understand? As of July 16, there should have been no C3 or C4. Now there was only 250 to talk about C5, B5. I'm sorry.

Brian Walker, MBA, CPA - **25:28**

Well, and maybe this was just a part of the discussion that you had with Jim. Just because what I'm saying is, okay, let's say of this 462. Let's say that over time there was $50,000 of interest baked into it. Okay? And you stripped that out and said, okay, well, it's only going to be 412 that I'm going to pay to you. Right. And so you're saying, okay, well, this principal amount is paid up, but because there was some accrued interest from the time that it started to the time that this was actually paid, there's still this $50,000 of interest that is essentially left unpaid. So what I'm saying is, did you guys either agree to just.

Bill Faruki - **26:09**

No, no, we agreed that there's nothing more. We agreed were square. That was the word that was used. We're square. That was the agreement. We're square.

Brian Walker, MBA, CPA - **26:16**

Okay, so then this would just be nothing. Then there would be no.

Bill Faruki - **26:20**

It's all nothing. Right, right.

Brian Walker, MBA, CPA - **26:21**

Okay.

Bill Faruki - **26:22**

Because that is why I blew up when I saw the 108. You see, I didn't know what the numbers were, but when I saw any kind of interest, I'm like, how can anything be on my books at all, of any kind when we are quote, unquote square?

Brian Walker, MBA, CPA - **26:32**

Okay, Because I, I didn't know you guys. Yeah, I didn't know you guys were square. I just looked at the loan.

Bill Faruki - **26:37**

Yeah, I didn't know he would go and tell you that there was 180,000 of interest either, which. What made me so damn mad that day.

Brian Walker, MBA, CPA - **26:43**

But from my perspective as an accountant, I'm like, great, you have a loan. Here's your accrued interest.

Bill Faruki - **26:47**

Book it.

Brian Walker, MBA, CPA - **26:48**

Good.

Bill Faruki - **26:48**

So I, I got mad at you for letting it be on the books and showing it as being paid, which made me mad because, like, how could we have paid it? That's how it showed up. And you said, no, it wasn't paid. But then I got mad at him that day for how the hell did 108 show on the books. And he goes, it shouldn't. I'll talk to Brian. So I said, okay. Then when we have the conversation two nights ago, it's back there again. And that's when I lost my temper again. Like I just discussed this with you. That no interest. When I saw Brian did the expense statement, money paid out, you said, no, that was a mistake. How. How are you now bubbling this up to me again in this conversation with Brian?

Bill Faruki - **27:23**

To which I said, brian, how did you get that number again? I wanted to catch him, okay? That's why everything, basically, when I paid him $812,000. So I paid him according to your numbers in column J, K and L. When I paid him $120,000 on July 2, and then I paid him the sum of 129,561. July 16, when I first paid him 100 and whatever. 20,000 on July 2, I paid him something. I forget why. I paid broken in different payments. I forget why. And then I paid him the other amount of money on. On the 16th when I paid in the whole sum total of 812, as you show it, that effectively zeroed out everything in B3 and B4 minus interest. And were quote, unquote square. Now we can move to Mindheim, the collateralization of Mindheim, if you want to get there.

Bill Faruki - **28:21**

But that was my understanding. That's why I paid him that 813. Otherwise, why wouldn't I just paid him 1,000,024? It's a very simple calculation. It's 560 plus 460. Boom. Bam. I would have paid that immediately. Right. Why is there a delta between 1,024,000 and 813,000? Such a discrete value. Right. Why is that delta there? It's because of the interest, according to him.

Brian Walker, MBA, CPA - **28:46**

So no portion of this $813,000 was paid was ever to collateralize anything from mine.

Bill Faruki - **28:55**

No, no, no. Nothing. Nothing. Nothing. Nothing, Nothing. That's out of the question. I was never going to collateralize my talk period. Why the hell would I collateralize? Why not?

Brian Walker, MBA, CPA - **29:06**

That was the question I've had this entire time.

Bill Faruki - **29:09**

Why would. No way that. You heard me yell at him too. I was never collateralizing. You heard me yell at him too, on that call with you. There's your questioning. I'm questioning it. I don't know where he thinks I'm going to now collateralize an investment in AI company. He's insane. That's just egregious. That will make me even more mad than the interest part. He's already. Listen, dude, from the grand scheme of things, Brian, take a step back. As an accountant, forget about conversation now just think about it strategically. As an accountant, as a stakeholder in the company, right? Think about the history of it. Start with DBA. You're taking a loss on a personal loan, Mr. Investor, you've taken it right off. Now you announced, huh.

Brian Walker, MBA, CPA - **29:53**

Before this conversation. I didn't know they even did that. So keep going.

Bill Faruki - **29:56**

Yeah, well, I'm telling you, that's why I'm getting up to sync, right? So think now I'm giving you the story. Now process this, okay? You've got money out, you've written it off as a bad debt, you've taken your write off, fine, you've got 22% of the company or the allegedly the way you booked it on your books for this 462 you've paid in plus interest, okay? Actually for the principal. Okay, fine, you own a bunch of stock in the company and deviate, which now is doing really well, Alhamdulillah, because all of these autonomous AI projects that we're doing is all deviate revenue, okay? And Blockstar, which blew up only because of John Thomas, otherwise Blockstar and Altus Community Healthcare, which is still in the pipeline. And after a small little company and all these little ones, these all deviate contracts, okay?

Bill Faruki - **30:38**

So you hold 22% of that company, 2.2 million shares roughly for no money in. And you've already taken a tax write off on the money end. Now all this time since 2020 till today, you've also been taking the expenses pass through as a tax write off. So you've been benefiting from no money in basically, right. All this time and I've been looking the other way. Okay, no problem. Okay, no problem. Okay, no problem. I've been, I'm letting it go. Okay, now you've taken the write off for the principal from the government. You're taking the write off for the expenses non stop for four years,

three years or whatever time went to C4 push forward. So three and a half years, rough think, I mean, I don't know how many years anyway. Three, three and a half years.

Bill Faruki - **31:18**

Now I'm collateralizing it furthermore with a coin that's at the time was worth four or five dollars at A$34. So there's a baked in profit there. The coins at $8. Right now he gets it, he's got it an average price of 128, I think 129. It's at $8. So not only you collateralized, you've taken the tax write off up front. You take the tax write off over the years, you still hold the fucking stock. And on top of that you own a bunch of coin which is worth $8 a coin right now. And now you've got the audacity to ask me for the interest and the audacity ask me to collateralize the mind. I've stocked him. I agree.

Brian Walker, MBA, CPA - **32:03**

I agree it's insane. I agree that it makes zero sense for you to collateralize the mind hype stuff.

Bill Faruki - **32:10**

So you see why I blew up. I blew it up. Not because I just went off the deep end for the first time in my life with you on the phone. I've been going off the deep end with this guy for a very long time about how unfair he actually is, how unethical he is, and he doesn't realize it. It's not like he's deliberately trying to be fraudulent. He doesn't realize what he's doing. He just keeps taking and taking and taking. And I've been giving and giving in the form of the original write off because I had to sign something. I remember when he did the first write off. I had to sign something to him back in like 2020 or 2019 to say to him that I'm sorry, I can't pay you back, right?

Bill Faruki - **32:45**

So you had to demonstrate a bad loan, sign assigned something. I gave him something to avoid out all the promissory agreements. Then he redoes a new promissory agreement, he resurrects that. Now he does it with deviate because previous promissory notes were Bill Farooqi, okay? And he's written that off with the government. And I've signed something saying, and he's taken that loss. Now he does something with deviate. And I said, fine, I go along with him. That then he takes the expense write offs and they're still holding the stock. Now he's taking a $220,000 salary, which I'm shocked. When I found out it was $220,000. I was like, what? I thought it was $180,000. I didn't realize it was $220,000. I still turned the other cheek on that too. I thought it was 180. I never thought it was 220. Honest.

Bill Faruki - **33:28**

Swear to God, I never thought it's 220. I thought it was 180. But then somebody got it up to 20,000amonth. And he told me the offset was for the insurance. And I'm like whatever dude, I don't care. Now he wants me to. And then I pay him back all the RDJX to get rid of his principal without the interest. Now he's baking in $55,000 to me, 120,000 on top of that to deviate and wants me to collateralize mind off stock and he's sitting holding RDJX which is trading at $8. Fine. It's unethical.

Brian Walker, MBA, CPA - **33:54**

It's wrong.

Bill Faruki - **33:54**

It doesn't make any business sense. It's unfair. It's also somewhat fraudulent because when buying my back and told you we owe him interest. I agree.

Brian Walker, MBA, CPA - **34:07**

I agree. Yeah. Okay.

Bill Faruki - **34:19**

Okay.

Brian Walker, MBA, CPA - **34:20**

Well it's helpful to know this context behind this because technically speaking what's also unethical is holding the coin and not giving up stocks or claiming that because you got the tax write off when you shouldn't have because it was never truly bad debt.

Bill Faruki - **34:38**

Correct.

Brian Walker, MBA, CPA - **34:40**

That's not good.

Bill Faruki - **34:42**

Not man. But you know, I've just turned into my friend and helped me when I needed him and I had to make him whole and I made him whole. I could have paid him cash. He didn't. He wanted rdjx. That was a request of his because the probability of this thing going higher. Right. So you know, I as a friend, I bent over backwards for the guy like he bend over backwards when I need and that's okay. But now you can't take advantage of me or the company and especially can get between me and got an interest. Right? Right. Okay. And now if I collateralize my entire stock, can you imagine what some of these guys would think?

Brian Walker, MBA, CPA - **35:17**

Yeah, it's. It's a bad. That's bad optics.

Bill Faruki - **35:22**

And guess what? He asked me on top of this. First of all, he failed me on the 250. Okay. He expected that to be collateralized the 125 or 130. He says he wants me. He's failed me on 250. He wants me to collateralize 130. He basically broke his agreement at 250. He wants me to collateralized 130. He wanted to deviate to pay him the interest which I said no to go and buy the other 120. Furthermore, he wants me to hold the remainder of the stock post sunak coming in at 100 mil valuation or whatever the valuation he came in at. It's like one ask after the other ask with complete disregard for ethics, business sense, fairness for anybody else. Now I'm paying for his health insurance too.

Bill Faruki - **36:14**

And that do you unethically bump the salary up from 180 to 200 and something to offset health insurance? I don't pay for anybody's health insurance. A general policy, you take it out of your paycheck, man. Right. Your salary is your salary. All in. End of story. You want to buy your own health? You want to buy health. I'm not gonna now compensate you for health insurance. I gotta do it for everybody. Then there's a policy. I'm not doing it for anybody across the. My wife. I don't do it for Sheikh Fahi. I said no to Sheikh Zayed. I said no to. Did you unethically take it from 180? That's an additional 22,000, $24,000 of costs that I never expected.

Brian Walker, MBA, CPA - **37:05**

Okay?

Bill Faruki - **37:05**

Take for car, man. Swear to God.

Brian Walker, MBA, CPA - **37:14**

Yeah, you're right. You're right. This collateralization makes zero sense.

Bill Faruki - **37:35**

Okay.

Brian Walker, MBA, CPA - **37:41**

So basically, Jim paid in 120,000, and that's essentially his stock ownership. 120,000 at 50 million valuation.

Bill Faruki - **37:49**

I'm honoring my agreement. I shouldn't do it, but I'm honoring it. You better honor with me, too. Gotcha.

Brian Walker, MBA, CPA - **37:57**

Okay. Yeah, I'm good.

Bill Faruki - **38:05**

[redacted]

Brian Walker, MBA, CPA - **38:23**

Yeah.

Bill Faruki - **38:23**

At the end of the day, I'm answerable to God. And I'm not talking about interest. I'm talking about just business decisions. Right. While I use the company like my personal vehicle, I know how much I'm using and I offset it in some way or the other. Right. I pay it back in some way. Okay. Whether I pay it back at RDJX and currently right now for DV8, I'm sitting on. In a wallet for DV8, I'm sitting On. I took coring, I bought coin for Deviate. Okay? It's right here. I'll send you a screenshot for Deviate. I'm sitting on $13,484 and 437 cents of coin. I'm holding it because DV doesn't have a wallet. You can't have a corporate wallet. Okay? I'm sending it to you. Okay? This is my way of paying Deviate back a lot more than what Deviates paid me. Okay.

Bill Faruki - **39:04**

Because I remember I told you I was going to pay it off, everything. So here, I'm holding this. You look at the name of the wallet at the top. You can see then I also like this. Jav texted it to like this. I've also got money for mine Hive. Here you can see the Mind Hive wallet. You can tell by the name. Okay, here's the Mineheim one. Okay. See the name at the top? If you open the image, right, the first one all the way, look at the very top left hand corner. See what says DB8 is Coinbase ID. That's the deviate wallet. Okay. Then if you look at the other image, I said it says Minetype Coinbase id.

Brian Walker, MBA, CPA - **39:47**

Yeah.

Bill Faruki - **39:48**

Okay, so that's money I'm holding for both these companies. And when the coin becomes liquid, right, that money goes into the company's bank account. Okay. Because I bought token from my pocket, right, for the company. So I was going to zero it all out. I just kept it there for you. It's gone up to 13. At the time when I bought it was that. I don't know, it was that like maybe only a million dollars worth or something. Whatever I owe, Deviate back, right. But it's gone up anyway. So I was going to zero that all because I was trying to tell you it's on an ethical basis, right? I don't feel it's right to take and not give back, period. Right. However, in terms of my compensation, so I don't take any. So, fine, I'll spend money on myself to the company, right?

Bill Faruki - **40:27**

Because I'll offset against compensation. But at the end of the day, if there's anything egregious, if, you know, whatever, you know, I'll offset in some way or the other, I kind of have a good idea. And I kept this money there for dba so that one day when you do a full audit, right? And I'll have the time to figure out exactly how much money's gone out. And we've got accountants already working, we've got a proper system. We can pull this out, everything's categorized correctly and we have time to do it. I'll do it and say, okay, how much do I owe? And I'll just send the money and the usdt, which is the equivalent of US dollars in coin, and we'll be zero. But I don't feel it's fair to take and give, not give back. And definitely no interest with Jim.

Bill Faruki - **41:00**

What makes me mad is that Jim takes, never gives anything back and expects more. And that's just unethical. The guy's got no God factor in him. But that's okay. A lot of people don't. But I won't. And this goes against my ethics, and that's what makes me mad, Brian. Sure.

Brian Walker, MBA, CPA - **41:16**

No, I get it. I get it. I. I am a God fearing man too. And slimy business things are never. No amount of money is worth my integrity.

Bill Faruki - **41:28**

Absolutely not. Absolutely not. And that's why son and I so close with such good friends that we do business with ice floes. Right. Is because we know at the end of the day the one thing that we're united on is God. And I answered God because we pray every morning together. The mosque. Right. And you know, it keeps us aligned no matter what happens. What your word is your bond. And that's the end of that. And with Jim it's the constantly changing, constantly changing. Sneaking in, buying my back, going to you. Bumping up the salary. Sneaking in, buying my bag, going to you, adding interest back in there. Coming back and asking for collateralization mind high stock not honoring his deal on the 250. Making up some funny money. That's why I call it funny money with him. He's always

got funny money.

Bill Faruki - **42:05**

It's like it's his way of money is very funny to me. I don't understand how he does this. I. This guy needs to be reeled in on all this stuff either I'll do it and I'll blow up on the guy like I did that day because I can't seem to get this guy to shut up and just accept that he's just ethically wrong. He'll justify this in some creative accounting way. Right. And then backtrack on things that he said and these things that he's done. It makes me angry. I don't patience the time frame. Okay.

Brian Walker, MBA, CPA - **42:34**

Okay. Well, I guess on my end apologies for not confirming some things.

Bill Faruki - **42:40**

I didn't want to say anything because it's so personal to Jim. I felt I'd be violating privacy. Right. I don't want to tell you about the write offs, the taxes. I don't want to tell you about the stuff because I didn't think it was fair was I don't want to share it with you but I'm at a point right now where I've got to show you the other side of the picture when spreadsheets in front of me. I'm going to explain to the business.

Brian Walker, MBA, CPA - **42:57**

Of all this because I've been in the dark on a lot of stuff and I need to not be in the dark on a lot of stuff.

Bill Faruki - **43:03**

Sure, sure. Well, yeah, of course not now I agree. Yeah.

Brian Walker, MBA, CPA - **43:06**

So. Yeah. Well yeah. I mean that the first thing the other night when I saw was like why the would you collateralize my dust especially when there's no money that's even gone in.

Bill Faruki - **43:22**

But that's true for DBA2. No money in. Actually, no real money in.

Brian Walker, MBA, CPA - **43:29**

Yeah, it was all. I mean, he's double tipping so bad.

Bill Faruki - **43:34**

Triple, triple, quadruple. I've done the math. This one day, he said, I told him, I said, you're double dipping. He's like, I'm not, I'm like, actually, you know what? You're not double. You're quadruple dipping. Because one time a tax write off for the debt. Consistent tax write offs for the next three or so years, holding equity and collateralization and not honoring the mine HIVE stock. It's five times dipping, Jim.

Brian Walker, MBA, CPA - **43:59**

Right, because those deductions would be called deductions in excess of losses in excessive basis, which apparently he had none.

Bill Faruki - **44:08**

So which is why, remember we used to keep arguing about cost basis with him all the time, and he kept trying to establish cost basis, but he has none. And I kept saying, no, you have none. You may have. Remember in the previous conversation or earlier days, I said, you've got none, Jim. That's why I say you got none. Because he has no cost basis. He's, he's fabricating cost basis. But that's between him and his irs. I don't give a shit. I, I, I, I get my nose out of that, but I don't really care to deviate whether his cost. I didn't really care for the tax anyway, so I let him. Gotcha.

Brian Walker, MBA, CPA - **44:41**

Okay, okay.

Bill Faruki - **44:43**

Let's work out for you.

Brian Walker, MBA, CPA - **44:46**

We got a fun conversation ahead of me.

Bill Faruki - **44:48**

Hey, welcome to being a cfo, right? Well, I deal with all these crazy doctors and all these deals and everything. You gotta deal with, I don't know, crazy numbers, I suppose. I told you months before, it's not all about tax filings.

Brian Walker, MBA, CPA - **45:00**

[redacted]

Bill Faruki - **45:01**

[redacted]

Brian Walker, MBA, CPA - **45:03**

[redacted]

Bill Faruki - **45:03**

[redacted]