Bill Faruki - **00:19**

[redacted]

Jason N - **00:23**

[redacted]

Bill Faruki - **00:24**

[redacted]

Jason N - **00:26**

[redacted]

Bill Faruki - **00:30**

[redacted]

Jason N - **00:35**

Well, I am intrigued that. That we can put AI programming behind a token and get it to trade anywhere near this type of market cap. It's like. Say again?

Bill Faruki - **00:53**

You mean the market cap of RDGX?

Jason N - **00:55**

Yeah, or exactly what you explained to me with Blockstar as well, and why that's realistic. So I wrongly assume that quite possibly John was exaggerating some of the potential there, but I can't.

Bill Faruki - **01:14**

[redacted]

Jason N - **01:19**

[redacted]

Bill Faruki - **01:20**

No, I'm not, I'm not. Of course not. Look, it just felt funny. You said I thought John was, and bam, John Thomas's call came. By the way. I gave him a fucking public dressing down yesterday.

Jason N - **01:32**

[redacted]

Bill Faruki - **01:33**

[redacted]

Jason N - **01:37**

[redacted]

Bill Faruki - **01:39**

[redacted]

Jason N - **01:40**

[redacted]

Bill Faruki - **01:42**

Oh, David, of course. How does Davey know? I gave him a dressing dog because the dressing down was only fun as Zach.

Jason N - **01:47**

[redacted]

Bill Faruki - **01:57**

John didn't have it out with me. I had it with John. He was incredibly disrespectful to my staff, and I listened to the Firefly's con transcript. I made sure were in a strong footing. I called my staff up. I wanted to make sure we hadn't deliverable. Anyway, we hadn't made a promise we broke. I wanted to make sure that were in the clear. I checked on three fronts. We were in the clear on every single thing, in fact, ahead of schedule. And the only problem is, he's making demands that were out of scope. Right. And because John's my friend, and I had told my staff to always be supportive of every effort, they took his request, but they were out of scope, and there was no money to pay for it. He's already. Lateness and payment still hasn't come through.

Bill Faruki - **02:39**

And they were still trying to be, you know, in some ways, support the customer, and now he's expecting things in two days when he doesn't get it. This is the third offense. Where is this outright disrespect? My staff and I checked this all out. I verified everything and then I got on the phone with them, just. I said, look, I'm warning you because. You're warning me. I said, I'm warning you. If I have to fire Marc Jacobs or fire you, I'm firing you. I'll fire you as a customer. I absolutely will. You're disrespectful. You don't respect my processes, my protocols. I took an 18 month project, and I'm promising delivery in four months. I took a $6.4 million deal for 1.2 million. I had to convince Marc Jacobs to take this project was an incredibly high risk project.

Bill Faruki - **03:19**

We've got most of my guys on yours. I mean, I've got 3800 employees, but most of my blockchain guys are on yours. I'm doing it for borderline fucking free. I got skin in the goddamn game. You're derailing my project by introducing guys like Dana love into it, and introducing guys like yourself into it who are expecting results. What about when you get what you.

Jason N - **03:39**

[redacted]

Bill Faruki - **03:40**

It's just that everybody wants to add value in some way, right? Using whatever, however they want to convince John that they're worth whatever salary they want. And they get involved with this intellectual, so called intellectual insights and requests and demands and asks of my team, all because they're trying to participate in this bigger picture, and it's just derailing me, right? And then. And then when you don't get what you want, and then you insult my employees and call them fucking bureaucrats. I mean, fuck you, man. You're out. I really don't care about your project. I mean, I care about the project, but I don't care about project. That's gone enough to disrespect my employer and my staff. Think about it. Every time there's a meeting, you're seeing fireflies in this, right? This AI transcription service.

Bill Faruki - **04:19**

Whatever happens in a meeting, at any meeting, that's a DVA sponsored meeting, it goes to staff. And it's not just me. It will permeate down to the engineering team head. It'll permit me down to cybersecurity team head engineering. It'll permit it down to digital transfer. So their vice presence of blockchain AI, cloud, cyber security and digital transformation. And each VP will report in the CTO reports, interviews. So anytime there's a customer issue or customer conversation, Firefly summarizes everything and distributes the notes. And then they all go into training. AI agent. So we have AI internally with a company that helps us operate. She's called Ava. And so all these Firefly outputs go into AVA and it becomes part of our collective knowledge.

Bill Faruki - **05:03**

John, dressing down the chief delivery officer in the company that's basically responsible for managing almost 4000 people is a public event at my company.

Jason N - **05:12**

[redacted]

Bill Faruki - **05:14**

[redacted]

Jason N - **05:33**

[redacted]

Bill Faruki - **05:37**

[redacted]

Jason N - **05:48**

[redacted]

Bill Faruki - **05:49**

[redacted]

[redacted]

Bill Faruki - **06:34**

[redacted]

Jason N - **07:07**

[redacted]

Bill Faruki - **07:19**

[redacted]

Jason N - **07:53**

[redacted]

Bill Faruki - **07:55**

[redacted].

Jason N - **08:03**

[redacted]

Bill Faruki - **08:05**

The meme.

Jason N - **08:06**

For what it's worth, since we're on, and I wasn't planning on talking about John. I'm over him. We don't need to. You don't want to, but I'm happy to at the same time. So I've been debating this week, what am I going to do about this guy? I'd like to make peace. I'm thinking we can work through this. But I've been going back and forth because I knew the time. I was in El Salvador in April, and he bounced two checks on me. A $50,000 check and a $10,000 check. And his heart might have been in the right place, but he never had the money to cover those, and he knew it at the time he gave it to me. So why the hell give it to me?

Jason N - **08:38**

And one of the reasons I know that is because his story and Chris's story did not match at all. And John had Chris call me. And I know this about John, the same reason he wanted me to talk to you that day when we kind of came out, like.

Bill Faruki - **08:49**

And I called you out on it. I knew it. I know the pattern.

Jason N - **08:51**

Yeah, well, I wasn't. Yeah. Look, I'm not going down for this guy, because for all we know, John is still working with the FBI. I don't think he is. But I think if he is on a path to destruction for me, I'm looking at it like, is the money worth putting up with this? Well, now that I've been able to evaluate the situation. I still want to make peace, but then at the same time, I'm like, what Davey shared with me. Davey is not allowed to contact Zach or Danae. Why? Because John does not want his people communicating internally. That's how tight he's trying to hold things. I guarantee you. Because he can't control information, because he tells one person one thing, he tells somebody else something else. And so if everyone's taught it's a divide and conquer strategy, I'm convinced of it.

Jason N - **09:48**

But in the case of you to talk to your people that way, it's exactly how he talks to his team. Everybody on this team is going to get fired eventually. Everybody's going to get fired.

Bill Faruki - **09:59**

It's fear based management. It says fear based management, and I find it interesting that there's fear based management being dished out by an individual that has no leverage over you, meaning he can't afford to pay people. This is the part that used to make me wonder why even you are in all this, right? Why do people with credentials, okay, people who have some degree of acumen and value to add, sure, work with somebody that has no money to pay for that intellectual capital. I don't understand. Which is why all you guys really fucking confuse me, okay? I don't

understand. I know what I'm doing getting out of this. I know what I'm getting.

Bill Faruki - **10:35**

I'm getting basically, a good narrative to back a really good currency that if we deliver it, we can, and we can get that market cap up to where we think it is. That 5.4 million coin to us is 54 million. It's another crypto project for us that's a good use case for our tech. So I get it. I get why we're doing it. I don't get why.

Jason N - **10:52**

Tell you why I'm doing it. I'll tell you why. Because I have. I bought tokens at $0.10 on a dollar. So if we get this thing operational and it starts to trade, I can make ten times on my money really quick.

Bill Faruki - **11:04**

But you're not getting test or $0.10 on it all. You are getting something that Jason generated, put it on the USB drive, which is worth. Not tense. All. It's worth zero on the dollar.

Jason N - **11:13**

No, he does not deliver tokens to me, and I won't take those tokens.

Bill Faruki - **11:17**

That's what I'm saying. So how do you get something that's $0.10 on the dollar with the guy that doesn't know how to make, even make ticket from zero to $0.10? There is no. There is no intrinsic value to anything at this point except for what I'm doing, correct?

Jason N - **11:32**

No, I'm banking on what you're doing at this point. Now, listen.

Bill Faruki - **11:34**

[redacted]

Jason N - **11:53**

Well, I didn't have John figured out back then. I'll admit it. I did not have John figured out because John great himself, is much different. Much, much different. I would not have signed up for what I've signed up for had I known that when I figured it out was when he bounced a check. I mean, like, and I just started to put it all together, and I spent a day in his office, and I, you know, he's got this. This CFO that he's planning on bringing on the team, and he's acting like it's a done deal. I hear him trying to talk her into it, and she. She's so polite to him. She's like, john, this is not the opportunity for me. I'm gonna pass. And I'm like, dude, john acted, like, 24 hours ago, this was, like, a done deal.

Jason N - **12:30**

So now I'm figuring it out. Like, oh, at that point, I had only given him a few bucks, so I wasn't worried about it. Honestly, a guy, I kept him out of jail three times, Bill.

Bill Faruki - **12:42**

But I know he told me I.

Jason N - **12:44**

Would do that for almost anybody. So my risk allocation here, yeah, it's a little bit higher. I actually think John will pay back, and if we get something else out of it on top of that, great. And if we don't even get our money back, we're going to be okay. I'm nothing excited about it, but, like, for me, I've always been Leery about John because I knew there was more there. The question was, can I bet on his character? I think I realize now, no, I can't. That's okay, because here's the other deal, Bill. Something really good could come from this. Say, for instance, he can't figure out how to get this thing paid. I want you to let me know.

Bill Faruki - **13:25**

[redacted]

Jason N - **13:27**

[redacted]

Bill Faruki - **13:29**

[redacted].

Jason N - **13:36**

[redacted]

[redacted]

Jason N - **14:20**

[redacted]

Bill Faruki - **14:23**

[redacted]

Jason N - **14:25**

[redacted]

Bill Faruki - **15:04**

[redacted].

Bill Faruki - **16:14**

[redacted]

Jason N - **17:02**

What?

Bill Faruki - **17:02**

[redacted]

Bill Faruki - **17:44**

[redacted]

Bill Faruki - **18:33**

[redacted]

Bill Faruki - **19:19**

[redacted]

Jason N - **19:55**

[redacted]

Bill Faruki - **19:59**

[redacted]

Bill Faruki - **20:43**

[redacted]

Bill Faruki - **21:30**

[redacted]

Bill Faruki - **22:19**

[redacted]

Bill Faruki - **23:01**

[redacted]

Bill Faruki - **23:34**

[redacted]

Jason N - 23:42

[redacted]

Bill Faruki - 23:44

[redacted]

Bill Faruki - 24:22

[redacted]

Bill Faruki - 25:04

[redacted]

Jason N - 25:33

[redacted]

Bill Faruki - 25:34

[redacted]

[redacted]

Bill Faruki - **26:18**

[redacted]

Bill Faruki - **26:58**

[redacted]

Bill Faruki - **27:28**

[redacted]

Bill Faruki - **28:02**

[redacted]

Bill Faruki - **28:41**

[redacted]

[redacted]

Bill Faruki - 29:32

[redacted]

Jason N - 30:13

[redacted]

Bill Faruki - 30:29

[redacted]

Jason N - 30:29

[redacted]

Bill Faruki - 30:47

[redacted]

Jason N - 30:48

[redacted]

Bill Faruki - 31:33

[redacted]

Jason N - **31:37**

[redacted]

Jason N - **32:15**

When I had the SEC issue, and it became very clear that I was going to have to step down, I asked the SEC, I said, what's next? What happens for my family and friends and all these people in my fund I care about? I said, what do In the SEC? Guy was pretty gracious overall. I mean, he fucking wrote a complaint against me that made me look like Bernie Madoff. And, you know, I didn't appreciate that.

Bill Faruki - **32:36**

Don't they always, don't they always.

Jason N - **32:38**

They have to justify their own existence.

Bill Faruki - **32:40**

I understand, exactly.

Jason N - **32:42**

But he, what he did say, he said, look, I can't give you legal advice. He said, but what normally happens, you just put one of your guys in charge here. So I asked a couple of people on my team, and one guy said no, because he didn't want the risk or liability, and he doesn't really understand risk reward anyway. And then it came down to Davey, and honestly, the real reason is because Davey is available, he's loyal as fuck. He doesn't understand this stuff. That's perfect. That's exactly what I needed, because I didn't want anyone to go in and reinvent the wheel. We've gotten our investors a 500% return in the last four years, which I'm both proud of, but we're working with a much smaller amount of money now. Can I continue at that pace indefinitely? Of course not, no. Who could?

Jason N - **33:25**

But I'm very grateful for what we have. And you're not going to believe me, but the reason I make good investments, I think, is because I size up risk reward very well.

Bill Faruki - **33:38**

I believe, by the way, don't doubt for a second. I wouldn't believe it. I would believe it. John is anomaly, though. John can fool people. So in the john's case, I wouldn't.

Jason N - **33:47**

Put it back, but that's the other problem.

Bill Faruki - **33:50**

But you, I believe you. I believe you can get a five.

Jason N - **33:52**

Or me that like wants to believe the best. So it's not that I didn't see it with John. It's that I wanted to believe we could help him turn a corner. And right now he's got a really good team. Dana's a super sweet guy, as far as I can tell. Davey is like, he's angel. Zach, I don't know. I don't know enough about Zach. I don't think he's a bad guy by any means, but, like, he's got a good team, but all those guys are eventually going to get fired. Zach might be the exception, but that's only because Jon can't make this happen without him. But as soon as he can. My concern is what I said to Davey. I said, the man's already a tyrant. When you give him money, and I know what that does. You put him back on top.

Jason N - **34:31**

[redacted]

Bill Faruki - **34:55**

[redacted]

Jason N - **34:55**

[redacted]

Bill Faruki - **34:57**

[redacted]

Jason N - **35:01**

Yes. I mean, he's got little big man syndrome. I mean, I've never. I've never met someone who's so quick on the draw to threaten to beat people up. And he's got to be careful because eventually that woke someone's going to file a restraining order against him. And if he gets mad enough, he might actually be stupid enough to act on what he's saying. Was he a tough guy in prison? In jail when he's locked up?

Bill Faruki - **35:21**

[redacted]

Jason N - **35:32**

He ruled.

Bill Faruki - **35:33**

[redacted]

Jason N - **35:40**

[redacted].

Bill Faruki - **35:43**

No, no. Let me give you a little context. When you told me that, I'm like. I kept quiet. I didn't say anything. I remember the early days. You mentioned that. I didn't say anything. So first of all, there's something called diesel therapy for those people that are not trusted. You're not allowed to self report. Okay. Or for those people whose bail is denied, you're incarcerated immediately, right? And you get put into a maximum security place. Chicago's MCC, okay? But you get segmented away from general population because you're white collar while they figure out your designated spot, and then they ship you to a desert spot. So this whole route from the courtroom to a desert spot is called diesel therapy, in the presence of the. Call it diesel therapy. Okay? I never had diesel therapy. So I never saw what that looked like.

Bill Faruki - **36:18**

I've never had. They never, ever put steel on my wrists, ever. The only reason why I even bothered to do a check in on this whole thing and the BoP required it. I was supposed to get released to home confinement. I'll tell you later. But what happened is because I refused to plead. I refused to plead, okay? I said no. I don't see any sense in me putting in $5 million of my own fucking money into something to steal. You guys are out of your mind. You guys can't follow the money. You can't follow me. That's your problem. Sec is stupid ass forensic accountants can't follow me. So I beat him on wire fraud, but they sealed that appeal. So when you look on Google, it seems like I got convicted of six counts, five of wire fraud. Want to produce responsibility?

Bill Faruki - **36:59**

When I won on appeal in the wire fraud, they seal that. I didn't know when I. When I. When I agreed. When. When it. When I won on appeal, they said, do you mind if we seal? I said, I don't give a fuck. Just get. Get this wire fraud shit off my name. I'll. I'll deal with the fiduciary responsibility. At that time, I thought it was a fine. I did. I said okay to seal. So they sealed it. So if you actually get a court order and open up the appeal, you'll see I'm. I'm. I'm. I'm. I've been acquitted on wire fraud. But at that. Anyway, so at that time, I refused to plea. I fought him. I lost that trial. I lost at the first appeal. I won on the second appeal. All right? So I beat him on wire fraud.

Bill Faruki - **37:36**

But then they did get me in for responsibility. Fair enough. They did. And again, I refused to plea. I said, look, I didn't fucking know I had Foley and Lardner, $400,000 of legal fees. How the hell is a guy like me, as a computer programmer, that built this software that powers hedge funds? Right? Know anything about monthly reporting for managing partners? How the hell do I know? I don't. And so I did the best I can, but fine, I fuck it. So the judge, Ruben Castille, who wrote the book on the federal sentencing guidelines for the Northern District of Illinois, was the presiding judge. And he goes, you know what? I don't have a choice. I wrote the book. I'm already giving a ridiculously below guideline sentence. It's 38 months or some. 40 months or something. Okay, it's 40 months. I think 48 months.

Bill Faruki - **38:13**

At 48 months, you have to do 40. But you know what? Just self report. Let me know when you want to go. So I said, okay, well, fuck, you know. So I left. I left the courthouse. My wife was in tear, my then wife was in tears. She goes, I can't believe you didn't plea. You're going to go away from the family. I like Samina. What am I going to tell my kids when I grow up? That I stole money? That's what wire fraud means. That's how it's going to be perceived. I'm never going to agree to that. Even if I got to go for four years, I'm not going to ruin my legacy and my father's legacy by pleading to something. So I was ready for four years. Talk about John and tough guy.

Bill Faruki - **38:43**

It's all going to come together because I'm going to think seven steps ahead. They come to the conclusion I have to back into a context. Anyway, the BoP says to me, look, there's no reason for you to serve a day. You're going to be on home confinement. I said, great. And then the BoP petitioned, okay, that the judge, to let the judge know that they've designated me to Duluth, but they're not requiring me to come in except for the first 90 days. 1st 90 days. I got to be there for medical reasons, I think you had to be there medical reason. So the judge, I guess, approved it.

Jason N - **39:15**

And I only knew John for 90 days.

Bill Faruki - **39:17**

I didn't know John. I didn't know at that time. I didn't know John, okay? I didn't know John at all. So I get there for 90 days, I'm supposed to cut out 90 days and go home. And during that time, the Bop was unable. Unable to get the home confinement approved at the high level. It was. That was my pre trial officer that had recommended that the BoP said, fine, go there for 90. While I was there for the 90 days, the paperwork did not go through and I had to serve out my sentence. I had to. Okay? And that was a bit of a blow to me, okay? But this is at a 40 years.

Jason N - **39:45**

You'Re saying, or the 40.

Bill Faruki - **39:47**

I had to serve out the 40. It went from 90 days to. It was a devastating blow to me and my family. Devastating. Absolutely. In fact, I think if I look back in time, I'm divorced today because of that. That four year separation with my wife, who's a housewife. At that point, a pakistani girl. Never had to have a job. Didn't know what to do with her life. House, gone. Two Ferraris, gone. Lamborghini, gone. Five Mercedes Benz, gone. Staff, gone. Private schools, gone. All that stuff, gone. And the guy that made it all happen, gone. I mean, it traumatizes a woman. It fucked with her head. She was never normal again after. Till this day, she's still not normal, even though been divorced long.

Bill Faruki - **40:18**

Anyway, so when I had to serve up my time, I got moved to another unit, a really high class unit. It was called the residential drug abuse program, okay? They basically teach you how to deal with people with clinical depression, okay? It was an academic higher intellect unit. Now, this place is a college campus. There's no walls. Jason. You drive in and drive off the whole facility. There's no walls anywhere, okay? You. You're there on the honor system. You can drive in, drive off, you can walk out anytime you want if you want.

Jason N - **40:49**

I know people have been there.

Bill Faruki - **40:50**

Yeah. So John's. So John's in this unit, okay? Which is the somewhat higher intellect unit, where they brought the people who were smarter. So the cardiologist in there and the real estate guys win. And the hedge fund guys in, the politicians in there. And there's this guy that owned car dealerships in there and Joe Perillo's first customers in Heck are. There was a hacker in there.

Jason N - **41:09**

You met Danny Hecker?

Bill Faruki - **41:11**

Hecker, yeah. Danny Hecker was in there. I met Danny Hecker numerous times. Hecker was in there. Plenty of guys. You talking about the car guy, right?

Jason N - **41:17**

Yeah, he said. I mean, he was a notorious car owner here in town. And I know Randy Siebers, the one who brought him down. He was.

Bill Faruki - **41:24**

Danny Hecker was in there. The attorney that got Obama pinched was in there. I forgot his name some. The guy that was flying around with Obama and Blagojevic on his plane trying to cut the deal for the Senate seat. He was in there. Plenty of fucking guys were there. John was just another guy with the fucking story, okay? And when I first met John didn't have much of a story to tell. He was a quiet, meek guy, okay? And then surrounded by a bunch of arguably legitimate heavyweights, okay? John started telling stories. I could. And the stories would happen in the tv rooms. It would happen in the libraries. They would happen in the cafeteria. That happened. The commissary lines. That happened on the bocce ball court, okay? That happened on the racquetball courts. That happened.

Jason N - **42:04**

Stories, stories of greatness, how he went up against the mob.

Bill Faruki - **42:07**

Everybody, everybody's stories of greatness. Everybody's sharing their stories of greatness because that's all they're left with are the stories of greatness for whatever time they're serving out. And so I'm just an observer of people. I'm a people person. I observe what people do. I pick up very quickly on people's agendas. That's why I read John so fucking quickly, and I knew it was full of shit. And so I'm watching people tell the stories. They were like, sell stories, right? They had their moments of greatness in life. Now they're here in prison, all they got left is fucking stories, okay? And so they start telling stories. And Johns listening to stories. And John chimes in these breakouts, you know, over a year or so years, and I noticed John becomes more and more vocal about his real estate stories. And I noticed when a pattern.

Bill Faruki - **42:40**

Im a pattern recognition guy. Im an AI guy. I recognize patterns. I recognize patterns of the stock market. So I used to trade so successful when I was in college. Im a pattern recognition guy, so. And this is my high functioning autism, by the way. Im autistic. Im on the spectrum. Im HFA, okay? So I got so Im looking at patterns in this guy. Im seeing visuals. And I noticed theres one pattern that his stories were becoming more and more elaborate. They were becoming more and more detailed. It went from one building to five proverbial to 20 to only city blocks, okay? And the names of investors started going all the way up to black. Now, some of those people I knew, he didn't know who I was. He didn't know my connection. I kept a mouth shut.

Bill Faruki - **43:17**

My friend was a CP and a lawyer. My best friends and my roommates, okay? I stuck with Neil Thompson, my CPA buddy, and my Mike Bradfield, the Nebraska lawyer guy. We were cool people, had a good time. But John had no idea who I was. Who the fuck I knew, John didn't know was good friends with Ken Griffin. He didn't know that Steve Cohen and I were buddies. He didn't know that Izzy England and I were buddies. Didn't know Mike. Mike clout in the hedge fund industry. What I did, I kept him out shot. But I'm hearing him drop names, and on the context, he's dropping names. I knew that was just fucking impossible. There's just no way that person was doing this with John Thomas. So I started calling bullshit on this guy's stories in my mind, okay?

Bill Faruki - **43:49**

I started reading the guy, reading the guy reading the guy. And then in time, I realized he was just an insecure little mandehead. That's all he was, just an insecure little guy, and he wanted to do great. Does he had it. He had a good run with some billboards or something, okay? He decided to cut some corners. He got pinched on some invoicing bullshit, right? And he's in jail for just another fucking petty white collar crime. But it's. It's turned into this whole, like, confidence form. He was. He may have been. I mean, I've been approached to be a CI numerous times.

Jason N - **44:19**

I'm not the one that put up. They got him locked up. No, he's probably never met Trump before. No, he's act like he acts like.

Bill Faruki - **44:28**

He knows Trump, Jason. 99% bullshit, 1% true. He got pinched on. There was this marina cop. So he. He made a bunch of money in New York reselling. He tells you this arbitrage story. I'm an arbitrage guy. He bought fucking a distressed company through some investor money. He bought this billboard advertising company, bought it for pennies on the dollar in a creative financing lease type of situation. Turn around, resold fucking billboards, made a bunch of money, decided to move to Chicago and replicate, from my understanding, I can't say this with 100% empirical evidence, but I believe the business model was he took what he had in New York, decided to bring it to Chicago. Obviously, next best metropolitan area billboards are allowed. Brought it to Chicago, started doing billboards there, got involved in this marina development plan as a general contract.

Bill Faruki - **45:16**

He was a GC. And in that GC thing, he was basically building the city for some, I guess, city work that had to be done in this marina complex. And he was overstating invoices, man. Typical fraud, right? Typical fucking two bit fraud, okay? Over invoicing, shit. Got benched over 360 grand or some shit like that. Had to do some fucking time. That's all it was. And with his big mouth, wind up angering a bunch of people along the way and brought some civil suits down on his neck. That's all the guys in jail for some petty fucking white collar theft that, you know, I. I wouldn't put it past anybody. That's greedy, okay? I would just. He just happened to be the wrong place, wrong time. Got pinched. That's it. No, I did something wrong. I didn't know what I was doing.

Bill Faruki - **45:55**

I got pinched. I'm a big boy. I fucking got pinched. I'm not going to make it big or smaller. I just got pinched. I want a wire fraud. This guy got pinched. But because he couldn't own up that story amongst hedge fund guys and cardiologists and doctors that owned healthcare agencies, so this guy's story inflated and inflated into some, like, grandiose scam that involve the highest echelons of government and how they use John as a confidential informant.

And he brought Obama to. That's all it was, man.

Jason N - **46:24**

Yeah, whatever.

Bill Faruki - **46:25**

And he lives that story till this day. And then along with it comes this inflated story about real estate tycoon power, I believe, okay? And so I saw through this guy's bullshit and I pay much fucking attention while I was there. He wasn't a tough guy. Never got in a fight, not in front of my. Maybe while he was on diesel therapy, maybe while he was in some county jail. Somebody had to throw a punch or not. I'm not sure, okay? But I mean, if you're in the prison system, you could either be aligned with the aryan nation, you what? You could be the aryan nation. You have to be aligned with somebody. You can't fucking throw a punch in prison. They'll fucking shaft you. They'll take your head off, okay?

Bill Faruki - **47:01**

So you either aligned with the aryan nation, you're aligned with the Aryan Brotherhood, you're aligned with the Muslims, you're aligned with one of two hispanic factions, or you're aligned with one or two black factions or you're aligned with the pedophiles, okay? Otherwise, you don't throw a punch. And if you do, you're dead. Especially at MCC Chicago, you're dead. You're literally dead. They will literally kill you. Okay, so he wasn't aligned with anybody. Yeah, you're dead. So he wasn't aligned with anybody because the head of the aryan nation was a guy called George Sandstorm at Duluth. I knew the guy. He was a cool guy. We used to talk. I'm aryan. My blood is actually aryan blood. I'm just Indo Aryana. My family is basically mongol. Or if you go back in history. So I know a lot about aryan blood and the nazi philosophy.

Bill Faruki - **47:47**

I kind of understand where these guys are coming from, and they're fucked up, polluted minds, right? And were having conversations about aryan philosophy because, you know, he sort of believes in this, like, purification thing. So we. I would have. So I asked you, did you ever heard about John Thomas? He goes, let me check the guy's paper. Check the guys. No, we've never heard. We don't have the aryan brother at any. We don't know. I was part of the Muslims. I led the prayer at the mosque. I knew the muslim people, right? Really, really well. I asked him, by the way, the John Thomas guy, dad checked him out. We've never heard of the guy. Nobody fucking knew what this guy was, okay? He was just another guy with a story. And you see them a dime a dozen.

Bill Faruki - **48:19**

So I paid no attention to the guy. And so everything's bullshit. And so when he hit me, now, fast forward eight years later, he's my friend on Facebook. He's the only guy I kept on Facebook out of all that crap that was at loot. The only guy kept on Facebook, because I thought the guy was. He's fucking funny, actually. Okay? He's so full of shit.

Jason N - **48:34**

He's funny.

Bill Faruki - **48:35**

Yeah, I thought he was funny. I thought, the guy's got some crazy stories. I've had some bizarre type a personalities come and go from. I'm typing. I thought the guy was funny. I kept him on my fucking Facebook. That's it. And so one day hits me up because he sees all this transformative shit happening in AI. He sees this. Telesystem's 140 million valuation for my AI company. That's net negative out the fucking shoot. Six months only. How the fuck does. The company's been in business for six months, you know, burning cash at the rate of $400,000 a month get 140 million value? This is not deviate. Deviate. That's not deviate. The deviate is this Telesystem deal was a $24 million cash infusion value. Mine type at $140 million when we're six months out of the lab, okay? So John sees that.

Bill Faruki - **49:15**

He's like, how the fuck does that happen? These valuation models don't make sense. According to Zach, they're blasphemous for a value investor's point of view because nobody understands tech valuation. Hey. So John hits me up. He's like, tell me about it. I'm telling you what I'm going to love. I love talking about AI. And then he says, hey, man, can we do this? And here we are today. And he said, can we do this? I said, yeah, we can do this. Can we do that? Yeah, man, listen, shut up. I know blockchain better than you do. Not only can you do this, but I'll bring AI into it to run the operations of a blockchain technology, right?

Bill Faruki - **49:45**

You'll be able to have one computer genius in a box that does the marketing, that does the tokenomics, that does the market making, that does the audit, that does the ICO, that does the everything that it takes all cognitive thinking that humans have to do as a team to launch a cryptocurrency. I can launch the push of a button if I just train it right on whatever you need to do. So it's literally concept, your concept, real estate married with blockchain, married without AI. I bring the blockchain and the AI. You bring the concept of the real estate and ill marry blockchain and AI to you with an infinitely scalable blockchain tech. I will sell it in a white paper and market it as such, putting you in the category of real estate coins.

Bill Faruki - **50:30**

And AI coins sort of cross categorize you right into both and market it. And itll be just like probably, I dont know, taking any AI coin and times that multiple by ten. Because your story is not a story of yield farming. Your story is not a story of dividends. Your story is not a story of proof of stake or proof of work, which is Cardano, Solana, bitcoin, ethereum, fetch one of networks and it goes on. Your story is a story about indirect fractional ownership in an infinitely scalable real estate pool based upon an infinitely scalable economy of digital currencies that's pegged to that. Real estate after healthcare is the probably the single most important thing in people's lives, their life and their home, okay? Economically, as an economist, that's what I would do.

Bill Faruki - **51:19**

So we create a story on an AI powered digital currency around basically and possibly infinitely scalable real estate portfolio. Because when your coin value goes up, you've got infinite power to put the deposits down, to do infinite financing to buy infinite properties. That's a great story. That's what sells to economics. It's not about valuation as we commonly know. It's about the tokenomics, and the tokenomics about the story, because it's disruptive and he loved it. And they're here we are. That's the only reason I'm doing business with the guy. Otherwise he's fucking full of shit. He's just absolute. He's a liar. Pathological, clinically psychotic liar, delusional man. And the only reason I liked him is because he's so fucking bizarre that he's great for that story, and so let him fucking sell that story.

Bill Faruki - **52:01**

I'll bring the technology to the table, and then he brings cool guys like you and Zach and possibly Davey. I don't know

him. He brings some cool guys into my circle, and I like getting to meet.

Jason N - **52:09**

You guys, but he's a very simple guy. But Davey's not trying to get rich or not.

Bill Faruki - **52:15**

That's the John Thomas story. John, Jason. That's the John Thomas story. And everything else is just bullshit.

Jason N - **52:21**

Wow. It's worse than I thought.

Bill Faruki - **52:24**

That's why I'm thinking, man, have you guys not figured this shit out? I mean, I got powers of observation that I will give it a lot.

Jason N - **52:30**

Of questions, but I do get people that don't the benefit of the doubt too much.

Bill Faruki - **52:34**

But it's okay because whatever money you guys have invested, it's safe. Why is it safe? Because I will make that investment safe or secure, and you guys will get an ROI because I will make this going successful. Even if I've got to fucking fire John off the project and make the point successful. I don't care.

Jason N - **52:49**

Thank you. And if there's a way you can protect my cream man, which I would never otherwise ask until you mentioned or whatever, I would appreciate that, but thank you. And I don't know, but I need.

Bill Faruki - **53:01**

To know later on, at some point later, tell me what that agreement is so I know what. But I understand one's got skin in the game to some extent. Zach's got it, you've got it. I got to make this successful because I got more skin in the game than anybody does, right? I got more skin again John has in this one right now. So if I protect myself, I protect

everybody within. Everybody makes money incrementally to the factions that they own. But that's why I'm so focused.

Jason N - **53:19**

Maybe you can make the argument if you. If you're even worried about it, you could say, look, john, I don't want this to come back on me and you got some skeletons in a closet here. I'm gonna make sure that everyone gets paid out as supposed to. And I would protect Zach if I.

Bill Faruki - **53:30**

Was you, because I think Zach, I control the guy. I don't need to tell him. I'll just. I control him. I control him because I control the currency, and I control the. And I control him, the person. That's why I told him, I'll fire you too. And I said, I'm warning. I'm firing you. You're dead. Without me. You will collapse and disintegrate, and everything you've raised money on will fall apart, and there will be yet another field enterprise. John, I told him, I said, don't let this be jet foods. It's going to fail again. This is just yet another failure of yours. So I told him on the phone late in the night, I said, keep your ego out of the picture, because your ego is going to cause me to walk for me. And when I walk, you'll fail. Don't let yourself fail.

Bill Faruki - **54:02**

Don't let me fail. I got nothing to lose here. I've got $250,000 from. From Zack, and I'm not paying it back. Fuck Zack, right? I've got skin in the game here. And I'll tell Zach, fuck Zack. You know, either you play ball with me or don't play ball with me. And I'm trying to do something good. I'm trying to build something, man, and, you know, I'm just. I'm. And I've got skin. I want this to be successful, so let me be successful. Everybody's investment is protected. Beg your pardon?

Jason N - **54:27**

When's the next payments supposed to come?

Bill Faruki - **54:30**

Dude, it was. It was due three days ago.

Jason N - **54:33**

It was due July 12. I know.

Bill Faruki - **54:35**

Was it 12th of 50? I thought it was the 50.

Jason N - **54:37**

Okay, I was due August 12.

Bill Faruki - **54:40**

Okay. I didn't know. I didn't know. But okay, it's due, I guess, every 30 minutes. I thought it was late three days, I guess the late five days. No par for the course with this moron, but whatever, it'll get paid, I suppose, sometimes. Shut off the spigot, then if he does, at some point, we cut losses on clients and we shut the spigot off. So you're the only one.

Jason N - **54:57**

I can keep him honest.

Bill Faruki - **54:59**

I had an outstanding invoice with Microsoft. Microsoft owed us 18 million. Microsoft is a tier two vendor to Hawaii. I'm a tier one, meaning we're domiciled in Hawaii. Okay, so the three companies that tier one vendors, data house, Praxa and deviate infosystems, okay, every other vendor has got to bill through us. They don't get billing codes, so even Google, eventually, when they want to do business on the island of a cloud, they've got to go through a tier one vendor. The state procurement office gives billables preferential treatment to a tier one vendor. So Microsoft owed us 18 million. I got 18 million out of Microsoft because I shut Microsoft off. I turned the spigot off, and I said, their cloud services in Hawaii are shut off. And we gave them 90 days to pay.

Bill Faruki - **55:41**

We shut the entire Microsoft cloud environment for the Department of education down with a push of a button. And I got Microsoft to pay me in three days, I'll shut John down. So I'm not going to do that. I'm going to be respectful. But he's going to pay my invoice at some point. So I'm not worried. If he's five days late, you have.

Jason N - **55:58**

All the leverage, is your point? And you're thinking this one might trade approximately six months?

Bill Faruki - **56:03**

I have no, I have no doubt that this thing will be listed on a tier two exchange like l bank because I have control of a couple of tier two exchanges. Right? I can make things happen at Maxc, elbowing L Bank and Kucoin. Okay. I can get coins on them. Right. So I have no doubt that John's going within six to eight months, will be on a tier two, and then he has to wait six months to get him on a tier one. It's a minimum 180 day wait. We'll have to be a tier two. So just like rdjXdev. I got them on a tier two now we're waiting six months. It's elapsed. We'll be on a tier one in about four weeks to five weeks max. Right?

Bill Faruki - **56:35**

So I've no doubt it'll be trading on a tier two in about six to eight months and then on a tier one in about four months after that. Six months after that. And that's when I believe this coin I'm bringing. We're talking the liquidity down to 1 billion. It's not going to be 100 billion. I'm bringing the liquidity down to 1 billion. Doesn't make sense. It'll be perceived as a meme coin at 100 billion. Just perception is everything, right? The Gen Zersde, right? The 18 year old kids in Taiwan that are buying coin, that are the ones who are actually moving the market. Not smart money is not moving the market. Dumb money is moving market. Okay? Those guys see 100 billion, they think, dog with hat, they see 1,100,000,000, one inch network. Okay? So I'm.

Bill Faruki - **57:14**

When, when I bring the liquidity down to 1 billion, I believe this is the ten $11 billion dollar market cap. Because I believe this coin can be priced at ten to $11 a coin. I'm very.

Jason N - **57:24**

That's where we could start trading.

Bill Faruki - **57:26**

No, it'll get there. It'll start. It'll start just like RDJX. RDJX started at in the wallets, it was trading, swapping at, I don't know, a couple of pennies. And within the wallets, if you look at the traffic, it was like a couple of penny swaps. It started going up in the wall at the tier three level. Remember tier four hardware, which is where John's Jason's coin is. Tier three wallet to wallet, binance, peer to peer.

Jason N - **57:50**

You said Jason?

Bill Faruki - **57:51**

No. What's his name, the rapid innovation guy? Jesse. Jesse. Jesse's coin. The one he minted for John. Okay, so that's hardware wallet. Okay, so I take a USB drive, like, I don't know. Take a USB hardware. Okay. You can't see. Yeah. You can't see the price of that because whatever, I'm giving you a thousand. That's how people bought fucking pizza with bitcoin those days. Right? So tier four, you can't see price. RDGX. Tier three is wallet to wallet. It started at zero and started trading at pennies and pennies to tens of pennies and tens of pennies. We saw swap transactions happening at 30. Then if you go look at when it got listed on the tier two.

Jason N - **58:26**

Which is $1.29 today.

Bill Faruki - **58:29**

Yeah. So it started at hardware zero, point to point networks, which is tier three, I think went up, like 30 or something cents. And we got it on L Bank. Okay? And then you can see where it launched. Go to the chart and look at January this year and see where it launched, I think was 97, $0.09 or something dropped without about nine to about 9.9. And then slowly, slowly, it's gone from 9.9 to where it is like 130 today. That's on tier two. Now, when it gets to tier one, it immediately opens at 330 to 450, roughly immediately. So it goes from 130 to wham. It's usually a three x. Whatever it is. It just. Historically, it's a three x. Okay. Roughly, for every coin, assuming it's marketed right and the tokenomics is right and the Ethereum ledger is right and it's stable.

Bill Faruki - **59:12**

And that's what we're proving on I bank. All of those things. We're proving it's stable, the marketing is stable, there's no fraud going on. The audit is stable, the trading is stable, the market making stable. If you. Any coin that's gone through that degree of due diligence and is real, right, and they get that CMC blue check mark, meaning, yes, we as coin market cap, agree it's all stable. It's like an independent audit of KPMG on your books, okay, when they give you that blue check mark, that means that audit is stable. There's no fraud going on. No visible fraud going on. Market making is real. Price is real, proof of stake. Proof of work is actually working. Yield farming is actually happening. Real money is moving. The Ethereum ledger is stable. There have been no outages. There's a whole bunch of due diligence.

Bill Faruki - **59:55**

They do. Then they give you that blue check mark whenever any coin goes to what we are going through. And they go from a tier two to a tier one, it's a three to four x. Boom, surge. So right now we're one would be.

Jason N - **01:00:08**

Tier one would be Coinbase or where.

Bill Faruki - **01:00:12**

We'Re going, gate number one, gate IO, number one, number two, binance. And that's really all we need to be on. But for America, Coinbase, okay? Finance gives us the world in America, okay? So the minute you, any coin goes from a tier one, tier two to tier one, it's a three x multiplying right off the bat, assuming you are stable. And so we're stable and we're going to tier one. So I assume it's, if I take three x, that will be a one. Let's just say 150 is where it's at. It'll go, it'll launch at about 450 right off the bat. And that launch at 450 is a highly liquid market, which means anybody can dump. So then there'll be a downtick in the dumping. We have vested lockups with a lot of people, so there won't be too much dump.

Bill Faruki - **01:00:49**

Okay, but there'll be dump. And so just like an IPO, the downtick. And then it starts to surge. Now how does it surge? It searches because you're on gate. And so you start to pick up traffic and volume. Then you announce strategically the binance. We already know what date roughly, binance will launch us, but it's up to us to agree with them when. And it has to be done tactically. Okay, its like a distribution model, right? And so then binance happens. So well take gate to as high as we can in terms of price movement, right? And when we start to see saturation, meaning we start to see the curve tapering out in terms of growth and market cap and volume, then we announce binance. And then theres another three x surge.

Bill Faruki - **01:01:25**

So you took it from $1.50 to four, then you go from four to like 1112. And then once binance stabilizes, then you bring it to America because thats the binance of America, right. Binance is basically the most liquid boomer. And now you stabilize at maybe 1516, $18 a coin. And then on time, it starts to drop and it comes down to about 1111 and a half. These are the tokenomics. This is how it works.

Jason N - **01:01:46**

It's not, you believe will be trading at around 15, $16 roughly when all this.

Bill Faruki - **01:01:55**

That's a long shot. I can't predict a five x, seven x, but if I would say that it is, say, speculation, but it is an educated guess, a very educated statistical guess. Forecast that it is a forecast that RDGX will be at four in about four to six weeks. Okay. With the ability to liquidate about 20% of the market cap. Okay. And I believe it will be at about eight to nine, upwards of ten, up to ten, four months to six months after that.

Jason N - **01:02:31**

And you're suggesting if I want to participate, I go through the. There's some deal they offer. If you buy in now. I thought I saw.

Bill Faruki - **01:02:38**

No, you can't buy in now at that price. You'll buy now at the gate price or you'll buy in at the finance price. The buy and now happens with one of the 31 wallet holders. Go to Etherscan. Okay, and go look up RDGX. The only 31 people in the world own it. I'm one of them. I've those 31 wallet holders. I own three wallets. You would have to buy it directly from me.

Jason N - **01:02:59**

I can just.

Bill Faruki - **01:03:00**

Yeah, you can buy. You have to. That's the only way it swaps hands in. A peer to penn f would be like buying it from. Well, there's something.

Jason N - **01:03:05**

When you sign up, when you start.

Bill Faruki - **01:03:06**

An account, that's the wish list. All we're doing is we're trying to find. We're trying to second indication of interest when the company's going public. Like, you're trying to basically get subscriptions. Right. And you want to be oversubscribed before you launch. Right. So that wish list, if you're lucky, you may get 5000 coin maximum chain explorer. So find out how many wallets. I think it's 31 wallets or 33 wallets total, that. Hold it. Is that correct?

Jason N - **01:03:34**

It's. I don't know. It's taken.

Bill Faruki - **01:03:35**

I'll find it. I'll show you. But I believe it's 31 wallets. I'm three of those 31 wallets. Hang on.

Jason N - **01:03:39**

I could buy some directly from you. And I would be paying what, the gate price, the 129 ish? Is that what you're saying?

Bill Faruki - **01:03:44**

You'll be paying the I scan price, the I bank price, which is one. Whatever it is. Right on. 130 or something. RdG X. Yeah, I'll send you now.

Jason N - **01:03:56**

I won't have a market, an easy market to sell into in the next four to six weeks.

Bill Faruki - **01:04:01**

You will have an easy market sell into the next. Yes. Four to six, real estimate, four to six months. Correct. Exactly.

Jason N - **01:04:07**

Four to six months or four to six weeks.

Bill Faruki - **01:04:08**

No, four to six weeks. Yeah. I thought you meant 46 months.

Jason N - **01:04:15**

And then you go, you'll be tier one by one on that one.

Bill Faruki - **01:04:19**

Four months after. So we'll be tier one in 46 weeks. That's, that's. Oh, yeah, that's gate. We will be small. Tier one gate in four to six weeks will be massive. Tier one, probably three months after that, finance.

Jason N - **01:04:36**

And then you'll go to Coinbase eventually.

Bill Faruki - **01:04:38**

Yeah, yeah. Go to. Do me three. Go to coinmarketcap.com.

Jason N - **01:04:42**

Yeah, that's where I was checking you guys out earlier.

Bill Faruki - **01:04:45**

Yeah. So I have. Well, numerous ones in the work. Correct. I have numerous ones in the works. This is the most immediate one. There are a few others. I told you that there's a logistics ones, there's an energy one, there's an insurance one.

Jason N - **01:05:01**

Those. I can probably buy it sooner.

Bill Faruki - **01:05:04**

Yeah, when we're ready. And it's on a tier three network. It's not even on a tier three networks on a hardware level right now.

Jason N - **01:05:11**

RBG X. RDD.

Bill Faruki - **01:05:15**

Radiologics. RDGX is an acronym for Radiologics. Okay. Here, I'm sending you this link in the zoom call. Here it is. I just found it for you. This chat. No, a different page. I maybe don't have it. Click this link on coin market cap. I'm putting the chat window.

Jason N - **01:05:36**

That's where I'm at.

Bill Faruki - **01:05:37**

Okay, good. You see where it says 32 holders?

Jason N - **01:05:44**

32 holder.

Bill Faruki - **01:05:46**

Let me share my screen with you so we can look at the same thing to. You see this right here?

Jason N - **01:05:53**

Yep.

Bill Faruki - **01:05:54**

This is on ether scan. You see that? So what I did was I went to coinmarketcap here, okay? And then I clicked here under the contracts, meaning this contract is on the Ethereum ERC two network. Right? So I clicked here. That took me to this page, which is the Etherscan, basically audit dashboard for everything on the ERC two protocol. Okay. And it basically, this is the domain authority, if you will, for everything on ERC two. Okay. Every single token that has been built to a ERC two protocol. And here's RDGX. It tells you the max supplies and tells you exactly how many holders there are. There are 32 wallets that hold it. I am three of those 32 wallets. If you wanted to buy it, you would have to be buy it from one of these holders.

Bill Faruki - **01:06:37**

Or if you want to buy it in the public market, the way you do that is you go to Ibank, open an account and buy it there. But it's highly illiquid, so you won't be able to buy it at size. You won't be able to deploy a quarter of a million dollars at any time soon, and you wind up pushing the price up through that acquisition, causing your own price to go higher. So you would. Yes. That short, long answer to your question is, you'd have to buy it from me. Short answers. You have to buy it for me. But I'm sorry, short answer question to buy from. The long answer is, here's the reason.

Jason N - **01:07:05**

Why you even want to sell this. Why would you?

Bill Faruki - **01:07:09**

I own 150 million of these coin.

Jason N - **01:07:12**

Just don't care.

Bill Faruki - **01:07:13**

I don't care. I mean, that this how this. But this is how stuff gets in circulation. It's a private equity transaction for crypto. I mean, any company pre pub, pre ip, or what do they do? Right? The founders have something to bring in other people into it. Right? And that creates a liquid market, the private equity markets, that eventually becomes a more liquid market on a higher scale, that eventually becomes an IPo. So I just treat this like any other private equity transaction. Gotcha. Okay.

Jason N - **01:07:38**

All right.

Bill Faruki - **01:07:41**

And so the way it works, the way it actually happens, is either you have USDT, in which case we do a swap. Okay, I swap rdjax on Coinbase. So you can just download a Coinbase walleth. If you have a Coinbase account, you do. Hello.

Jason N - **01:07:58**

Yes, yes, I do. I do. Yeah.

Bill Faruki - **01:08:02**

Okay. So if you download the Coinbase wallet. So the thing with the Coinbase account is any tokens you own in the Coinbase account, the private key for your wallet is known by the exchange, which is why when the exchange goes down, you lose all your money because they know your private keys. Okay. The best way to keep your coin is to keep it off exchange. So you, for that, you download the Coinbase wallet itself. And if you just go in the app store, you'll just look for wallet. It's a blue and white icon. It's made by Coinbase. It's just your personal wallet where only you hold the private key. So whenever I buy large chunks of coin, I don't keep it on exchange, I move it off exchange. So I move it off the exchange to my wallet.

Bill Faruki - **01:08:39**

That way, if the exchange goes down, I don't lose my coin.

Jason N - **01:08:42**

Got it.

Bill Faruki - **01:08:43**

Okay, so you download the Coinbase wallet. It basically connects your Coinbase account. It authenticates you.

Jason N - **01:08:47**

It's easy to get back on there, obviously. So you only. You only will connect it to Coinbase, the platform, when there's a. When you want to do a transaction.

Bill Faruki - **01:08:58**

No, I'm going to show you better way, okay. Than even that. Not even Coinbase. So what I would. What I'm suggesting you do is, first of all, in terms of the swap that you will do with me, if you have a coin based wallet, right, you'll get an ethereum address for that wallet, right? And then you'll move your USDT. If you have USDT, you'll move your USDT from where it is into your coinbase wallet. Okay? And then we can do a Coinbase wallet to Coinbase wallet. Swap over ERC two. Right. Swap USDT for RDGX. Now, when the time comes to sell, what you'll do is you'll open an account with gate directly with exchange, right? And you'll get a gate wallet address.

Bill Faruki - **01:09:31**

And you'll swap, you'll move basically token that you want to sell from your personal wallet that only you have the private keys to. Let's just say you want to sell 50,000 of it. You'll move 50,000 worth of RDGX from your wallet to gate and then sell it out over there. Now, the way I do it is I do it in always in USDT, not us, DC, obviously, because of the DT's tether, and they don't report that to the IR's, so the IR's doesn't know when I'm on DT. When I'm on DC, they know. But on DT, they don't know. Coinbase reports everything in DC, but DT is not reported. And then I keep my money in an overseas bank. I. There's no reason to keep that. Pay taxes on any of this stuff.

Jason N - **01:10:12**

I'm sorry, you do what? Say the last part?

Bill Faruki - **01:10:15**

I keep my money in a crypto friendly bank.

Jason N - **01:10:18**

Got it?

Bill Faruki - **01:10:19**

And there's no reason to pay taxes on it. And then, whatever spending I do, one of my offshore corporations pays my american express from my overseas bank. So I basically spend on my american express perfectly what I do. It's exactly how Elon Musk is structured. Exactly how it's structured. And he just. I just pay everything my american express and I have. I paid. I have no income, I pay no capital gains, nothing. I just. I just use a credit card, live, even my rent I pay $17,000 a month for this penthouse that I live in. Even the rent is charged. My Amex, my car lease goes in my mix.

Jason N - **01:10:48**

Nice.

Bill Faruki - **01:10:49**

And the USDT pays the Amex. I don't see ever see a situation wherever would need to convert anything to fiat currency. Absolutely nothing. We are the America is the least crypto. Least crypto.

Jason N - **01:11:06**

Could that catch up with you? Because you're paying your corporations, paying your Amex bill. What are they going to say?

Bill Faruki - **01:11:12**

Perfectly legal. Hundred percent legal. Smart people do that.

Jason N - **01:11:17**

Yeah, I get it.

Bill Faruki - **01:11:18**

100% legal. My corporation, any corporate, not DV eight. Any other corporation of mine but DVA could do it, too. The only reason I don't do it to Dv eight is because I have shareholders in DVA and I wouldn't fleece the company. So I don't even take a salary from DB, I take zero income from DBA. All I have is 70% equity in the company. I take zero sal. I take a $13,250 a year salary because the IR's requires it. But DVD doesn't pay for anything. I have other offshore corporations, other stuff that I'm doing, and they pay my bills and it's perfectly legal. There's nothing wrong with that. I don't earn an income in America, so I don't take any taxes. I own all of my income through offshore corporations, which is also perfectly legal. I have investments overseas. Perfectly legal.

Bill Faruki - **01:11:55**

I have intellectual property ownership companies in Ireland that own software. Perfectly legal. And basically they all pay my bills and we keep all our money in USDT. I have absolutely no reason to keep my money in fiat currency. I've been doing this for over a decade. So, long story short, once again, lead.

Jason N - **01:12:13**

Me in the right direction to get set up with all that stuff properly.

Bill Faruki - **01:12:16**

To start with, how much USDT do you have available at your disposal?

Jason N - **01:12:21**

I don't have anything in there right now. I'd have to fund it.

Bill Faruki - **01:12:24**

Okay, what you'd have. So were you going to convert fiat currency? You're basically used dollars to buy RDJx.

Jason N - **01:12:31**

Yeah, and I wasn't going to. I wasn't going to go super rich in this or anything. I. What I would like to do is create a success story and then I can put fund money in it after that.

Bill Faruki - **01:12:40**

Well, depending upon how much of RDJX you're going to buy, I'll give you two possible options. So how much rdgs do you want to buy in dollar terms? In us dollar terms?

Jason N - **01:12:49**

Yeah. I mean, I was thinking I'd probably do ten grand or something, if that's.

Bill Faruki - **01:12:53**

Not a waste of time. No, it's not a wastewater. I don't care. In that case, it's. With that kind of small size, it would just make more sense for you to go to Coinbase and buy USDT, right? With ten grand. So put ten grand, your Coinbase accounts. Pretty simple. I think you just do a debit card debit or something. Put ten grand in your Coinbase account, right? By USDt, and then we'll do a swap. I'll swap RDGX for USDT.

Jason N - **01:13:15**

Okay. I'll work on that. I will figure it out. I'm going to probably do it through my 401K as well, which is all Roth. Treated as a Roth right now.

Bill Faruki - **01:13:27**

Okay.

Jason N - **01:13:30**

Yeah, I'd like to get involved with these things and then I might bring another client. What I'm interested in doing is creating art asset backed currencies. And so that's part of the reason, too. I got sucked in on this thing with John's because, like, I really want to see where this could lead. Can we do it? But I prefer to work with the team that I know

is going to do it as right as possible. I don't. Have you done anything with gold? There's no reason we couldn't tie it.

Bill Faruki - **01:14:00**

To gold if we wanted to, in terms of coining against the gold portfolio. Yeah, no, I've not. Fucking great use case, actually, I would.

Jason N - **01:14:11**

Like to do that.

Bill Faruki - **01:14:12**

That is a very good use case. You want to know why I think gold is a great use? I mean, as I told you, any asset pool is a great use case. But gold, in my opinion, why do you think tidying it to gold is a good use case?

Jason N - **01:14:26**

I mean, gold is the safe haven currency. Now you're tying it to crypto. So you're kind of marrying my two favorite worlds, you know, and it's.

Bill Faruki - **01:14:34**

It's economic agnostic. That's why I think I like it. Gold, that's why I'm doing it with energy. Oil is economic agnostic, right? Oil will have intrinsic value no matter what countries do, right? And tying a digital currency to something that's economically agnostic is a great asset class. Healthcare is economically agnostic. There's always going to be demand supply for health care no matter what. If countries economies go up and down, there will be health care. So tying a cryptocurrency to radiologics makes sense, okay? They'll radiologically successful no matter what happens to nations. It's blockchain healthcare global, right? So tying a cryptocurrency is something that said, agnostic in healthcare, perfect use case. Tying currency to real estate is agnostic of economies. Okay? It makes sense. Tangled energy makes sense. Tangled gold makes perfect sense. Wherever people, whatever. People, whatever economies are inflation resistant.

Bill Faruki - **01:15:23**

Globally inflation resistant is the first use case that you should go for digitizing it to a cryptocurrency, in my opinion, economically speaking. And I agree with you on gold. I just. Have anybody said, I want to do.

Jason N - **01:15:34**

It, I want to do it. It's a little risk for me to finance you, but your stuff. But we'll make. Let me work on that.

Bill Faruki - **01:15:44**

So, why, of all of your holdings that you have for your funds in cryptocurrency, why wouldn't your fund take a position? RDGX for the investors? Why would you take a $10,000 gamble on it personally? Why would your fund do anything?

Jason N - **01:15:57**

They could. They could. I just. They could. I could justify it. I could justify it. After all, I invested in John on a. On a fund level, so.

Bill Faruki - **01:16:14**

It would be a cool story for us to say that we had a fund that. That made a ton of money off this. Right now. We got a bunch of doctors in it. A lot of doctors own the wallets, okay? Doctors that help design the patient medical record system.

Jason N - **01:16:29**

That's probably not clear to you, is that I. The whole. The whole thing, and this is what's completely bullshit and ironic about John turning on me here, is like he's trying to convince Davey that what I was doing by getting a loan from Zach. And Zach says, okay, but I want part of that to be allocated towards Blackstar. I said, fine, done.

Bill Faruki - **01:16:49**

Okay.

Jason N - **01:16:49**

Now I got to get Davies approval, and Davey's very uncomfortable with the whole idea. He's a little more risk averse, and he works with John every day in the office. I just don't feel right about it. So I'm coming to you, and I'm talking to you about stuff that starts to make more sense. But anyway, for us to come in at 250 on John's project would have required a loan from Zach against our portfolio. This time next year, I think we're pretty liquid.

Bill Faruki - **01:17:14**

Why don't you swap some of your portfolio assets for our asset? You can swap your coin, as is for our coin.

Jason N - **01:17:20**

Because that's not what I have. Because I have. Because what I have is the LP position that you already took a look at.

Bill Faruki - **01:17:26**

So you don't have Solana coin itself. So how do you own Solana when you report that you own Solana. How do you say, how do you actually evidence the ownership of Solana?

Jason N - **01:17:35**

I don't report that. I own Solana directly. I don't own it directly. I own an LP interest that, you know, I know. I have between me new, I have 38,500 Solana tokens in our portfolio by.

Bill Faruki - **01:17:49**

Indirect ownership through limited partnership equity positions and other which gets unlocked. This is why, this is the structure you are trying to do with John. That's why you would.

Jason N - **01:17:59**

Well, Zack, Zach was willing to do it. Zach was willing to take the plot.

Bill Faruki - **01:18:02**

You guys realize that if you don't own the private keys, the coin, you don't own shit. You own basically a trust contract.

Jason N - **01:18:08**

No, I know.

Bill Faruki - **01:18:09**

How do you do those kinds of investments, man? That's scary to me. Than fucking put my money in Nvidia stock right now. How do you guys do that? How do you get psychologically bring yourself to that decision?

Jason N - **01:18:18**

We own Solana. At mean, you don't own it.

Bill Faruki - **01:18:22**

The LP. You own the LP interest.

Jason N - **01:18:26**

It's multicoin. They're. They got a great reputation. They're fine.

Bill Faruki - **01:18:29**

They might.

Jason N - **01:18:30**

They've returned 64 times capital in their first venture fund. I'm in their second venture fund. They've returned 1.8 times.

Bill Faruki - **01:18:36**

Oh, I see. You put your money into a fund. Okay, so that's a little different, John. So you're not. Well, I see that's different. That makes sense. More sense. So in the case of the John Francis. No, sorry. Okay. No, in the case of John, you're not putting your money in a fund. In the case of John, you would be putting your money into an LLC that may or may not own a coin. Totally different. Yeah. Okay. Totally different. Okay, so there's much more risk in John. I get it. But with multicore, I get. Okay, that makes.

Jason N - **01:19:00**

It was a hundred million dollar fund. I made a million dollar capital commitment.

Bill Faruki - **01:19:04**

I see. So you have the LP interest in the fund. That's your asset.

Jason N - **01:19:09**

Yes, yes.

Bill Faruki - **01:19:11**

And there's no feeder fund. You're a funder fund.

Jason N - **01:19:13**

Unless you're willing to take a pledge. If you're willing to take a pledge, sure.

Bill Faruki - **01:19:16**

But you'd have to. So you're. So your fund acting as a capacity of a fund to funds, you bring money in from outside and you feed.

Jason N - **01:19:21**

It into other investments. I don't consider. I don't like considering myself a fund of funds. We made an investment. That's the only fund I've ever invested in.

Bill Faruki - **01:19:29**

Okay, by.

Jason N - **01:19:30**

Well, for us, but. But yes, we are funded funds and truthfully those guys have picked projects very well. They're very tight into the Solana foundation, so they invest alongside those guys. So anything high profile built on Solana, we've been able to partake in. Now, our capital was fully deployed a year after inception, so, I mean, were fully employed by the end of 2021.

Bill Faruki - **01:19:52**

I got. I understand. That's why you don't have USDT. That makes more sense. Okay, well, they.

Jason N - **01:19:56**

So they distributed a bunch of Solana, our locked token. Unlocked tokens. They distributed most of that to us last fall, and so we got a good, you know, good chunk. But I had distribution requests. We made new investments, you

know, so I put that money to use in other places. So, no, we're not highly liquid right now, but I have an asset that's worth easy $7 million with all kinds of discounts, and it would be nice to unlock it a little bit, but I got to find the right investor to do it, and that's. What's that.

Bill Faruki - **01:20:33**

And that's how Zach came into this conversation.

Jason N - **01:20:36**

That's how Zach came into the conversation. He's willing to do it. I just stopped the conversation at this point, and I don't think I should try and pick it up because it's one. He wanted me to commit to paying one of your fees, which I didn't have a problem with. If we have another $750,000 to put to work, I'm cool with that. What I'm not going to do is get myself tied up or, you know, in a position where, like, I would, you know, I can't pay the juice or something because John's deal got derailed or whatever else. And that's a scary proposition. I'm actually glad I'm not doing that deal now only because John's in control now. If I could trust that you're actually going to be the one to control that, I could probably talk Davey into doing this.

Bill Faruki - **01:21:16**

I can control the coin. I can't control the operations. Operations of the LLC.

Jason N - **01:21:21**

I need to know that you could control the distribution of the coin 100%.

Bill Faruki - **01:21:26**

I mean, and I control it by default until he pays me. And even post that. I control it because the. I still own the EI. I don't.

Jason N - **01:21:33**

If I were to do something like this now, at this point, I would never want to have to go to John and say, john, I need you to give us the token now. I wanted to come.

Bill Faruki - **01:21:42**

If I'm controlling 5.4 million, possibly 54 million soon, because he's ten xing it. Okay? If I control 5.4 million or 54 million.

Jason N - **01:21:51**

And Xing. What? What do you mean?

Bill Faruki - **01:21:53**

He owes me 5.4 million. I've told him if I can get the coin to a certain price cap, market cap. I want you to ten x my coin. 54 million coin is what I want.

Jason N - **01:22:02**

Oh.

Bill Faruki - **01:22:03**

But in return, I'll get your coin to an 11 billion market cap. Okay. I'll ten x your coin value. Ten x mine, my ownership. Okay. He said, fine. So I said, okay, so of the billion coin, you're not going to put a billion in circulation. Put maybe 10% in circulation. You leave the other. Yeah, it works, right? Okay, so all of the, let's just say 150 million goals in circulation, I'll own a third, okay. Of the liquid market supply. So if I can control a third of the market supply for myself, I'm sure I can control yours and Zach's interest and everybody else's interest. I'm not going to relinquish control of a blockchain ledger if I own 54 million of it. Number one, and I started, I got it there. Number two, I still own the AI. I'm never selling the air.

Bill Faruki - **01:22:45**

That's my intellectual property. I'll never sell the cognitive models that work.

Jason N - **01:22:49**

No, of course you would protect Zach and I.

Bill Faruki - **01:22:51**

You could 100% I would. Of course I would. I would protect everybody, not just Zach and you. Anybody that has a vested interest in this. At the end of the day, the buck stops with me on the tech. I have my neck on the line that I need to do the right thing for the tech, because I got to do it for myself, too. So, of course I protect anybody who's got an interest in the tech.

Jason N - **01:23:11**

Do you think you have enough poll with Zach just to suggest to Zach that he and I should still talk, that he and I. Do you think you could? Why?

Bill Faruki - **01:23:20**

[redacted]

Jason N - **01:23:28**

[redacted]

Bill Faruki - **01:23:30**

[redacted]

Jason N - **01:23:33**

[redacted] it.

Bill Faruki - **01:23:42**

[redacted]

Jason N - **01:24:01**

[redacted]

Bill Faruki - **01:24:14**

The way I saw the capital. The what John showed me in my circle. No, it's illiquid in my. So my guys would say this is illiquid and have no control. Right. And so in my circle, no, in. In the Zach worlds, that guard is.

Jason N - **01:24:33**

Willing to do it in theory.

Bill Faruki - **01:24:34**

Yeah, I can see why with Zacks investor base, they would do that. My guys are tech guys. My guys want to own the tech. You dont own the tech buy and salon. So its off the table right off the bat. Right. Theyre like, yeah, man, im going to put in this high risk. They would perceive your fund as a high risk investment.

Jason N - **01:24:47**

They have other things to do.

Bill Faruki - **01:24:49**

[redacted]

Jason N - **01:25:10**

[redacted]

Bill Faruki - **01:25:22**

[redacted]

Jason N - **01:25:27**

If Zach would lend us a million dollars, I would be willing to allocate 250 of it towards your company if I knew you were protected.

Bill Faruki - **01:25:36**

Towards the bill that John owes me or to RDGX?

Jason N - **01:25:39**

No. Towards the bill.

Bill Faruki - **01:25:40**

No.

Jason N - **01:25:40**

And I'll do. I'll allocate another good chunk to your.

Bill Faruki - **01:25:45**

Guy whether or not. I mean, listen, I would say do whatever you think is best interest. But if you're doing it for the incentive of paying my bill, I really don't care, Jason.

Jason N - **01:25:54**

I don't.

Bill Faruki - **01:25:55**

I want to ask you to do something to pay my bill. Don't do that.

Jason N - **01:25:57**

I want to do it. So I have liquidity. Liquidity. And I would love to invest in your. But we just don't have that much liquidity right now.

Bill Faruki - **01:26:03**

It's the issue so going. So if you want to talk to Zach for the purposes of eventually as it flushes out, if you talk to Zack and the end game is it'll things will work out between you and John and then you'll give John when he said, john can pay my bill, you're going to wind up rocking the boat again with John because he's going to know you and I are talking. He's going to get paranoid again. There's going to be disruption again. No matter what Zach says. John's.

Jason N - **01:26:26**

You don't see a way around?

Bill Faruki - **01:26:28**

I mean, with the john, the direct or indirect capital infusion into one of John's entities by some creative deal, you would zach, John Bill doesn't make any sense. Don't rock the water with John any further.

Jason N - **01:26:39**

But let's consider this. Maybe John gets desperate to the point he comes around and he says, you know what? Maybe we could use Jason's capital. And then maybe that conversation, then he'll.

Bill Faruki - **01:26:47**

Figure it out when you and Zack and he won't need my involvement in it because he has invested into some wicked things out with you. That's your value you bring to the table. That's something that Zach and you and John can figure out. So if you're asking me do I know anybody that can give you capital against your portfolio, I would say no. My guys wouldn't do that. That doesn't make sense to at least these folks that I'm working with. The tech does. But to Zach, yes. I'm probably sure a guy like Zach would most likely want to. Would be willing to loan against that type of fund to fund structure that you have and other investments. Yeah, im sure he would. And if you want to use that to give it to John and have John give that to me, thats fine.

Bill Faruki - **01:27:23**

If you want to use that to buy RDGX, thats fine. You want to use that for another investment youve got. Yeah. I still think Zach would loan you money. I think Zacks agenda aligns with the asset you have in terms of debt financing. Robert.

Jason N - **01:27:39**

I just got to be able to talk to Zach about it without freaking John out, causing more drama.

Bill Faruki - **01:27:43**

I think Zach's a Dax is sensible man. I think Jack understands where the boundary.

Jason N - **01:27:48**

Maybe I just shoot him a text. Hey, Zach, you ever want to catch up on some things? I'd like to do that. Yeah. I'd like to have an open conversation with you. Call if you're interested. I could just call that. Play it that way.

Bill Faruki - **01:28:01**

You really want in on this rockstar thing? You keep bringing it back.

Jason N - **01:28:06**

No, I just. No, no, I don't. Well, I don't care. Again, I feel I can stomach it if I know you're protect. Keeping me safe. And I trust what you're doing enough.

Bill Faruki - **01:28:16**

I got to imagine the bigger issue.

Jason N - **01:28:19**

Is that if I. If I want to get the million dollars and say I throw 100 at your thing, maybe a little bit more, I would have to talk to.

Bill Faruki - **01:28:25**

So does it boil down to this pattern recognition? Is it boiled out, by the way?

Jason N - **01:28:29**

John is. John is telling David what I'm doing is illegal. David's like, what are you talking about, illegal?

Bill Faruki - **01:28:34**

What is illegal?

Jason N - **01:28:36**

Me leveraging that asset that I'm doing for his benefit. And Davey's like, what are you talking about? I have to sign off on. He's like, well, Jason wants to use it personally. No, he doesn't. Like what? No, I would use it on behalf of the fund. It would be the funds making the investments in both Blackstar and in your case, with you, it's not. So I don't know where John comes up with.

Bill Faruki - **01:28:54**

There's nothing illegal about pledging any asset, including equity ownership.

Jason N - **01:28:57**

Well, you could make the argument if I'm. I am using it for personal gain at the funds and putting the fund at risk. Sure, that there's a. That could be a problem, but that's not.

Bill Faruki - **01:29:06**

That's embezzlement. Everybody knows embezzlement is happening. Like, why would you.

Jason N - **01:29:10**

Why would you. Why do you go straight there? It's because your mind is so fucked up and twisted, you assume everybody else is as corrupt as you are. Good point.

Bill Faruki - **01:29:18**

Yeah, good point. On a bigger picture. Yeah, good point. That's exactly how it is. That. That's how crazy. Crazy people think, because they're fucking crazy to think everybody else is crazy. They're so they've got these constructs in their head, and they process and filter everything according to those constructs, and I can't help but lead you down that corrupt thinking. I get it. I totally get it.

Jason N - **01:29:36**

Yeah. I would like to leverage that position is what I'm really getting.

Bill Faruki - **01:29:39**

You better move fucking quick, because I know. I'm looking at the 18 July. We got a deadline to drop this coin on the. By the 10 August, so 10th to 14 August.

Jason N - **01:29:48**

I get it.

Bill Faruki - **01:29:49**

14 August. Yep. No, thanks for watching.

Jason N - **01:29:53**

I appreciate your time. Thank you.

Bill Faruki - **01:29:55**

All right, man, talk to you soon. Take care. Bye.