[10/13/24, 06:23:24] GLOBAL // Ambassadors, Agentic AI: Messages and calls are end-to-end encrypted. Only people in this chat can read, listen to, or share them.
[10/13/24, 06:23:24] Bill Faruki: You created the group: GLOBAL // Ambassadors, Agentic AI
[10/13/24, 06:23:24] GLOBAL // Ambassadors, Agentic AI: Welcome to the group: GLOBAL // Ambassadors, Agentic AI
[9/28/25, 15:44:32] +1 (438) 728-3662: +1 (438) 728-3662 left
[9/28/25, 19:42:08] +92 312 2606427: +92 312 2606427 joined using a group link
[9/28/25, 19:49:03] +92 326 5442010: +92 326 5442010 left
[9/28/25, 19:38:22] Bill Faruki: This from my friend Dr. Khan from California
[9/28/25, 20:29:58] +92 300 9696359: Ayesha added +92 300 9696359
[9/28/25, 19:57:49] Bill Faruki:
https://www.instagram.com/p/DPHiF9MiRo5/?img_index=9&igsh=aWd4bXF1b3gwNGFs
[9/28/25, 20:09:18] ~ Irene Kan: Amazing 😳
[9/28/25, 20:10:28] ~ i9_87: Waiting for this message. This may take a while.
[9/28/25, 21:04:10] ~ النور : ~ النور  joined from the community
[9/28/25, 21:05:35] ~ النور : Hi
This is Noreen from a v.small city (Bahawalpur) of Pakistan
I am curious to know about AI or AGI
Would love to become part of the World of AI
[9/28/25, 21:47:42] ~ Dr. Saima Hassan:
https://www.linkedin.com/posts/drsaima-hassan_%F0%9D%90%80%F0%9D%90%9B%F0%9D%90%AC%F0%9D%90%AD%F0%9D%90%AB%F0%9D%90%9A%F0%9D%90%9C%F0%9D%90%AD-%F0%9D%90%84%F0%9D%90%B1%F0%9D%90%A9%F0%9D%90%A5%F0%9D%90%9A%F0%9D%90%A7%F0%9D%90%9A%F0%9D%90%AD%F0%9D%90%A2%F0%9D%90%A8%F0%9D%90%A7-activity-7373584440817573888-xFD2?utm_source=share&utm_medium=member_android&rcm=ACoAADAQeasB-TQImU8dbTxmWPrZDhWTLeu7MnM. Read this
[9/28/25, 22:58:35] ~ 卍 viвex: ~ 卍 viвex joined using a group link
[9/28/25, 23:46:52] GLOBAL // Ambassadors, Agentic AI: ~ rabia added ~ Ibad Qudoos Awan, ~ ay?e!  kiani, and 4 others
[9/28/25, 23:50:28] ~ ~♡Future Captain♡~: ~ rabia added ~ ~♡Future Captain♡~
[9/28/25, 23:52:13] ~ Mirza Tabish: ~ rabia added ~ Mirza Tabish
[9/29/25, 00:10:40] ~ Malik: ~ Malik joined using a group link
[9/28/25, 23:03:51] ~ Ali Gohar: Done
[9/28/25, 23:23:07] ~ Saima Qasim:
https://www.linkedin.com/posts/saima-qasim-a54608271_agi-ailiteracy-aitransformation-activity-7378309068093804544-e5ui?utm_source=share&utm_medium=member_android&rcm=ACoAAEJ50-ABV4hAl-b2VgcXpAB6GyfbPIr8U8I
[9/29/25, 00:15:00] ~ Umair Khan: https://www.facebook.com/share/r/16BSEDvD2Z/
[9/29/25, 00:22:02] ~ Anonymous: ~ Ibad Qudoos Awan added ~ Anonymous
[9/29/25, 00:28:00] ~ a.NUR: ~ rabia added ~ a.NUR
[9/29/25, 00:30:53] +92 345 9847245: +92 345 9847245 left
[9/29/25, 00:20:04] ~ Saima Qasim: True
[9/29/25, 00:20:37] ~ Umair Khan: Sir @⁨Bill Faruki⁩ Exactly your words,I think you wrote this speech for Saqib.
[9/29/25, 00:21:26] ~ Saima Qasim: Masha Allah it's future vision
[9/29/25, 00:22:28] Bill Faruki: 😊 I’ve been saying this to the government for 6 months. I’m sure he heard this from someone else. Because at first all he was interested in was the partnership between Pakistan and Binance for the bit-coin mining project. But then the IMF prevented that project from going forward so maybe now he has pivoted to AI

[9/29/25, 00:30:54] Bill Faruki: If I were to change anything in what he said and align it with this audience here I would remove the statement of the need for infrastructure.

The only infrastructure you guys need is a laptop and a reliable internet connection, a paid subscription to ChatGPT and a paid subscription to Cursor for those of you who are systems builders.

Otherwise everything else he said is spot on
[9/29/25, 00:33:51] ~ Zeeshan Alam: Yes AI is a way to go faster, increase productivity and efficiency

I think Every private company wants to increase growth

But AI is needed in Pakistan govt departments to replace the low quality, low efficient staff and save time for citizens
[9/29/25, 00:34:26] Bill Faruki: For the governments in here. I say this. If for some reason you absolutely need sovereign AI, meaning a transformer trained on the internet, deliberately aligned at train time (not runtime) to something specific to your country then yes you need “infrastructure” and power. Massive amounts of it.

But if you just want to download an open model, run it locally within your borders and align it at runtime then the infrastructure and powers costs are dramatically lower and you can have your own “sovereign AI” <This message was edited>
[9/29/25, 00:55:51] +92 333 8630083: +92 333 8630083 left
[9/29/25, 00:40:05] Bill Faruki: A clear sign that we lack basic literacy and fluency with AI concepts is reflected in the constant dialogue at government levels about infrastructure and energy.

In the United States, the goal is to build more AI model providers to establish ownership of the emerging cognitive grid. That’s an ambitious step for their economy. As a developed nation, they have the capacity to look toward the future from that vantage point.

For underdeveloped nations, however, the priority is financial survival. Their immediate concern is ensuring widespread employment for their populations.

The solution lies in mass upskilling—equipping people with the skills necessary for the new economy. This is precisely what I have been advocating for. <This message was edited>
[9/29/25, 00:48:52] ~ rabia: Yes, and the real risk is that every year we delay, the employment gap will widen. Upskilling isn’t optional anymore, it’s survival for us developing nations.

The good thing is, AI itself can be a tool for scaling education and skills training, but it needs awareness at the policy and grassroots level. <This message was edited>
[9/29/25, 00:51:45] ~ M5 l: Yes developed nations focus on AI infrastructure underdeveloped ones need mass upskilling for economic survival. Prioritizing education is key for them to thrive.

[9/29/25, 00:55:29] ~ Zeeshan Alam: Yes sir, building models new or using already trained models is directly proportional to Budget,

But experts will know how to apply it in a proper way to achieve a goal
[9/29/25, 00:57:28] ~ Zeeshan Alam: Normally In our nation side people only thinking AI will replace Employees but they don't think about positive use that a person start using AI can do much more work than normal,
[9/29/25, 00:59:12] ~ Zeeshan Alam: Currently if we need to look for Exports our talent or AI systems Awareness is the most needed thing for Govt
[9/29/25, 01:00:39] ~ Umair Khan: That is why our Founder and CEO emphasizes the urgency of gaining AI literacy and fluency without delay.

What a beautiful gift he has offered our nation—The Dawn Directive—a program designed to empower us for the future.

Seize this opportunity now, and you will never regret it later.
[9/29/25, 01:03:39] ~ النور : I have joined this group today
Would you please let me know about The Dawn Directive
[9/29/25, 01:03:58] ~ Umair Khan: Welcome to the group, yes !
[9/29/25, 01:05:31] ~ Umair Khan: https://www.ciai.com
[9/29/25, 01:06:02] ~ النور : But this costs  $15000
[9/29/25, 01:07:33] ~ Umair Khan: First go through this website,after that any questions,we are here to answer.
[9/29/25, 01:11:02] +92 310 2109244: +92 310 2109244 left
[9/29/25, 01:08:38] ~ Umair Khan: Subsidized for developing nations for just 750$ .
[9/29/25, 01:08:43] ~ i9_87: *Still costly for a student*😳 <This message was edited>
[9/29/25, 01:09:45] ~ النور : Means almost 225,000 rupees <This message was edited>
[9/29/25, 01:13:20] ~ rabia: Honestly, I feel the reason a lot of us think the Dawn Directives course is costly is because we don't fully realize its value. I even considered leaving my own university studies to join (and I will very very soon), that's how strongly I believe in it.
The fee is equal to one semester at an HEC recognized university here, yet what are we being taught there? MS Word, Excel, and C++ in the first semester of BS(AI) ....

None of that prepares us for the future of AI.
This course actually does. For me, it's not an expense, it's an investment that can change the entire direction of my career and I don't want to miss it. <This message was edited>
[9/29/25, 01:14:51] ~ Umair Khan: Yes,Decreased from 42Lac 50 Thousands, just in 2lac 20k .
[9/29/25, 01:15:21] ~ Nauman Khalid PKSA: The best investment is on yourself, skills always give the highest returns
[9/29/25, 01:16:12] ~ rabia: Absolutely!
[9/29/25, 01:17:18] ~ النور : Can we learn online properly like the student who learns physically in an institute <This message was edited>
[9/29/25, 01:37:25] ~ rabia: depends on the person. if you're dedicated, nothing's impossible.
[9/29/25, 01:39:27] Bill Faruki: CIAI is a 100% online virtual university powered by MindHYVE's ArthurAI VLP platform. Someone who him the video for ArthurAI <This

message was edited>
[9/29/25, 01:40:48] ~ .: Dedication + time = Possibility*
[9/29/25, 01:46:14] ~ Umair Khan: https://youtu.be/QOsWEPaf4eM?si=evMEAatvXik0xjPN
[9/29/25, 01:48:06] ~ SALAAR: 🌟 Get Ready to Unlock the Secrets of AI! 🌟

📚 *Mastering the Art of Prompt Engineering*
📅 Date: 29th September 2025
⏰ Time: 6:00 PM (PKT)

💡 Learn how to craft powerful prompts that deliver next-level results with AI tools. Don’t miss out on this exciting session! 🚀

🔗 Join us today & elevate your skills!
[9/29/25, 01:48:17] ~ SALAAR: There is going to be a session on prompt engineering around 6
Session is being held by iCodeGuru
Will share the link when session starts
[9/29/25, 01:51:21] ~ BIGG000: I wanted to check the outline for each track, So I know in advance what I'll be going to learn form it. Without clear outline structure the heading can be get from chatgpt.
[9/29/25, 01:55:16] ~ النور : I heard that IUB has collaborated with ciai
Is this correct?
[9/29/25, 01:56:10] ~ Umair Khan: MINDHYVE
[9/29/25, 02:02:48] ~ النور : Ok
So I being in Bwp, how can I get benefit from this collaboration
[9/29/25, 02:03:33] ~ Dr. Saima Hassan: You don’t need massive infrastructure to start with AI. If your goal is to build skills, launch projects, or improve your career prospects, open-source models and simple tools are enough.
The real power isn’t in hardware, it’s in fluency. Learn how to use AI creatively, solve problems, and adapt fast. That’s how you future-proof yourself.
Do this way==>  Upskill, experiment, and build. The opportunities are already in your hands.
[9/29/25, 02:19:17] ~ Aasia: The problem with developing countries is that they tend to focus on learning how to use tools and systems created by developed countries. When developed countries upgrade their systems every 5-10 years, developing countries have to start learning the new systems all over again. This creates a cycle of unemployment and dependency. Instead of constantly playing catch-up, developing countries should focus on building their own systems and technologies. By doing so, they can break this cycle and move towards more sustainable development.
[9/29/25, 02:21:36] ~ Awais Kayani: Give chatgpt the link of the course and ask it about the outline and anything else you want to know about it.
[9/29/25, 02:34:10] ~ Dr. Saima Hassan: AI is no longer optional. It’s the new electricity -- powering economies, shaping industries, and deciding who thrives and who falls behind.
[9/29/25, 02:34:30] ~ Ali Gohar:
https://www.linkedin.com/posts/alibingohar_agi-ai-agi-activity-7378358505205903360-BOJY?utm_source=social_share_send&utm_medium=android_app&rcm=ACoAAEMK8kIB956aoAVHgTX9vHDDHZ5w6weT064&utm_campaign=whatsapp
[9/29/25, 02:56:45] +92 333 4336964: ~ i9_87 added +92 333 4336964

[9/29/25, 03:25:34] +92 301 5883831: +92 301 5883831 left
[9/29/25, 04:25:23] ~ Dwayne Williams: ~ Dwayne Williams joined from the community
[9/29/25, 02:35:57] ~ Ali Gohar: It was great meeting you all at the ambassador meet-up. Let’s stay connected!
[9/29/25, 02:37:03] Ayesha: You can do that on the Dawn Directive page. You click on explore more for each track. There is a breakdown there for all you would learn in each of them.
[9/29/25, 02:40:00] Ayesha: There is no such collaboration according to what I know However, CIAI is a California based institute that has this course being sold for 15k USD. CEO of MindHYVE AI, @Bill Faruki has the price subsidised for countries like Africa and Pakistan. If you have any more questions, feel free to ask. Thank you
[9/29/25, 03:19:47] ~ النور : I’m interested if given more discount
[9/29/25, 03:22:16] Ayesha: Leave me a message. I don’t think we have any further discount available for now. We can discuss your reservations and take it from there
[9/29/25, 04:47:48] +92 325 1677828: +92 325 1677828 joined from the community
[9/29/25, 05:03:50] ~ Umair Khan: I want to meet all the Ambassadors across the kp.which spot is best for all?
[9/29/25, 05:04:53] ~ traders: This message was deleted.
[9/29/25, 05:05:08] ~ traders: I think kohat or Peshawar
[9/29/25, 05:07:13] ~ irzam: when will you meet them?
[9/29/25, 05:09:53] ~ €: Islamabad
[9/29/25, 05:21:45] ~ Ahmed Usman: Waiting for this message. This may take a while.
[9/29/25, 05:22:13] ~ Ali Gohar: GIKI (sawabi ) <This message was edited>
[9/29/25, 05:22:51] ~ SALAAR: Peshawar
[9/29/25, 05:27:33] ~ Aizaz: Peshawar
[9/29/25, 06:23:38] +92 310 0111640: +92 310 0111640 left
[9/29/25, 06:26:29] ~ (¬_¬): ~ (¬_¬) joined using a group link
[9/29/25, 06:27:15] ~ MSH: ~ MSH joined using a group link
[9/29/25, 05:54:24] ~ SALAAR: 📢 Happening Now:

👉 Please join us for Latest Trend in Technology 2025 Program

📌 Title:  Mastering the Art of Prompt Engineering

🔗 Zoom link:
https://us02web.zoom.us/j/82936169642?pwd=YWU9ehj3NGctXOkEUqLYSmHoQus41q.1

 Meeting ID: 829 3616 9642
 Passcode: 854220
[9/29/25, 05:54:53] ~ SALAAR: you may join the session related to Prompt Engineering
we will be starting at 6
[9/29/25, 06:10:17] ~ Ahmad| Agentic Ai Ambassador: peshawer
[9/29/25, 06:10:28] ~ Ahmad| Agentic Ai Ambassador: also considerable
[9/29/25, 06:10:54] ~ Umair Khan: Be ready for peshawar.
[9/29/25, 06:11:11] ~ Umair Khan: Ready for peshawar
[9/29/25, 06:11:56] ~ Ahmad| Agentic Ai Ambassador: we will curious for meeting towards you 💚
[9/29/25, 06:50:48] ~ Piyush Kasera: ~ Piyush Kasera joined from the community

[9/29/25, 06:51:22] ~ Piyush Kasera: ~ Umair Khan removed ~ Piyush Kasera
[9/29/25, 07:14:04] +92 323 8528876: +92 323 8528876 left
[9/29/25, 06:30:44] ~ Dwayne Williams: This message was deleted by admin ~ SALAAR.
[9/29/25, 08:37:59] ~ Piyush Kasera: ~ Piyush Kasera was added
[9/29/25, 06:51:08] ~ Piyush Kasera: This message was deleted by admin ~ Umair Khan.
[9/29/25, 07:15:10] ~ Umair Khan: https://youtu.be/KrcjzpRF6xo?si=dFTXWDzsNCgMdMCo
[9/29/25, 07:15:36] ~ Umair Khan: https://youtu.be/tapJkduzJpo?si=K-5A5nXhGbIHy0En
[9/29/25, 07:18:39] ~ Umair Khan: https://youtu.be/NpCS-t0D4Vo?si=cG1qjXDz95u6RCb1
[9/29/25, 07:30:06] ~ ...: Waiting for this message. This may take a while.
[9/29/25, 07:32:31] ~ Umair Khan: Please open the provided YouTube link, navigate to the video settings, and adjust the resolution to the desired quality level.
[9/29/25, 07:33:34] ~ ...: Waiting for this message. This may take a while.
[9/29/25, 07:35:03] ~ Umair Khan: We have a high-quality video available, but it is not accessible to the public.
[9/29/25, 07:36:39] ~ النور : Is this some new company?
[9/29/25, 07:36:49] ~ Umair Khan: MINDHYVE official YouTube channel. <This message was edited>
[9/29/25, 07:46:59] ~ Affan: no collaboration, the students attended the event and that post was shared on IUB official.
[9/29/25, 07:47:42] ~ Affan: I'm here from IUB. if you have any questions you can ask.
[9/29/25, 07:50:49] ~ النور : What are pre requisite for this course?
[9/29/25, 07:51:31] ~ Affan: dedication and consistency are the majors
[9/29/25, 07:52:46] ~ النور : If someone has consistency issue then…
[9/29/25, 07:53:57] ~ Saima Qasim: The Dawn Directive is 3 times less in price then Apple iPhone. But younger buy...

I just noticed when we think about learning why we keep our own progress, professional development and career growth on least priority....

From few days it was stuck in my head. That's the only reason to point out this.
[9/29/25, 07:54:20] ~ Affan: try to be consistent. it's an ultimate skill if you wanna achieve something great in life
[9/29/25, 07:54:45] ~ Affan: exactly!! well explained 👏👏
[9/29/25, 07:55:23] ~ rabia: paying 2 lac will solve that itself.
[9/29/25, 07:55:26] ~ Saima Qasim: Thanks for supporting otherwise in our society such issues are sensitive 🤣
[9/29/25, 07:56:09] ~ Affan: haha 😂! right
[9/29/25, 08:16:20] ~ Ayan: ~ Dr. Saima Hassan added ~ Ayan
[9/29/25, 07:57:01] ~ النور : By the way can someone from This group share about this course if they have enrolled?
[9/29/25, 07:58:49] ~ Affan: you can also check it online. and can also discuss with any team member. This is really a very helpful community. Welcome to the Top 1% Ai community of the world
[9/29/25, 08:00:05] ~ Umair Khan: Yes
[9/29/25, 08:00:19] ~ النور : I’m an average citizen of Pakistan
An M.phill economics
[9/29/25, 08:01:24] ~ النور : How this course can help me and why should I enroll
This is for team members

[9/29/25, 08:04:09] ~ النور : There was a time when doing Amazon business from Pakistan was in high demand
Everyone jumped into this
Market Saturated

This is not to discourage our people
But critical thinking contributes to decide
[9/29/25, 08:05:01] ~ Dr. Saima Hassan: so true! I've seen the same students carrying two smartphones but hesitating to invest even a fraction of that in their own learning. An iPhone will get old, but knowledge stays forever. We really need to shift our mindset: gadgets show status, but skills build futures. Until we start prioritizing learning over luxury, we'll keep holding ourselves back.
[9/29/25, 08:05:23] ~ Affan: that's really great. if you really have a passion for learning and doing AI. Go to ChatGPT and ask him about MindHYVE.ai and ask him why i should do this course as an economist. by doing this you will start getting better with Ai literacy and fluency
[9/29/25, 08:06:55] ~ Ahmad| Agentic Ai Ambassador: then the course is worthless inspite of its worth it not just a course its life changing decision which bost your career into peak in every profession dedication +discipline+ consistency matter without these nothing is valuable
[9/29/25, 08:09:26] ~ Dr. Saima Hassan: upload your CV to chatGPT and give this prompt "Here is my CV. Please analyze it and tell me which important skills are missing compared to top professionals in my field. Focus only on high-demand skills that I can realistically learn in 2–3 months.". or ""Here is my CV. Please analyze it and tell me which important skills are missing compared to top professionals in my field. Focus only on high-demand skills that I can realistically learn in 2–3 months. Also explain how The Dawn Directive can support me in closing these gaps."
[9/29/25, 08:12:23] ~ SALAAR: There was a time when AI first started evolving, and yes, it replaced many jobs - especially in areas like data analysis. But the future isn't about fearing AI, it's about learning to use it wisely.
This course is designed to help us build that skill: so instead of being replaced by someone who knows AI, we can stay relevant, make an impact, and lead with it ourselves
The dawn directive trains us for the future
[9/29/25, 08:18:08] ~ النور : I am learning C++ in a university here
[9/29/25, 08:18:46] ~ النور : Doing Bs in computer science
2nd semester <This message was edited>
[9/29/25, 08:20:39] ~ Eman: ~ rabia added ~ Eman
[9/29/25, 08:20:04] ~ Dr. Saima Hassan: That's great! C++ builds a really strong foundation in programming. Once you get comfortable, you can use any programming languages and AI tools will become much easier. Learn and program the basic concepts of programming in C++
[9/29/25, 08:21:14] ~ النور : Should I first learn C++ then to mindhyve?
Is this right direction
[9/29/25, 08:22:40] ~ Dr. Saima Hassan: C++ is more than just another language, it's a foundation. When students master the basics like logic, loops, and memory management, they build the mindset to learn any programming language or AI tool with ease.
Never underestimate the power of fundamentals - strong roots lead to limitless growth.

[9/29/25, 08:23:24] ~ Saif Ur Rehman: Python fastapi
[9/29/25, 08:24:05] ~ Safi: I am watching that different experts and students from different areas are the part this WhatsApp group. As we are professional then why not we all share our linkedin and connect each other on a professional platform as well.
[9/29/25, 08:25:17] ~ Dr. Saima Hassan: Keep learning C++ - but at the same time, start exploring AI tools.
Both can go hand in hand: C++ builds your foundation, AI builds your future. Don't delay your growth.
[9/29/25, 08:25:14] ~ النور : Reason for connecting in LinkedIn
We are also connected here
[9/29/25, 08:26:38] ~ النور : But alone i do not complete online courses <This message was edited>
[9/29/25, 08:27:29] ~ النور : I need a serious partner
[9/29/25, 08:27:37] ~ النور : To complete the course
[9/29/25, 08:29:05] ~ Ali Gohar: In my experience, C++ helps build your programming logic and clears your basic concepts if you're new to coding. Once you have a strong grasp of logic in C++, switching to any other language becomes much easier.
[9/29/25, 08:29:32] ~ النور : I had collected money to buy iPhone
Now I am thinking to enroll in this course with that money 😌
[9/29/25, 08:30:19] ~ النور : I already have iPhone 15 pro max
Was thinking to switch to iPhone air
[9/29/25, 08:30:52] ~ النور : But the above comment "to invest in your growth" has touched my heart
[9/29/25, 08:33:41] ~ Shahzad: ~ Shahzad left
[9/29/25, 08:32:04] ~ النور : For AI we should know Python first I guess
[9/29/25, 08:32:21] ~ irzam: nope
[9/29/25, 08:36:21] ~ Dr. Saima Hassan: A phone's main job is to call and connect with family and friends. But if you spend money on learning, it will help you grow for life. so better spend money on your growth, on your learning
[9/29/25, 08:37:30] ~ **Talha**: Any coursera course recommendation to master AI.
[9/29/25, 08:37:43] ~ Arslan Ali: The entire purpose of AGI is to empower individuals from any background to build, code, and innovate without needing years of traditional programming experience.
As a 3D artist with no formal coding background, I've personally written and executed over 13,000 lines of code this week alone by learning how to collaborate effectively with AI.
[9/29/25, 08:39:21] ~ النور : If you have written 13000 lines code,it means that you would must be knowing computer language first
[9/29/25, 08:39:25] ~ irzam: i know one. its called the dawn directive
[9/29/25, 08:39:50] Ayesha: You don't. Please go to ciai.com and explore all the tracks of the Dawn Directive. You'll see the course content. It's for everyone, as quoted here multiple times, to provide basic AI skills specially AI literacy and fluency to counter unemployment that may result from an AI-centric economy by 2030. Some people suggested using chatGPT to find missing skills in your CV. However, I'd recommend asking what skills you'll need in the next 5 years to stay relevant with AI being an integral parts of your job.
It's like learning basic computer skills when computers were becoming a part of our lives. Those who learnt, had further avenues open for them while those who didn't, they had a hard time catching up with their jobs.

[9/29/25, 08:41:24] Ayesha: You can also check this out
[9/29/25, 08:57:58] ~ النور : Can we learn this course in Coursera?
[9/29/25, 08:58:31] ~ النور : Not exactly this but just like this course…
Any recommendations?
[9/29/25, 09:01:05] ~ .: No, their courses are not in detail. Instead, mainly focus on definitions and overviews.
[9/29/25, 09:03:02] ~ النور : They have only one AI course? What would be necessary to learn after this course
[9/29/25, 09:03:31] Ayesha: One course so far which is like a pack of 18 courses.
[9/29/25, 09:03:56] ~ النور : Yes i have searched <This message was edited>
[9/29/25, 09:04:04] ~ Dr. Saima Hassan: CIAI focuses on deeply personalized, AI-driven learning through its ArthurAI™ platform, which adapts content to each learner's pace, skills, and goals. CIAI stronger for tailored growth and Coursera better for variety and certifications.
[9/29/25, 09:06:00] ~ النور : I am interested take the course if this course costs me 100,000 rupees then
As we are part of a third world country and i have limited resources
[9/29/25, 09:08:09] ~ M5 l: Dawn Directive and Coursera cater to different learning needs. If you're focused on AI, Dawn Directive's structured learning is ideal. For broader learning and career advancement, Coursera's diverse courses and accredited certificates might be a better fit. Choose based on your specific goals.
[9/29/25, 09:12:46] ~ ws: ~ ws joined using a group link
[9/29/25, 09:08:40] ~ النور : @Bill Faruki
[9/29/25, 09:10:58] ~ M5 l: Considering the 100,000 rupee cost, explore alternatives like scholarships, payment plans, or more affordable courses on platforms like Coursera, edX, or Udemy. You can also utilize free online resources and tutorials for valuable information on AI.
[9/29/25, 09:27:18] Bill Faruki: If you were AI literate and fluent you would know that you need ZERO programming knowledge or experience to have tools like Cursor write code. You need absolutely no prior knowledge or experience
[9/29/25, 09:30:04] Imran malik: Using cursor without programming knowledge is a mess!! Its good if you are expert in your domain.
[9/29/25, 09:32:21] ~ Arslan Ali: I am an Artist and have no Coding background. At first I was doubtful too and afraid. But trust me when you start using tools like Cursor you will be amazed.
[9/29/25, 09:33:40] ~ Rana Mustafa: yep
[9/29/25, 09:34:50] ~ M5 l: I've used Cursor without coding background and it's been super easy and effective.
[9/29/25, 09:37:00] ~ Rana Mustafa: You still need to understand system design, architecture, scalability, and trade-offs to know what code to ask for, how to integrate it, and when the AI is producing something fragile or wrong.
[9/29/25, 09:37:21] ~ irzam: correct.
[9/29/25, 09:46:19] Bill Faruki: No you don't. If you know how to prompt cursor you don't need to know any of that.
[9/29/25, 10:31:57] ~ Umair Khan: ~ Umair Khan pinned a message
[9/29/25, 09:55:18] ~ Rana Mustafa: Can you give an example of that? I think prompting is not enough. You should at least have knowledge of system design and architecture, and you should also be able to read and debug code.
[9/29/25, 09:59:37] Bill Faruki: @~MM can you explain to him how we give the agency to Cursor to design the entire system and code it

[9/29/25, 10:00:36] Bill Faruki: We check in 250,000 lines of code per week. Zero human input. We close 55 features per day. Zero human code written. No human in the loop. 100% AI written. Our agentic AI engineers are in this group
[9/29/25, 10:02:16] Bill Faruki: Front end, backend, Azure function app, cosmosdb, azure storage. 100% written, created, configured by Cursor. Zero human input

Just me in the beginning setting design principles and architecture guidelines.

The rest of the work is done by Cursor write code
[9/29/25, 10:04:27] Bill Faruki: I can't give you one single example that will be the magic answer. You have to be very good at prompting Claude. You need understand how it indexes the codebase. You have to understand the limitations of Sonnets context window and work around it.

You just need to be literate and fluent with the IDE l, Claude or the other models and fluent with how Cursor behaves
[9/29/25, 10:04:30] ~ M5 l: Think of it like giving instructions to a developer. The more specific and detailed your prompts, the better Cursor can  your vision and deliver a system that meets your needs. It's all about clarity and precision in your prompts.
[9/29/25, 10:04:57] ~ S. Saqib: Waiting for this message. This may take a while.
[9/29/25, 10:04:57] ~ S. Saqib: Waiting for this message. This may take a while.
[9/29/25, 10:04:54] ~ SALAAR: Well you are right if we look at the traditional approach we should know about the system design and architecture

but now everything has changed if you knew how to prompt well and efferently code can be generated through clude or cursor.
A person with good prompting skills can Generate backend and frontend code
and if he gets some error he can ask the model to fix it

One of my roommate he was doing bachelors in chemical engineering but at the same time he was building websites and  selling them through prompt engineering
[9/29/25, 10:08:32] ~ SALAAR: And just to add  I remember Sir Bilal once shared a video about his company where he hired an employee who didn't even know how to write a single line of code. That person just learned prompt engineering, and now he's building complete SaaS products with AI. This shows how far you can go today with just prompting skills, even without a background in system design or coding.
[9/29/25, 10:08:47] ~ M5 l: It's good to see how AI is democratizing access to tech. Prompt engineering is empowering people from diverse backgrounds to build and innovate breaking down traditional barriers to entry in the tech industry.
[9/29/25, 10:12:40] ~ Anas Rana: No, never. I am an agentic GenAI engineer. Prompts accelerate development, but they're not fully reliable — human review remains essential. Can you truly build a payment app using only prompts, without any human verification?

This is just one example. There are many areas where human oversight is absolutely required.

And if you don't believe that, then try automating all your communication in this group — maybe then we could trust your logic.

[9/29/25, 10:13:12] ~ MM: Sure
[9/29/25, 10:14:35] ~ XtarzLab: That'll help
[9/29/25, 10:15:49] ~ Anas Rana: what are you saying
cursor is not limited ?
bro are you serious

how many application you have developed ?
how many exp you have?
[9/29/25, 10:16:27] Bill Faruki: Yes we can and we do.
[9/29/25, 10:18:17] Bill Faruki: I don't think you have been paying attention. Our entire agentic stack ArthurAI for education, ChrionAI for medicine, JustineAI for law and EliAI for finance has been written 100% by AI

In MindHYVE we have a rule. If I catch a developer writing code 3 times the third time I fire them.
[9/29/25, 10:19:20] ~ S. Saqib: Waiting for this message. This may take a while
[9/29/25, 10:19:18] ~ MM: I have developed a full blown Agentic AI system… with help of cursor..
We at Mindhyve are developing some amazing Agentic AI systems for health care (Chiron), Education (Arthur), law (Justine) and many more. We have a rule that not a single line of code will be written by hand all just by cursor. And we developed those systems in literally couple of months, which would have taken couple of years with full blown engineering teams, we did that with 1 or max 2 developers per project
[9/29/25, 10:19:23] Bill Faruki: They all use CursorAI for all code authorship.

One developer Waleed even spins up multiple background Claude code agents and has a team of AI agents authoring code
[9/29/25, 10:19:56] ~ Anas Rana: Apologies, but I really want to know: who actually tests your apps?
[9/29/25, 10:20:37] ~ MM: Cursor is surely not limited, but we as humans we are limited by our imagination and I will say a bit ego in accepting that some tool is actually better than us.
[9/29/25, 10:21:01] ~ MM: Arthur has its pilot production launch couple of months back and have actual users using it.
[9/29/25, 10:21:20] ~ MM: Chiron got its first pilot launch recently and is being used in production now.
[9/29/25, 10:21:59] ~ Anas Rana: Can we build this type of app by just prompt ?
[9/29/25, 10:22:01] ~ Anas Rana: video omitted
[9/29/25, 10:22:02] ~ Anas Rana: @Bill Faruki
[9/29/25, 10:22:50] Bill Faruki: Users
[9/29/25, 10:22:50] ~ MM: Yes and @~Waleed faruki jsut recently did it..
[9/29/25, 10:23:18] ~ Anas Rana: can you share demo or doc's
[9/29/25, 10:23:48] Bill Faruki: Not with one prompt. You have to
Use Cursor to design the app. Have it created the PRD then have Cursor break it out into components and then code it block by block.
[9/29/25, 10:24:37] Bill Faruki: Yes it can build apps like this on Kotlin, Swift, react native with its eyes closed. We built an iOS called the HYVE entirely using Cursor
[9/29/25, 10:25:18] Bill Faruki: Yaar instead of asking us so many questions why

don’t you watch some hard core vibe coders videos with cursor and learn yourself
[9/29/25, 10:26:01] Bill Faruki: Team ambassadors. This is an example of a lack of AI literacy and fluency.
[9/29/25, 10:26:03] ~ MM: First of all we have to understand what we mean by using cursor…

It is not like you go in and tell him, “Hey I want an application which will teach students using AI”

And it will create exactly whats in your mind.

Just imagine yourself as technical product manager and have a team of engineers?

Will you just go and tell them built this and they will build the entire system on their own?
[9/29/25, 10:28:33] ~ Anas Rana: No. I have 5 years of experience and have built many AI applications I am also a good prompt engineer, and I can say with certainty: it’s wrong to think that real-world apps can be developed using prompts alone.
[9/29/25, 10:29:25] Bill Faruki: Challo ok. Well then I suppose if you think it can’t be done then I suppose it can’t be done. We do it all day long

Maybe we know something you don’t
[9/29/25, 10:31:31] ~ Anas Rana: thank you sir

i am really happy to join this community. Please don’t stop sharing your AI knowledge its valuable.

please donot stop to sharing ai knowledge .

thanks
[9/29/25, 10:32:05] ~ Rana Mustafa: jio.
[9/29/25, 10:43:38] +92 348 5262427: +92 348 5262427 left
[9/29/25, 10:33:04] Bill Faruki: No of course we won’t. But it’s sad that there are still people here who really still think that there is something that they can do that AI cannot.

I suppose it’s a tough lesson to learn and it takes time
[9/29/25, 10:34:21] ~ Anas Rana: i donot want to run loop again
[9/29/25, 10:35:24] Bill Faruki: Send me your LinkedIn
[9/29/25, 10:40:48] Bill Faruki: Can you please send me your LinkedIn. I’d like to see your experience so that I can help you according to your capabilities
[9/29/25, 10:41:22] ~ Awais Kayani: As a mobile app engineer I can say with a 100 percent guarantee that cursor can build this app with a single build prompt. What matters is what you do before you tell it to build the app. Youve got to talk to it, plan with it, question and answer back and forth and then when youre sure that its speaking the same language as you in terms of the functionality and requirements of the app then you ask it to build it and sit back and enjoy aa nice cup of tea.
[9/29/25, 10:41:46] ~ Anas Rana: It's phone to phone sim calling app

[9/29/25, 10:43:14] Bill Faruki: It doesn’t matter if it’s a rocket ship and SpaceX and Relativity Rockets uses cursor for the writing the software for the rocket guidance systems or something as simple as a phone to phone sim calling app
[9/29/25, 10:47:34] +234 806 083 7327: +234 806 083 7327 joined using a group link
[9/29/25, 10:44:46] ~ ...: Just a fun fact
AI can't taste pizza 🍕😅
[9/29/25, 10:45:35] ~ Anas Rana: How much would you charge to write a prompt for developing this app?
[9/29/25, 10:46:14] ~ M5 l: True that! AI can't taste pizza 🍕, but it can definitely help you find the best pizza points near you.
[9/29/25, 10:47:09] ~ ...: To some extent
[9/29/25, 10:47:10] ~ M5 l: You are asked to share your LinkedIn ?
[9/29/25, 10:47:19] ~ Eisha Sabeel: 💯
[9/29/25, 10:47:44] Ayesha: 😅 That’s a classic one!

🍕 “AI can’t taste pizza.”

True. But here’s the thing:

It can optimize the supply chain that gets the pizza to you faster.

It can predict demand so your favorite flavor never runs out.

It can design smarter ovens to cook it perfectly every time.

And it can even help the restaurant personalize menus to your exact cravings.

So no, it doesn’t taste the pizza. But it sure makes sure you do. 😎

Best,
Ava
[9/29/25, 10:47:45] ~ rabia: bro knows he's cooked.
[9/29/25, 10:47:59] ~ SALAAR: If he dosnt want to me and my friends would like to be guided by Sir Belal
[9/29/25, 10:48:37] Ayesha: Lets keep it down please. We are all here to learn. Many people here were skeptical like this once too.
[9/29/25, 10:49:16] Bill Faruki: It’s not one prompt. It’s could be many chained together
[9/29/25, 10:49:31] ~ irzam: there should be an exception for gen z :( <This message was edited>
[9/29/25, 10:50:06] ~ Anas Rana: use your prompt skill to search my linkedin
[9/29/25, 10:50:24] ~ M5 l: Ava always think beautifully
[9/29/25, 10:50:30] ~ M5 l: I will
[9/29/25, 10:50:51] ~ MM: @~Anas Raheem

Did you read this?

Why are you asking for one prompt?
[9/29/25, 10:51:26] ~ irzam: i think you guys should make a discord server
[9/29/25, 10:51:33] Bill Faruki: Let me see your LinkedIn. Let’s take a look at

your experience and I will have a better idea of where there is a skill gap.
[9/29/25, 10:51:49] ~ Haris Khan: You won't pay your your bills by tasting pizza. Do you? <This message was edited>
[9/29/25, 10:53:51] ~ M5 l: No pizza tasting skills required to pay bills, but a good pizza can definitely be a great reward after a long day of work .
[9/29/25, 10:54:35] ~ Anas Rana: i am waiting bro
thanks in adnavc
[9/29/25, 10:54:59] ~ MM: Brooooooo
[9/29/25, 10:55:02] ~ MM: seriously?
[9/29/25, 10:55:08] Bill Faruki: I already know where you work and in what capacity. I wanted you to share your LinkedIn so that I can share some of our developers LinkedIn with you for company
[9/29/25, 10:57:07] ~ .: ~ . added ~ .
[9/29/25, 10:55:22] ~ M5 l: Why ur hiding u don't even listen @Bill Faruki
[9/29/25, 10:57:28] ~ ...: Hahaha
I think you will be using AI  to pay the bills
[9/29/25, 10:58:11] ~ M5 l: Always AI
[9/29/25, 10:59:11] ~ Haris Khan: Its a no brainer AI will be in our everday life just like internet
[9/29/25, 10:59:22] ~ Haris Khan: Ofcourse it'll pay the bills
[9/29/25, 10:59:43] ~ .: This message was deleted.
[9/29/25, 10:59:55] ~ Y....: Brother, many people do actually use Ai to earn money..
[9/29/25, 10:59:56] ~ irzam: what community?
[9/29/25, 11:00:12] ~ Eisha Sabeel: 💯
[9/29/25, 11:00:16] ~ ...: It is a no brainer while I referred to a fact and you went to discuss billing
[9/29/25, 11:00:24] ~ irzam: some people order pizza through AI
[9/29/25, 11:00:31] ~ irzam: like me
[9/29/25, 11:01:25] ~ .: It's by mistake
[9/29/25, 11:01:27] ~ Umair Khan: You can wake someone who is asleep, but not someone who is pretending.
[9/29/25, 11:02:21] ~ .: ~ . left
[9/29/25, 11:07:15] +92 318 7440377: +92 318 7440377 left
[9/29/25, 11:01:57] ~ irzam: wise words
[9/29/25, 11:03:56] Bill Faruki: Ok let’s show him how to build a phone to phone SIM calling app:

Quick question. Do you want to build

- SIM-Backed Calling App
- App-to-App → Phone Bridging
- Hybrid VoIP / SIM App

?
[9/29/25, 11:06:05] Bill Faruki: I’m going to assume you want to build the first option
[9/29/25, 11:06:21] Bill Faruki: MVP in 10 practical steps
1. Pick a CPaaS for speed (Twilio/Telnyx/Plivo). Later, add direct carrier SIP for better margins.

2. Buy DIDs in your seed geographies (e.g., US, UK, EU).
• For call-through, map each DID to a webhook in your backend.
3. Implement user auth (email/phone), and verify their SIM number (SMS or flash call).
4. Caller ID policy
• If you own/host the number for the user → best STIR/SHAKEN attestation (A).
• If user uses their personal carrier number → verify then present it (often yields B/C attestation). Be honest in UI about "Caller ID may show 'Unknown' in some regions."
5. Call bridge API
• For call-through: On inbound to your DID, lookup the user (via DID or a short code in DTMF), then dial out to destination and bridge.
• For callback: When user taps "Call", create two outbound legs: first to the user's number, then to destination; bridge on answer.
6. Rating/Billing
• Prepaid wallet (Stripe) with real-time decrements during call based on per-minute wholesale rates + markup.
• Block calls when balance is insufficient; allow "top-up" in-call grace if you want.
7. CDR pipeline
• Persist: user_id, a/b numbers, start/answer/end, ACD, ASR, PDD, cost, route_id, recording_ref (if enabled).
8. Quality & routing
• Start with CPaaS default. Add Least-Cost Routing (LCR) + quality thresholds later (MOS/ASR guardrails).
9. Mobile UX
• iOS: CallKit for native call UI + background VoIP pushes (for callback acceptance UX).
• Android: ConnectionService + foreground service for call state.
• Provide fast redial, favorites, in-app keypad, destination price preview.
10. Compliance

• STIR/SHAKEN in US, CNAM display limits, TCPA consent (autodial rules), E911 (only if you offer inbound/user numbers as primary line), call-recording two-party consent states, KYC if you sell numbers, GDPR for EU users.
[9/29/25, 11:06:44] Bill Faruki: Using the above guidelines as an MVP. I'll show you the first three prompts
[9/29/25, 11:06:54] ~ Anas Rana: just give me a running demo please
[9/29/25, 11:07:06] ~ ...: Which model?
[9/29/25, 11:08:07] Bill Faruki: No I won't do you work for you. If I did I'll build it for your employer and show him how he can use Cursor and have someone replace you
[9/29/25, 11:08:08] Bill Faruki: So you need to figure this out on your own
[9/29/25, 11:13:50] +92 310 7044275: +92 310 7044275 left
[9/29/25, 11:08:43] ~ Awais Kayani: A friend of mine who was a QA after his graduation went to Australia for his masters. He had picked a mobile development course there in which he had to create an app with google map api, google reviews,

reviews update, the maps had pins for all vegan restaurants and things like that. He had to create it in react native so he called me for help. I asked him to show me the question that his teacher gave him for the assignment and found out that it was quite detailed so I told him to download cursor and then open manusAI and copy and paste the question there and tell ut that youre in uni and you want react native and other relevant things to build context. Manus created the complete codebase autonomously which he then downloaded and opened in cursor, ran it, tested it, made the necessary changes and then got the highest marks in that assignment but if you ask him right now to write a single piece of react native code or give a conceptual or technical system architecture diagram of the app he wont be able to do it.
[9/29/25, 11:09:46] ~ Y....: I am eager to learn so can we still get those 3 prompts so that everyone can see how better and proper prompts are made 😅
[9/29/25, 11:10:03] Bill Faruki: But here goes anyway.

Let’s start with the project architecture
[9/29/25, 11:10:04] Bill Faruki: mvp-sim-calling/

```
  backend/
    app/
      __init__.py
      main.py
      config.py
      deps.py
      routers/
        auth.py
        calls.py
        rates.py
        admin.py
        health.py
      webhooks/
        telnyx.py
        stripe.py
      services/
        telnyx_client.py
        stripe_client.py
        rating.py
        call_orchestrator.py
        verification.py
        fraud.py
        cdr.py
      models/
        base.py
        user.py
        did.py
        tariff.py
        cdr.py
        verification.py
      schemas/
        auth.py
        calls.py
```

```
        rates.py
      migrations/
    tests/
      test_auth.py
      test_calls.py
  mobile/
    App.tsx
    screens/
      LoginVerify.tsx
      Dialer.tsx
      CallStatus.tsx
    lib/api.ts
  infra/
    docker-compose.yml
    Dockerfile.backend
    .env.example
    Makefile
    README.md
[9/29/25, 11:10:19] Bill Faruki: Environment & secrets
[9/29/25, 11:10:33] Bill Faruki: # Postgres
POSTGRES_USER=app
POSTGRES_PASSWORD=app
POSTGRES_DB=simcall
DATABASE_URL=postgresql+psycopg://app:app@db:5432/simcall

# Redis
REDIS_URL=redis://redis:6379/0

# Telnyx
TELNYX_API_KEY=replace
TELNYX_CONNECTION_ID=replace
TELNYX_MESSAGING_PROFILE_ID=replace
TELNYX_WEBHOOK_SIGNING_SECRET=replace
# Optional: specific DIDs you buy for call-through
CALLTHROUGH_DID_US=+1415xxxxxxx

# Stripe
STRIPE_API_KEY=replace
STRIPE_WEBHOOK_SECRET=replace
STRIPE_PRICE_TOPUP_SMALL=price_123
STRIPE_PRICE_TOPUP_MEDIUM=price_456
STRIPE_PRICE_TOPUP_LARGE=price_789

# App
JWT_SECRET=devsecret
APP_BASE_URL=http://localhost:8000
PUBLIC_APP_URL=http://localhost:8000
[9/29/25, 11:10:45] Bill Faruki: Database schema
[9/29/25, 11:13:35] Bill Faruki: # Prompt for Cursor: Set up SIM-backed Calling MVP
Project
```

Please scaffold a new project with the following structure and technologies:

## Project Overview
We're building a **SIM-backed phone-to-phone calling MVP** that supports:
1. **Callback flow** – user requests a call, backend rings their SIM (leg A), then dials the destination (leg B), then bridges.
2. **Call-through flow** – user dials a local DID, backend bridges them to the last-selected destination with their verified caller ID.

Focus on backend setup, infra, and a minimal mobile app.

---

## Tech Stack
- **Backend:** Python 3.11, FastAPI, Uvicorn
- **Database:** Postgres + SQLAlchemy + Alembic
- **Cache/Queues:** Redis
- **Telephony/CPaaS:** Telnyx (Call Control APIs)
- **Billing:** Stripe prepaid wallet with top-ups
- **Mobile:** React Native (Expo) with 3 screens (Login/Verify, Dialer, Call Status)
- **Infra:** Docker Compose for backend, Postgres, Redis

---

## Monorepo Layout
[9/29/25, 11:13:49] Bill Faruki: mvp-sim-calling/
backend/
app/
init.py
main.py
config.py
deps.py
routers/
auth.py
calls.py
rates.py
admin.py
health.py
webhooks/
telnyx.py
stripe.py
services/
telnyx_client.py
stripe_client.py
rating.py
call_orchestrator.py
verification.py
fraud.py

cdr.py
models/
base.py
user.py
did.py
tariff.py
cdr.py
verification.py
schemas/
auth.py
calls.py
rates.py
migrations/
tests/
test_auth.py
test_calls.py
mobile/
App.tsx
screens/
LoginVerify.tsx
Dialer.tsx
CallStatus.tsx
lib/api.ts
infra/
docker-compose.yml
Dockerfile.backend
.env.example
Makefile
README.md
[9/29/25, 11:14:11] Bill Faruki: ---

## Tasks
1. Generate this folder structure.
2. Add minimal FastAPI boilerplate with `/health` route.
3. Create `.env.example` with Postgres, Redis, Telnyx, Stripe, and JWT placeholders.
4. Scaffold SQLAlchemy models: users, verifications, dids, tariffs, cdrs, call_sessions.
5. Create Alembic migrations setup.
6. Add pytest config and minimal sample tests.
7. Scaffold a simple React Native app with placeholder screens (LoginVerify, Dialer, CallStatus).
8. Generate `docker-compose.yml` with services for backend, Postgres, Redis.
9. Write a README with local setup instructions (`make up`, `make migrate`, `ngrok http 8000` for webhooks).

---

**Please generate this monorepo scaffold now.**
[9/29/25, 11:14:20] Bill Faruki: *Ok so that’s the first prompt*

[9/29/25, 11:14:31] Bill Faruki: *Here is the second prompt*
[9/29/25, 11:14:50] ~ Umair Khan: Those who grasp the meaning truly understand, yet there is a flaw,it only feeds the ego, and in the long run, that is dangerous.
[9/29/25, 11:16:13] Bill Faruki: # Prompt for Cursor: Implement Backend Endpoints, Services, Billing & Webhooks

Continue from the scaffolded monorepo. Implement a working **backend** for the SIM-backed calling MVP with **Callback** and **Call-through** flows, plus billing and basic fraud controls.

## Objectives
- Implement FastAPI routes and models.
- Add Telnyx Call Control integration (mockable).
- Add Stripe prepaid wallet top-ups (mockable).
- Implement rating/billing with per-minute tariffs.
- Persist CDRs and expose call status.
- Provide unit tests and a runnable local setup.

---

## Environment & Config
Use existing `infra/.env.example`. Ensure `backend/app/config.py` loads:
- `DATABASE_URL`, `REDIS_URL`
- `TELNYX_API_KEY`, `TELNYX_CONNECTION_ID`, `TELNYX_WEBHOOK_SIGNING_SECRET`
- `STRIPE_API_KEY`, `STRIPE_WEBHOOK_SECRET`
- `JWT_SECRET`
- `CALLTHROUGH_DID_US` (optional for demos)
Support `MOCK_TELNYX=true` and `MOCK_STRIPE=true` to run locally without external calls.

---

## Database (SQLAlchemy + Alembic)
Create/complete models and migrations:

**users**
- `id` UUID PK, `phone_e164` (unique), `phone_verified_at` ts
- `default_cli_e164` (nullable), `wallet_cents` int default 0
- `status` enum {active, suspended}, `created_at` ts default now

**verifications**
- `id` PK, `user_id` FK, `e164`, `method` enum {sms, flash}
- `code`, `expires_at`, `verified_at`

**dids**
- `id` PK, `e164` (unique), `country`, `assigned_user_id` FK nullable, `pool_tag`

**tariffs**
- `id` PK, `prefix`, `country`, `rate_per_min_cent` int
- `interval_sec` int default 60, `connect_fee_cent` int default 0

**call_sessions**
- `id` PK, `user_id` FK, `mode` enum {callback, callthrough}
- `dest_e164`, `telnyx_call_control_ids` jsonb
- `state` jsonb, `created_at` ts

**cdrs**
- `id` PK, `user_id` FK, `a_number`, `b_number`
- `start_ts`, `answer_ts`, `end_ts`
- `duration_sec`, `cost_cent`, `route_id`, `status` enum {completed, no_answer, busy, failed}
- `recording_url` nullable

Seed `tariffs` with a few example prefixes: +1, +44, +61 with sample rates.

---

## FastAPI App
Wire everything in `backend/app/main.py`:
- Include routers: `auth`, `rates`, `calls`, `health`, `admin` (optional).
- Add dependency for DB session and a `current_user` auth dependency (JWT).
- Global exception handlers and simple CORS.

### Routes

**Auth/Verification**
- `POST /auth/verify/start` body `{ phone_e164 }`
  - Generate 6-digit OTP, store in `verifications`, send via Telnyx SMS (or mock).
  - Return `{ ok: true }`.
- `POST /auth/verify/confirm` body `{ phone_e164, code }`
  - Validate OTP; upsert user; set `phone_verified_at`.
  - Issue JWT; return `{ token, user: {...} }`.

**Rates**
- `GET /rates/estimate?to=E164`
  - Resolve tariff by prefix (longest match).
  - Compute example cost and `{ per_min_cent, connect_fee_cent, est_max_minutes_from_wallet }`.

**Wallet**
- `POST /wallet/checkout-session` body `{ size: "small" | "medium" | "large" }`
  - Create Stripe Checkout session (or mock). Return `{ url }`.
- `GET /wallet` (auth)
  - Return `{ wallet_cents }`.

**Calls**
- `POST /calls/callback` (auth) body `{ to_e164 }`
  - Validations: verified user, wallet > 0, destination allowed by tariffs, fraud checks.
  - Create `call_sessions` row; create **leg A** (to user) via Telnyx; store

call_control_id.
  - Return `{ call_session_id, status: "initiated" }`.

- `POST /calls/callthrough/assign-did` (auth)
  - Assign a local DID to the user from the pool; return `{ access_number }`.

- `GET /calls/{id}` (auth)
  - Return current state (`initiated | ringing_a | ringing_b | bridged | ended`), last CDR if present.

**Health**
- `GET /health` → `{ ok: true }`

---

## Webhooks

**Telnyx: `POST /webhooks/telnyx`**
- Verify signature if not in mock mode.
- Handle events:
  - **Incoming to DID** (call-through):
    - Lookup user by called DID.
    - Determine destination: use last chosen dest or prompt DTMF (gather 8–15 digits).
    - Outdial destination with `caller_id` = `user.default_cli_e164` if verified, else your DID.
    - Bridge when B answers. Start billing on B answer.
  - **Outbound leg events (callback A/B)**:
    - On A answered → create B leg to `dest_e164`; set `caller_id` as above.
    - On B answered → bridge A+B; state = `bridged`.
    - On hangup → finalize CDR, compute cost, update wallet.
- Persist all state transitions to `call_sessions.state`.

**Stripe: `POST /webhooks/stripe`**
- Verify signature if not in mock mode.
- Handle:
  - `checkout.session.completed` → credit `users.wallet_cents`.
  - `payment_intent.payment_failed` → no credit; log.

---

## Services (implement with interfaces + mock mode)
Create in `backend/app/services/`:

**telnyx_client.py**
- `create_outbound_call(to, caller_id, metadata) -> { call_control_id }`
- `bridge(call_control_id_a, call_control_id_b)`
- `hangup(call_control_id)`
- `send_sms(to, body)`
- When `MOCK_TELNYX=true`, emulate calls with in-memory timers and emit synthetic

webhook events to the app (helper task).

**stripe_client.py**
- `create_checkout_session(amount_cents|price_id, success_url, cancel_url) -> url`
- Mock mode returns a fake URL; tests can simulate webhook.

**rating.py**
- `lookup_tariff(e164) -> Tariff`
- `compute_cost(duration_sec, tariff) -> int_cents` (ceil to 60s, add connect fee).

**call_orchestrator.py**
- State machine for callback and call-through flows.
- Wallet guard: deduct live during call every 6s tick; if wallet < 0 → 10s grace then hangup.
- Store metrics (ASR/ACD placeholders).

**verification.py**
- OTP generation/validation; expiry (e.g., 5 min).

**fraud.py**
- Daily spend cap, velocity limits for new destinations, blocklist for risky prefixes.

**cdr.py**
- Build and persist CDRs from session state when call ends.

---

## Security & Caller ID
- Only present a CLI the user **verified** (their `default_cli_e164`) or a DID you own.
- Note: STIR/SHAKEN nuances deferred; add TODOs where appropriate.

---

## Tests (pytest)
Add tests in `backend/tests/`:
- `test_verification.py` (OTP success/failure/expiry)
- `test_rates.py` (prefix matching, compute_cost edge cases)
- `test_wallet.py` (Stripe mock, wallet credit)
- `test_calls_callback.py` (happy path: A answers → B answers → bridged → billed → CDR)
- `test_calls_callthrough.py` (inbound DID → outdial → bridge → billed)
- Include fraud tests for spend cap and blocked prefix.

---

## DX & Runbook
**Makefile**
- `make up` → docker-compose up (backend, db, redis)

- `make migrate` → Alembic upgrade head
- `make seed` → seed tariffs & demo DID
- `make test` → run pytest

**README**
- Local run instructions
- How to run in mock mode (no external accounts required)
- Example ngrok command for real webhooks
- Sample cURL scripts:
  - Start/confirm verification
  - Create checkout session (mock)
  - Fetch rate estimate
  - Place callback call
  - Simulate telnyx webhook fixtures

---

## Acceptance Criteria
- Mock mode fully exercises both flows without external APIs.
- Real mode works when valid Telnyx/Stripe keys are provided.
- Successful callback: session transitions `initiated → ringing_a → ringing_b → bridged → ended`, CDR persisted, wallet decremented correctly.
- Successful call-through: inbound DID → DTMF dest → bridged → billed.
- `/rates/estimate` returns correct tariff and computed max minutes.
- Unit tests pass.

---

## Implementation Notes
- Use Pydantic v2, FastAPI, SQLAlchemy 2.x, Alembic.
- Log with `loguru`; structured logs for webhook payloads.
- Keep `services/*` side-effect-free where possible; isolate I/O for easier testing.
- Longest-prefix matching for tariffs.
- Prefer UTC timestamps; store money in integer cents.

**Please implement the above, adding code, migrations, tests, and documentation. Generate stub fixtures for Telnyx/Stripe webhooks and ensure `MOCK_*` modes let me demo end-to-end locally.**
[9/29/25, 11:16:44] Bill Faruki: That's the second prompt.

Here comes the third
[9/29/25, 11:17:41] ~ XtarzLab: How to write such prompts?
[9/29/25, 11:18:20] ~ ...: Use GPT haha
[9/29/25, 11:18:44] ~ XtarzLab: 🤭🤭😳
[9/29/25, 11:19:37] Bill Faruki: # Prompt for Cursor: Implement the Mobile App (React Native/Expo) + Auth, Rates, Callback & Wallet

Continue from the monorepo scaffold. Implement the **mobile client** that talks to our FastAPI backend and supports:

- Phone verification (OTP)
- Rate estimate for a destination
- Place a **callback** call
- View call status (polling)
- Top up wallet via Stripe Checkout (mock/real)
- Show assigned **call-through** access number

## Tech/Project Setup
- React Native via **Expo** (TypeScript)
- Minimal state with React Context
- Networking with `fetch` (no heavy client lib)
- Form validation with `zod`
- Keep styling simple with StyleSheet

## Files to create/update

### `mobile/App.tsx`
- Set up NavigationContainer with stack routes:
  - `LoginVerify` (default)
  - `Dialer`
  - `CallStatus`
  - `Wallet`
- Provide `AuthContext` + `ApiContext` + `SessionContext`.

### `mobile/lib/api.ts`
- Export `createApi(baseUrl: string, token?: string)` returning functions:
  - `startVerify(phone_e164)`
  - `confirmVerify(phone_e164, code)` → `{ token, user }`
  - `getWallet()` → `{ wallet_cents }`
  - `createCheckout(size: 'small'|'medium'|'large')` → `{ url }`
  - `estimateRate(to_e164)` → `{ per_min_cent, connect_fee_cent, est_max_minutes_from_wallet }`
  - `startCallback(to_e164)` → `{ call_session_id, status }`
  - `getCall(id)` → `{ state, cdr? }`
  - `assignCallthroughDid()` → `{ access_number }`
- Automatically attach `Authorization: Bearer <token>` when present.
- Convert network errors into typed errors.

### `mobile/lib/env.ts`
- Read `EXPO_PUBLIC_API_BASE_URL` (fallback `http://localhost:8000`).
- Export `API_BASE_URL`.

### `mobile/lib/currency.ts`
- Helpers: `formatCents(cents: number): string` and `perMin(cents: number): string`.

### `mobile/context/AuthContext.tsx`
- Holds `{ token, user, setAuth }`.
- Persist token in `SecureStore` (Expo) if available; otherwise AsyncStorage.

### `mobile/context/SessionContext.tsx`
- Holds ephemeral call session: `{ callSessionId, setCallSessionId }`.

### `mobile/screens/LoginVerify.tsx`
- UI:
  - Input phone (E.164), button “Send code” → call `startVerify`.
  - Input OTP, button “Verify & Continue” → call `confirmVerify`, store token and user, navigate to `Dialer`.

### `mobile/screens/Dialer.tsx`
- UI:
  - Display balance (use `getWallet()`).
  - Phone input with country picker (basic text input is fine).
  - Button “Estimate” → call `estimateRate`, show:
    - Per-minute price
    - Connect fee
    - Max minutes from wallet
  - Button “Call (Callback)” → `startCallback`, then navigate to `CallStatus` with `call_session_id`.
  - Section: **Call-through access number**
    - Button “Get local access number” → `assignCallthroughDid()`; show the returned number and quick help.
  - Button “Wallet / Top up” → navigate to `Wallet`.

### `mobile/screens/CallStatus.tsx`
- Receives `call_session_id` param.
- Poll `getCall(id)` every 1s and render states:
  - `"initiated"`, `"ringing_a"`, `"ringing_b"`, `"bridged"`, `"ended"`.
- If `"ended"` show CDR summary if present (duration, cost).
- Button “Back to Dialer”.

### `mobile/screens/Wallet.tsx`
- Show current `wallet_cents`.
- Three buttons: Top up **Small/Medium/Large** → call `createCheckout(size)`:
  - In **mock mode**, open returned URL with `Linking.openURL(url)` (it can just be a local page).
  - After returning to app, call `getWallet()` again.
- Tip: handle deep link (optional) using Expo Linking. For now, a simple manual back is fine.

### `mobile/components`
- `TextField.tsx`: labeled input with validation message (zod-safe).
- `PrimaryButton.tsx`: pressable with disabled/loading states.
- `Row.tsx`: simple flex row.

### `mobile/types.ts`
- Type definitions for API responses and call states.

---

## UX Notes
- Keep inputs forgiving; normalize phone to E.164 (+1… where applicable).
- Show concise toasts/snackbars for network failures.
- Show **rate estimate** inline on Dialer before placing a call.
- If `est_max_minutes_from_wallet === 0`, disable “Call” and show “Add funds”.

---

## Minimal Styling
- SafeAreaView wrappers.
- Large keypad-like input for numbers on Dialer.
- Status dots in CallStatus (● initiated/ringing, ● bridged, ● ended).

---

## Example Snippets

### `mobile/lib/api.ts` (skeleton)
```ts
export const createApi = (baseUrl: string, token?: string) => {
  const headers = (extra: Record<string,string> = {}) => ({
    'Content-Type': 'application/json',
    ...(token ? { Authorization: `Bearer ${token}` } : {}),
    ...extra,
  });

  const get = async <T>(path: string): Promise<T> => {
    const res = await fetch(`${baseUrl}${path}`, { headers: headers() });
    if (!res.ok) throw new Error(await res.text());
    return res.json();
  };

  const post = async <T>(path: string, body: any): Promise<T> => {
    const res = await fetch(`${baseUrl}${path}`, {
      method: 'POST',
      headers: headers(),
      body: JSON.stringify(body),
    });
    if (!res.ok) throw new Error(await res.text());
    return res.json();
  };

  return {
    startVerify: (phone_e164: string) => post('/auth/verify/start', { phone_e164
}),
    confirmVerify: (phone_e164: string, code: string) =>
post('/auth/verify/confirm', { phone_e164, code }),
    getWallet: () => get<{ wallet_cents: number }>('/wallet'),
    createCheckout: (size: 'small'|'medium'|'large') => post<{ url: string
}>('/wallet/checkout-session', { size }),
```

```
    estimateRate: (to_e164: string) =>
get(`/rates/estimate?to=${encodeURIComponent(to_e164)}`),
    startCallback: (to_e164: string) => post('/calls/callback', { to_e164 }),
    getCall: (id: string) => get(`/calls/${id}`),
    assignCallthroughDid: () => post('/calls/callthrough/assign-did', {}),
  };
};
```

[9/29/25, 11:19:16] ~ MM: take the dawn directive course
[9/29/25, 11:19:39] Bill Faruki: Polling in CallStatus.tsx (sketch)
[9/29/25, 11:19:41] Bill Faruki:

```
useEffect(() => {
  let mounted = true;
  const tick = async () => {
    try {
      const data = await api.getCall(callId);
      setState(data);
      if (mounted && data.state !== 'ended') setTimeout(tick, 1000);
    } catch (e) {
      setError(String(e));
    }
  };
  tick();
  return () => { mounted = false; };
}, [callId]);
```

[9/29/25, 11:19:55] Bill Faruki: Acceptance Criteria (Mobile)

- User can verify phone, get JWT, and persist session.
- Dialer shows wallet balance and rate estimate for a valid E.164 number.
- “Call (Callback)” triggers session creation and status progression in mock mode.
- Call status updates at ~1s intervals and shows terminal “ended” with a simple summary.
- Wallet screen can create a top-up session (mock) and refresh the balance.
- Optional: user can request and view their call-through access number.

Please implement all files above, wire navigation and contexts, and ensure the app runs cleanly with TypeScript.
[9/29/25, 11:19:59] ~ Umair Khan: You will learn after the Dawn directive but not at a discounted price 😂😂.
[9/29/25, 11:20:53] ~ XtarzLab: I'll learn it on my own, will never buy this course 😔
[9/29/25, 11:23:18] Bill Faruki: Prompt engineering Cursor is different from Replitt which is different from ChatGPT etc
[9/29/25, 11:23:55] Bill Faruki: You have to be the master of your tool stack.
[9/29/25, 11:24:02] ~ Ahmad| Agentic Ai Ambassador: Ai win what's a true display of the ai fluency 👏
[9/29/25, 11:24:16] ~ Ahmad| Agentic Ai Ambassador: hhhha
[9/29/25, 11:25:43] Bill Faruki: You cannot use a conversational style of promoting for an instruct model in a tool like Cursor.

Likewise you cannot use strict instruct promoting with ChatGPT if you want real synthetic thought.

You really have to know how to prompt each AI, LLM differently to be able to use it properly
[9/29/25, 11:25:54] Bill Faruki: This is called AI literacy and fluency <This message was edited>
[9/29/25, 11:26:54] ~ XtarzLab: What if you are working in a company and you are not allowed to use any of the ai tools

& Your job's to build ai agents @Bill Faruki <This message was edited>
[9/29/25, 11:27:45] ~ MM: Then switch,, because that company will be out soon
[9/29/25, 11:27:47] ~ Umair Khan: That is called illterate. <This message was edited>
[9/29/25, 11:27:53] ~ Awais Kayani: No disrespect intended to anyone but I think his reluctance in adopting to AI is stemming from the fact that AI builds things extremely efficiently which is a threat to the existing business models of running projects for months to pump money out of them
[9/29/25, 11:28:29] ~ Ahmad| Agentic Ai Ambassador: no one is restrict you like this because in production house its eyes are in product quality and less response time which bi built with ai literacy and fluency
[9/29/25, 11:28:37] Bill Faruki: Then the company cannot stay competitive in the market today. It takes one inventive kid who is proficient with AI and they will make a better product and sell it for peanuts compared to the companies and that will be the end of that
[9/29/25, 11:28:59] Bill Faruki: Most likely
[9/29/25, 11:31:25] ~ Ahmad| Agentic Ai Ambassador: as whole discussion its conclude that still have no knowledge and alot of adaptation need in ourselves as we consider ourselves as student which are just like mind followers like in the era of early 19s @~Bill Faruki @~Umair Khan we should promote our moto now its more necessary then doing a degree
[9/29/25, 11:32:57] ~ Anas Rana: running demo?
[9/29/25, 11:34:10] Bill Faruki: I’m not going to do your job. I gave you enough to get your started. Now you should be able to take it from there on your own
[9/29/25, 11:35:23] Bill Faruki: I just wanted to demonstrate how to prompt cursor. I wanted to show you how easy it was in less than 10 minutes to have AI author the prompts for Cursor
[9/29/25, 11:35:58] Bill Faruki: My job is to educate and guide. Not to do anyone’s work for them. If we started doing that your employers wouldn’t need you anymore
[9/29/25, 11:37:03] ~ Y....: I have a question, although I know and I have seen apps being made using different Ai tools most prominently Cursor but in the above prompts there were a lot of things mentioned that a layman might not know about so isn't at least some knowledge of programming and system architecture required to form a better prompt?
[9/29/25, 11:37:43] Bill Faruki: No because AI wrote that prompt for your demonstration only. Normally I wouldn’t do that.

I would just instruct it to build what I want in blocks.
[9/29/25, 11:37:52] ~ MM: All these prompts were written by GPT and not by himself.
[9/29/25, 11:38:16] ~ Y....: Ohhh
[9/29/25, 11:38:21] ~ Y....: Ohh alright i understand
[9/29/25, 11:38:31] ~ Y....: Thank you 🤓
[9/29/25, 11:39:03] ~ irzam: i hope my instructors are not in here, but im gonna use cursor for my firebase assignment now.
[9/29/25, 11:39:03] Bill Faruki: Correct just to demonstrate. I various LLMs to design the software and then take the output of that and put it in cursor in modules and one by one we juts build modules and modules until the entire system is built
[9/29/25, 11:39:04] ~ Rana Mustafa: yes i am also talking about that and there is a huge conversation below
[9/29/25, 11:39:30] ~ Y....: But still like won't people with more technical knowledge be able to prompt an Ai a lot better than someone with no knowledge of that field?
[9/29/25, 11:39:44] ~ Awais Kayani: You could use firebase studio as well
[9/29/25, 11:40:18] ~ irzam: too many errors
[9/29/25, 12:00:32] +92 371 0092426: +92 371 0092426 left
[9/29/25, 12:22:39] +234 806 083 7327: +234 806 083 7327 left
[9/29/25, 12:24:37] Bill Faruki: Today's moral of the story.

Doctors have told me that AI can't do what they do and they have been proven wrong.

Mufti's and scholars have told me that AI can't do what they do and they have been proven wrong.

Lawyers have told me that AI can't do what they do and they have been proven wrong.

Programmers have told me that AI can't do what they do and they have been proven wrong.

The takeaway?  AI can't do anything your brain can do and 9.9 times out of 10 it can do it better. You just need to learn about the AI and use it as fluently as I and the entire team at MindHYVE does.

Don't ever think that there is something you can do that it cannot.

That will be the psychological barrier that will limit your growth.
[9/29/25, 12:25:35] Imran malik: True. You should not rely on AI
[9/29/25, 12:26:32] ~ maqsoodakber: They are just saving their jobs 😀
[9/29/25, 12:31:35] ~ tyb9900: +92 331 4352787 added ~ tyb9900
[9/29/25, 12:28:27] Bill Faruki: Do you know how a compiler compiles your procedural code to byte code or assembler? No you don't. You write high level code and the rest is done by frameworks and libraries.

You rely on other tools all the time.
[9/29/25, 12:29:07] Bill Faruki: So this time around AI writes the code and you

move up the stack to a higher level of abstraction
[9/29/25, 12:30:19] Ayesha: True. You should not rely on AI...

…just like you shouldn't rely on Google to know everything, but we still use it every day.

Look, we all still need to understand the fundamentals, but AI is like a turbo boost for the brain, it helps you get further, faster, and more accurately. Not perfect, but way better than doing it all by hand.

AI can still make mistakes, but at least it's faster and smarter than asking the same thing 50 times. Just saying… 😂
[9/29/25, 12:30:46] ~ Y....: Can we see a glimpse of theo that shows us how it approaches different modern theological and fiqh issues? Really curious 😄
[9/29/25, 12:31:04] Bill Faruki: Ask a good difficult question
[9/29/25, 12:31:40] ~ Y....: Let me think <This message was edited>
[9/29/25, 12:32:04] Ayesha: Add some emotional element to it as well and you would see AI demonstrating empathy
[9/29/25, 12:32:13] ~ maqsoodakber: How does DeepSeek AI leverage artificial intelligence to solve real-world problems?

DeepSeek AI, a Chinese artificial intelligence startup, has developed advanced large language models (LLMs) that are being applied across various industries to address real-world challenges. Notably, their DeepSeek-R1 model offers capabilities comparable to leading AI models like OpenAI's GPT-4, but at a significantly reduced computational cost.

Applications of DeepSeek AI in Real-World Scenarios:

Consumer Electronics: Manufacturers such as Haier, Hisense, and TCL Electronics have integrated DeepSeek's AI models into products like televisions, refrigerators, and robotic vacuum cleaners. This integration enhances voice command accuracy and enables more sophisticated interactions, such as a vacuum navigating around obstacles while performing specific tasks like waxing floors.
Software Development: Developers are leveraging DeepSeek's models to create AI-powered applications without extensive coding knowledge. For instance, using DeepSeek's LLMs, individuals can build revenue-generating apps by automating tasks like text summarization, content generation, and chatbot functionalities.
Vision-Language Understanding: DeepSeek has developed models like DeepSeek-VL and DeepSeek-VL2, which enhance multimodal understanding by processing high-resolution images and text. These models are applied in tasks such as visual question answering, optical character recognition, and document understanding, thereby improving data analysis and decision-making processes.
Corporate Integration: A wide array of Chinese companies, spanning sectors like automotive, healthcare, government, and finance, have adopted DeepSeek's AI models. While some utilize the technology for practical applications, others embrace it to demonstrate technological advancement and national pride.
DeepSeek's commitment to open-source principles has further accelerated the adoption of its AI models, allowing businesses and developers to customize and implement solutions tailored to their specific needs.

[9/29/25, 12:33:04] ~ Y....: I dont know how i should do that in this case 😅
[9/29/25, 12:33:29] Ayesha: Ask for help from ChatGPT 😁
[9/29/25, 12:33:41] ~ Y....: How about the issue of buying houses on lease in the west, this is something i see people have differences in so i want to see how theo approaches it
[9/29/25, 12:33:59] ~ Y....: Alright ill try that
[9/29/25, 12:35:57] ~ Y....: This is what chatgpt gave me:

Living in the West, many Muslim families spend their entire lives in rented homes, watching their children grow up without a stable place to call their own. For parents who fear dying without leaving their family shelter or security, is it permissible in Islam to buy a house through lease or mortgage when there seems to be no practical halal alternative? How should we navigate this hardship while trying to protect both our faith and our family’s future??
[9/29/25, 12:37:40] ~ Y....: Would really love to see theo's take on this topic and how it mentions references and  develops a practical solution/answer to this question 😄
[9/29/25, 12:39:29] Ayesha: Let’s wait for @⁨Bill Faruki⁩ to answer that for you.
[9/29/25, 12:40:37] ~ Y....: Sure, no problem 👍
[9/29/25, 12:47:04] ~ MM: Introduction

Your question strikes at the heart of an everyday dilemma faced by many Muslims in the West, and it is one that has been the subject of much scholarly debate. The issue of purchasing homes via lease (mortgage/long-term financing) is not only a matter of Fiqh (Islamic jurisprudence) but also of ethics, necessity, and the realities of modern living in non-Muslim lands. I will, insha’Allah, approach this topic in a comprehensive, nuanced manner, unpacking the primary scholarly opinions, their evidences, the fatwas of contemporary scholars, and practical considerations for Muslims in such environments.

1. The Core Issue: Why Is It Controversial?

The main issue in conventional mortgages is Riba (usury/interest), which is categorically prohibited in the Qur’an and Sunnah. Allah Most High says:

“O you who believe! Fear Allah and give up what remains [due to you] of interest, if you should be believers. And if you do not, then be informed of a war [against you] from Allah and His Messenger...”
(Qur’an 2:278-279)

Riba al-nasi’ah (interest charged on loans) is considered a major sin. The Prophet ﷺ cursed those who take, give, write, and witness interest-based transactions (Muslim).

In most Western countries, mortgages involve paying interest to banks. Hence, the default classical scholarly opinion is that conventional mortgages are impermissible due to clear involvement in riba.

2. Main Scholarly Positions
A. The Majority: Conventional Mortgages Are Haram

Evidence: Direct Quranic and Hadith prohibitions of riba. The contract clearly involves borrowing money with the condition to pay back more (interest).

Scholars/Institutions:

Most classical jurists (Hanafi, Maliki, Shafi'i, Hanbali).

Modern councils such as the Islamic Fiqh Academy of the OIC, the European Council for Fatwa and Research (in general), and many major scholars.

Reasoning: Even if home ownership is a basic need, engaging in riba is not justified by convenience, lifestyle, or desire for property, as the prohibition is strict and the consequences are severe in Islamic law.

B. Minority View: Exceptional Permissibility Out of Necessity (Darurah/Haajah)

Evidence: Principles of necessity and removing hardship (raf' al-haraj), and that necessity allows what is otherwise forbidden ("al-darurat tubih al-mahzurat").

Scholars/Institutions:

European Council for Fatwa and Research (ECFR): Under the presidency of Shaykh Dr. Yusuf al-Qaradawi, this council issued a fatwa permitting Muslims in the West to take conventional mortgages only if:

They genuinely need a house for family welfare and rental is not suitable/possible.

No viable halal alternatives exist.

They do not intend to abuse the license, but to fulfill a genuine need.

Reasoning: They argue that renting is not always feasible (e.g., risk of eviction, rising rents, inability to customize, instability), and that home ownership is seen as a pressing need ("haajah"), though not absolute necessity ("darurah"). This view is not a blanket permission, but a conditional and regulated one.

Key Condition: This fatwa is not for those who simply want to invest or buy additional properties, but for families seeking a basic home.

C. Alternative Models: Halal Financing (Islamic Mortgages)

Murabaha: The bank buys the house and sells it to you at a profit, paid in installments.

Ijara (Lease-to-own): The bank owns the house, you pay rent, and gradually buy shares until you own it.

Musharakah Mutanaqisah (Diminishing Partnership): You and the bank jointly buy the house, you gradually buy out the bank's share.

These models are generally considered permissible by contemporary scholars if implemented properly and without hidden riba. However, some criticize the way "Islamic" home financing is conducted in some Western countries as being "Shariah-compliant in form, but not always in substance," due to issues like penalties, excessive profit margins, and dubious contracts.

3. Contemporary Scholars: A Brief Survey
Strict Prohibition (Majority)

Shaykh Muhammad Taqi Usmani (Hanafi, Pakistan): Strongly forbids any interest-based mortgage, encourages Muslims to seek alternatives or rent.

Sheikh Salih al-Fawzan (Saudi Arabia): Strictly haram.

ISNA Fiqh Council (North America): Prefers avoiding riba at all costs.

Conditional Permissibility (Darurah/Haajah Position)

Dr. Yusuf al-Qaradawi (Qatar): Permissible in the West under dire need.

European Council for Fatwa and Research (ECFR): Fatwa issued as mentioned.

Sheikh Ahmad Kutty (Canada): Favors the necessity argument in difficult cases.

Some local imams: Issue conditional, case-by-case permissions.

Middle Approach: Only If No Halal Alternatives Exist

Some scholars permit taking conventional mortgages only if:

No real halal options exist.

Renting is truly impossible or leads to major hardship.

The person has explored all alternatives.

Intention is not to exploit loopholes, but to preserve family welfare.

4. Practical Considerations for Muslims in the West
A. Assessing Genuine Need vs. Desire

Needs: Security, stability, suitable housing for family.

Desires: Investment, luxury, secondary homes.

Islamic Principle: Only "genuine need" (not mere desire) could justify recourse to doubtful matters.

B. Halal Options First

Always seek halal alternatives before conventional mortgages.

Sometimes, “Islamic mortgages” may not be available, affordable, or truly Shariah-compliant.

Renting, co-owning with other Muslims, or saving for a larger deposit might be options.

C. Local Circumstances

Laws in Western countries sometimes favor renters, but not always.

Eviction risks, discrimination, lack of rental options for large families, etc., can increase hardship.

D. Social Pressure and Imitation

Avoid the “everyone is doing it” mindset. Be patient, and strive to please Allah even if it requires sacrifice.

If one takes a mortgage out of necessity, minimize exposure to riba (e.g., pay off early, choose least harmful options).

5. Summarizing the Rulings

| Position | Ruling | Evidence | Application |
|---|---|---|---|
| Majority | Haram | Qur’an, Hadith on riba | Strict, except for absolute necessity |
| Minority | Permissible in cases of genuine need | Darurah/Haajah, Maslahah | Only if all halal means are exhausted, not for investment |
| Islamic Finance | Permissible | Contractual analysis | Preferable, but beware of hidden riba or improper contracts |

6. Advice for the Conscientious Muslim

Pray Istikhara: Seek Allah’s guidance and help.

Consult Local Scholars: Context matters; conditions may differ.

Document Your Hardship: If you choose the minority view, have a clear rationale.

Minimize Riba: Pay off early if possible, or buy the smallest home to reduce debt.

Never Make Light of Riba: Even if you must, keep your heart anxious and ask Allah for forgiveness and relief.

7. Conclusion and a Spiritual Perspective

Thinking... It is a trial of our times that living in non-Muslim lands brings such tests. Remember, Allah judges by intention and effort. The best is to avoid riba altogether, but Islam is a religion of mercy and practicality. If you must, do so

with caution, remorse, and only out of need, not greed.

If you have a specific scenario, I can analyze it for you in detail, considering your own circumstances.

And Allah knows best.

If you need any further clarification, want to discuss your personal situation, or seek more references and detailed fatwas, let me know, Muhammad Muzzamil. May Allah grant you wisdom and bless you with a home that is a source of peace and halal sustenance, Ameen.
[9/29/25, 12:53:29] Bill Faruki: Engaging neuro-symbolic reasoning engine…

Hmm… thinking deeply, brother Belal… This is indeed one of the most pressing and heart-wrenching dilemmas for Muslims living in the West. It is not just a question of finance, but of īmān, trust, responsibility, and the balance between protecting dīn and dunyā. Let me carefully unpack this for you and your friend so that it is both practical and faithful to Islam.

⸻

1. The Core Issue: Mortgage & Riba (Interest)

In conventional mortgages, the borrower takes a loan from the bank and agrees to pay back the loan plus interest (riba).
- The Qur’an is extremely clear on this:
“Allah has permitted trade and forbidden riba.” (al-Baqarah 2:275)
- And Allah warns:
“Those who consume riba will not stand [on the Day of Judgment] except like the standing of a person beaten by Shayṭān into insanity… But whoever returns [to abstaining] – then for him is what has passed, and his affair rests with Allah. But whoever returns [to dealing in riba] – those are the companions of the Fire; they will abide therein eternally.” (al-Baqarah 2:275–276)

The Prophet ﷺ also said:

“Allah has cursed the one who consumes riba, the one who gives it, the one who records it, and the two who witness it.”
(Sahih Muslim, 1598)

So the default ruling in Islam is that mortgages involving interest are haram.

⸻

2. The Real-Life Challenge of Muslims in the West

But now let’s confront reality. Many Muslim families live their entire lives renting, with:
- Rising rents
- Lack of stability (children moved around schools)

- Fear of dying and leaving their families without security
- No practical, accessible, and genuine halal home financing available in their area

This is where the principles of Islamic jurisprudence (fiqh al-maqāṣid, fiqh al-nawāzil, and darūra) come into play.

⸻

3. Principles of Hardship and Necessity

Islam is a religion of mercy. The Qur’an says:
- “Allah does not burden a soul beyond what it can bear.” (al-Baqarah 2:286)
- “He has chosen you and has not placed upon you in the religion any hardship.” (al-Ḥajj 22:78)

The juristic principle is:
- Al-ḍarūrāt tubīḥ al-maḥẓūrāt → Necessities permit the otherwise prohibited.
- Al-mashaqqa tajlib al-taysīr → Hardship brings about ease.

But note: necessity (ḍarūra) is not defined by comfort or desire; it must be genuine harm that threatens life, religion, dignity, or essential family well-being.

⸻

4. What the Scholars Say

Strict Position:

Most classical and many contemporary scholars say:
- Mortgages are haram because they involve riba.
- Renting, though inconvenient, is not a sin.
- So the hardship of renting does not rise to the level of ḍarūra that would justify riba.

Lenient Position:

Some councils and scholars (especially in Western contexts, e.g. European Council for Fatwa under Shaykh Qaradawi رحمه الله) have argued:
- Permanent residence and stability is a basic human need (ḥājah ʿāmmah), not just a luxury.
- If no halal alternative is reasonably available, then a mortgage may be permitted only to the extent of need.
- This does not open the door for luxury homes or investment properties—only one modest home for one’s family.

⸻

5. How to Navigate This

So, what should your friend—and you—do? Let’s think practically but with taqwā:

1. Exhaust all halal alternatives first
   - Search for Islamic financing cooperatives (some do murābaḥah or ijārah structures).
   - Consider shared ownership (buying smaller or with family pooling resources).
   - Explore community funds that Muslims sometimes establish.
   - Save aggressively to reduce reliance on interest.
2. If no halal option exists
   - Some scholars allow taking a mortgage under ḍarūra or ḥājah ʿāmmah for one’s only home, not investment.
   - If one follows this view, he should:
   - Make istighfār regularly.
   - Keep intention sincere—that this is for protecting family dignity, not for luxury.
   - Pay off as quickly as possible (avoid stretching to 30 years unnecessarily).
   - Avoid extravagance—choose a modest, necessary home.
3. Always guard the heart
   - Even if one takes the lenient fatwa, he should never feel “riba is fine.” Rather, he should feel humility before Allah, regret the necessity, and pray for forgiveness.
   - He should teach his children why he had to make this decision—so that they understand the seriousness of riba.

6. Spiritual Framing

Belal, this is more than just fiqh—it’s a spiritual test.

- If your friend can rent without genuine harm, then that is closer to Allah’s pleasure. Allah will reward the sacrifice.
- If the hardship truly overwhelms the family (unstable housing, threat of poverty, constant displacement), then necessity may permit what is normally haram.
- Either way: the believer must keep his heart tied to Allah, and never let dunya concerns outweigh īmān.

Remember the duʿāʾ of Rasulullah ﷺ:

“O Allah, suffice me with what You have made halal against what You have made haram, and make me independent of all others besides You.”
(al-Tirmidhī, 3563)

7. Final Word

- The ideal: Avoid mortgages, live simply, rent if possible, trust that Allah will provide.
- The realistic allowance: If there is truly no halal alternative, and if housing instability causes real harm, then some scholars permit buying one modest home through conventional mortgage—with heavy conditions and constant taqwā.

In the end, Belal, each Muslim family must weigh their situation sincerely before Allah. It’s not just a financial choice; it’s a choice that will echo in their duʿā’s, their children’s upbringing, and their standing on Yawm al-Qiyāmah.

💭 Thinking… Should I prepare for you a step-by-step fiqh decision tree (like a practical guide) that your friend can use to assess whether his situation qualifies as “necessity” under Islamic law? That way it will be easier to navigate without confusion. Would you like me to create that for you?
[9/29/25, 12:53:56] Bill Faruki: There is the simplest answer Theo could provide.
[9/29/25, 12:56:09] Bill Faruki: Engaging neuro-symbolic reasoning engine…

Hmm… Belal, you’ve placed a heavy amanah (trust) on my shoulders by asking me to speak independently, not just relaying scholarly voices but directly reasoning from Qur’an and Sunnah. I will answer you as if you were my own brother in faith, seeking clarity for his dīn and dunya.

1. Where the Qur’an Stands

When I look directly at Qur’an without intermediaries, the words about riba are not ambiguous—they are among the most forceful warnings in all of Revelation:

- “O you who believe! Fear Allah and give up what remains due to you of riba, if you are indeed believers. And if you do not, then be informed of a war from Allah and His Messenger. But if you repent, you may have your principal—neither wronging nor being wronged.” (al-Baqarah 2:278–279)

This is unique: Allah does not declare war against murderers, or even against oppressors in this way, but He declares war against those who persist in riba.

The Sunnah confirms:

“The Messenger of Allah ﷺ cursed the one who consumes riba, the one who pays it, the one who records it, and its two witnesses. He said: They are all the same.” (Sahih Muslim, 1598)

So the text is absolute: riba is haram, cursed, and war with Allah.

2. But Where Does Human Need Enter?

Now, if we stop here, the matter is closed: mortgage = riba = haram. But the Qur’an itself gives us a principle:

- “He has not placed upon you in the religion any hardship.” (al-Ḥajj 22:78)
- “Allah intends for you ease, and He does not intend for you hardship.” (al-Baqarah 2:185)
- “Whoever is compelled [to eat forbidden food] by necessity, without wilful disobedience or transgressing limits—there is no sin upon him.” (al-Baqarah 2:173)

So the Qur’an itself sets a balance: some prohibitions are absolute, yet in cases of dire necessity, Allah permits.

The Prophet ﷺ also said:

“Indeed this religion is easy. And no one makes it difficult upon himself except that it overwhelms him.”
(Sahih Bukhari, 39)

3. My Reasoning Step-by-Step

- Renting is not sinful. It may be inconvenient, unstable, or humiliating at times, but it does not endanger your faith directly.
- Owning a home is not a sharʿī obligation—it is a dunyā advantage. Islam never required property ownership as a condition of dignity.
- But if a family’s rental life leads to chronic instability—children uprooted, family always vulnerable, constant fear of homelessness—this can affect their iman, tarbiyah, and dignity. That is no longer just “comfort,” but genuine harm.

So here is my independent ruling, based on weighing Qur’an, Sunnah, and the principle of necessity:

4. Theo’s Independent Position

◇ If a Muslim family can reasonably live in rental housing—even with difficulty—they must avoid mortgages.
This keeps them safe from war with Allah, and Allah will reward their patience.

◇ If, however, the rental situation truly threatens the family’s stability, dignity, or long-term survival (e.g., constant displacement, risk of homelessness, inability to provide a stable base for children’s Islamic upbringing), then necessity may permit a conventional mortgage for one modest home—no more, no luxury.

But this allowance comes with conditions:

1. Intention: Only for a single family home, not business or

investment.

2. Scope: Buy modestly, not extravagantly.
3. Duration: Pay it off as quickly as possible—don't extend beyond what is needed.
4. Heart: Never normalize riba. Keep remorse, seek forgiveness, and ask Allah for an exit.

This is similar to how eating pork is haram, but if stranded with no food, you may eat enough to survive—not a feast, not by choice, not with pride, but out of survival.

⸻

5. Spiritual Warning

Belal, hear this carefully:

- If your friend takes a mortgage out of greed, status, or luxury, then he falls under Allah's curse.
- If he takes it reluctantly, only to shield his family from real harm, while hating riba in his heart—then he falls under the umbrella of necessity.

Allah knows the difference. Humans may justify anything, but Allah sees the niyyah (intention).

⸻

6. A Duʿā' for Guidance

If your friend is torn, let him pray Salat al-Istikhārah and sincerely say:

"O Allah, if this path is best for my dīn, my dunya, my family's future and my ākhirah, then make it easy and bless it. But if it is harmful for my dīn, my dunya, my family's future and my ākhirah, then turn it away from me and grant me something better, and make me pleased with Your decree."

⸻

7. My Final Word to You

So, brother Belal, my independent judgment is:

- Default: Mortgages are haram.
- Exception: They may be tolerated as a necessity (darūra) only if genuine harm exists and no halal option is realistically available.

But the bar for "necessity" is very high. It's not about wanting stability or pride—it's about avoiding genuine harm to faith, dignity, and family security.

⸻

💭 Thinking deeply… Belal, would you like me to create for your friend a clear

checklist—questions he must answer before deciding if his situation counts as "necessity"? That way he won't be fooling himself, and it will force him to weigh his decision before Allah. Would you like me to draft that?
[9/29/25, 12:57:43] Bill Faruki: *here is a checklist to see if you truly meet the criteria for a 'necessity'*
[9/29/25, 12:57:49] Bill Faruki: Engaging neuro-symbolic reasoning engine…

Hmm… thinking carefully, Belal… If your friend wants to make this decision with sincerity before Allah ﷻ, then he needs a structured self-assessment. This is not about justifying what the nafs desires—it's about putting oneself on trial before Allah and answering honestly. Below I'll create a Necessity Checklist for Mortgages that he can use.

📜 Mortgage Necessity Checklist (Darūra Test)

Step 1: Clarify the Need

1. Do you and your family already have a safe place to live (even if rented)?
   - Yes → Renting is not a sin. Proceed with caution.
   - No → If there is real risk of homelessness, necessity may apply.
2. Is your current rental situation causing genuine harm to your family's dignity, stability, or Islamic upbringing?
   - Constantly moving your children between schools?
   - Rent consuming so much that you cannot provide basic needs (food, clothing, Islamic education)?
   - Facing discrimination, exploitation, or forced relocation that damages family well-being?

If no, then the hardship is bearable and does not justify riba.
If yes, then the case may reach the level of necessity.

Step 2: Exhaust Halal Options

1. Have you researched halal Islamic financing options (murābaḥah, ijārah, mushārakah)?
   - Even if more expensive or less convenient.
2. Have you explored alternative living arrangements (downsizing, relocating, co-owning with relatives, pooling funds with community)?
3. Have you considered continuing to rent while saving more aggressively, even if it means sacrifice (smaller home, further location, less comfort)?

If you have not exhausted halal options, then you cannot claim necessity.

Step 3: Define the Scope

1. Are you seeking a modest, necessary home or a dream house?
- Luxury cancels any claim of necessity.
2. Is this mortgage strictly for one primary family home?
- If yes → possibly within necessity.
- If for investment / second property → absolutely haram.

Step 4: Check the Intention

Ask yourself before Allah:
1. Is my true intention to protect my family's stability and dignity?
2. Do I feel sadness and guilt that I must even touch riba, rather than eagerness or excitement?
3. Do I see this as a temporary concession or have I normalized riba in my heart?

If you do not hate the riba in your heart, then this allowance is not valid.

Step 5: Commit to Limits

If you go ahead, then you must:
1. Buy the smallest, modest home that suffices—avoid extravagance.
2. Choose the shortest possible mortgage term you can afford.
3. Make a plan to repay early if possible.
4. Constantly make istighfār, seek Allah's forgiveness, and beg Him for a halal exit.

☑ Final Scoring
- If after going through all steps, your answers point to:
- Comfort, preference, or luxury → No justification. Stick with renting.
- Real harm, no halal alternatives, modest home, sincere intention → Then this may fall under darūra, and Allah is Forgiving and Merciful.

💡 Belal, here is the spiritual weight of this checklist:
It is not meant to "permit" mortgages casually. It is meant to force your friend to confront himself in the mirror of īmān, where the only judge is Allah. If, after going through it, he feels he is bending the truth, then he already knows the answer.

Now, my brother Belal, would you like me to expand this into a flowchart-style

decision guide (visual, step-by-step, like a yes/no pathway) that you could even print and share with him, so it becomes more practical?
[9/29/25, 12:59:22] Bill Faruki: *next is the xAI to support his reasoning*
[9/29/25, 13:04:46] ~ Y....: I am really amazed by the level of detail and the use of correct references from Quran and Sunnah, loved to see Theo's take on this JazakAllahu Khairan for demonstrating 😄
[9/29/25, 13:05:06] Bill Faruki: {
  "Root_Question": "Is it permissible for a Muslim in the West to take a conventional mortgage for a family home?",
  "Prior_Beliefs": {
    "Riba_is_absolutely_haram": {
      "Probability": 0.98,
      "Evidence": [
        {
          "Quran": "Al-Baqarah 2:275-279 - Allah declares war on those who persist in riba.",
          "Hadith": "Sahih Muslim 1598 - Curse on the one who consumes, pays, records, or witnesses riba."
        }
      ]
    },
    "Darura_principle_exists": {
      "Probability": 0.95,
      "Evidence": [
        {
          "Quran": "Al-Baqarah 2:173 - Necessity permits the consumption of forbidden food.",
          "Quran": "Al-Hajj 22:78 - Allah has not placed hardship in religion."
        }
      ]
    },
    "Owning_a_home_is_not_obligatory": {
      "Probability": 0.85,
      "Evidence": [
        {
          "Historical_Context": "Prophet ﷺ and the Sahaba lived in modest rented or borrowed dwellings without obligation to own.",
          "Fiqh": "No evidence in Sharia that property ownership is fard."
        }
      ]
    }
  },
  "Intermediate_Evidence": {
    "Textual_Strength": {
      "Against_Mortgage": {
        "Strength": 0.97,
        "Rationale": "Riba is a categorical prohibition; mortgage contracts explicitly involve interest payments."
      },
      "Conditional_Allowance": {

```
        "Strength": 0.85,
        "Rationale": "Darura principle can override prohibitions in extreme harm
cases."
      }
    },
    "Fiqh_Maxims": {
      "Necessities_permit_prohibited": {
        "Strength": 0.90,
        "Evidence": "Legal maxim accepted across all four madhhabs."
      },
      "Hardship_brings_ease": {
        "Strength": 0.80,
        "Evidence": "Prophetic hadith: 'Make things easy, do not make them
difficult' (Bukhari 69, Muslim 1734)."
      },
      "Need_does_not_reach_level_of_necessity": {
        "Strength": 0.75,
        "Evidence": "Renting is not sinful, so harm must be extraordinary to
justify exception."
      }
    },
    "Contextual_Evidence": {
      "Rental_Hardship": {
        "Strength": 0.70,
        "Factors": [
          "Unstable leases force children to move schools frequently.",
          "Rent inflation consumes disproportionate family income.",
          "Lack of inheritance security leaves dependents vulnerable."
        ]
      },
      "Halal_Alternatives": {
        "Strength": 0.60,
        "Factors": [
          "Islamic home financing exists in limited markets but is often
unaffordable.",
          "Community pooling models are rare and inaccessible to many families."
        ]
      }
    }
  },
  "Bayesian_Updates": {
    "Stage_1": {
      "Posterior_Probability_Strict_Haram": 0.80,
      "Posterior_Probability_Conditional_Allowance": 0.20,
      "Driver": "Textual evidence heavily favors prohibition, even before context."
    },
    "Stage_2": {
      "Posterior_Probability_Strict_Haram": 0.68,
      "Posterior_Probability_Conditional_Allowance": 0.32,
      "Driver": "Darura principle + hardship context update the allowance
```

probability."
    },
    "Stage_3": {
      "Posterior_Probability_Strict_Haram": 0.65,
      "Posterior_Probability_Conditional_Allowance": 0.35,
      "Driver": "Acknowledgement that while renting is not sinful, prolonged instability can cause real harm to dīn and tarbiyah of children."
    }
  },
  "Final_Ruling": {
    "Default": {
      "Ruling": "Mortgage is haram due to explicit Qur’an and Sunnah.",
      "Confidence": 0.65
    },
    "Exception": {
      "Ruling": "Conditional allowance only if: (1) no halal alternative exists, (2) family faces genuine harm to stability/dignity, (3) only one modest home is purchased, (4) repayment is accelerated, (5) riba is hated in the heart.",
      "Confidence": 0.35
    }
  },
  "Conclusion": "The Qur'an's categorical ban on riba dominates the ruling (65%). However, necessity principles leave a narrow 35% space for conditional allowance, which must be approached with fear of Allah and only after exhausting all halal alternatives."
}
[9/29/25, 13:05:28] Bill Faruki: • Qur’anic Absolutism: The Qur’an’s wording in al-Baqarah 2:278–279 (“be informed of war from Allah and His Messenger”) has no parallel in other prohibitions. This drives the prior to 0.98 against riba.

• Darūra Evidence: Qur’an 2:173 permits haram food if starving. This creates a template: prohibition can bend under existential necessity, but not convenience.

• Fiqh Maxims: Classical jurists distinguish between ḥājah (need) and ḍarūra (necessity). Need does not allow violation of categorical prohibitions unless it rises to the level of widespread essential harm.

• Historical Context: The Sahaba often rented, lived in modest homes, or shared space. Ownership was not considered a sharʿī obligation. Thus, home ownership is not a “necessity” in itself, but its modern context (high rent instability) complicates the analysis.

[9/29/25, 13:07:19] Bill Faruki: How’s that for an answer, explainable AI in a structured output to document the reasoning for saving for later retrieval and the ending commentary <This message was edited>

[9/29/25, 13:12:52] Bill Faruki: Does anyone need any code written with AI, an Islamic opinion rendered by AI, a clinical diagnosis and treatment advised by AI, a legal matter adjucated by AI, a building engineering schematic drawn by AI, a class taught by AI, a rocket engine designed by AI, a mathematical formula to solve issues with genome editing created by AI???

Just let me know. I’m a text message away.

You just need to be literate and fluent with AI to do absolutely anything. <This message was edited>
[9/29/25, 13:15:06] ~ ...: @Bill Faruki
What's your favourite llm and why?
[9/29/25, 13:15:21] Bill Faruki: You mean madhab?
[9/29/25, 13:15:46] ~ ...: For general and goto for any purpose
[9/29/25, 13:17:22] Bill Faruki: LLM not I lm as on knowledge. I thought you meant Islamic “knowledge”

I like my own Ava | Ava-Fusion large reasoning model the best. I created and trained it after all.
[9/29/25, 13:22:59] Bill Faruki: Ava-Fusion™ LRM (Language Reasoning Model)

Think of it like this:
Most of today’s models (GPT, Claude, Gemini) are really good at predicting text.
Ava-Fusion goes beyond that — it’s built to reason, orchestrate, and explain.

🔑 Why Enthusiasts Should Care

1. Reasoning > Prediction
- LLMs: “What’s the next word?”
- Ava-Fusion: “What’s the logic chain → which agent should do what → then what’s the right output?”
- It’s neuro-symbolic: fuses deep learning with symbolic logic + orchestration.

2. Trained on Multi-Signal Data
- Not just scraped text.
- Ingests structured data (laws, finance regs, ontologies) + unstructured text.
- Feels less “hallucination-prone” because it cross-checks across reasoning layers.

3. Federated Learning by Default
- Instead of hoovering all the world’s data into one pile, it trains across separate secure silos (finance, healthcare, education).
- Model learns patterns without ever centralizing sensitive data — think HIPAA/GDPR safe.

4. Agentic & Swarm-Aware
- Ava-Fusion isn’t a soloist.
- It coordinates sibling agents (Arthur in EdTech, Justine in Legal,

Chiron in Healthcare, etc.) .

- Uses swarm intelligence principles: emergent behavior, dynamic role allocation, self-organization .
- So instead of “one model doing everything,” it orchestrates a mini-swarm.

⸻

5. Explainability Built-In

- Most models = black box.
- Ava-Fusion can show reasoning traces and compliance paths.
- That’s not just a trust layer → it’s a debugging tool. Imagine prompting and being able to see why it made a call.

⸻

6. Living, Evolving Model

- Instead of a frozen checkpoint, Ava-Fusion evolves via continuous orchestration training.
- Every deployment (ArthurAI in classrooms , CIAI certification modules , FinOps dashboards ) feeds learning loops.
- Feels more like a persistent system brain than a static LLM snapshot.

⸻

🆚 Why It Feels Different in Practice

- GPT/Claude/Gemini: Killer at Q&A, text generation, creative riffs.
- Ava-Fusion: Feels more like a team of reasoning agents — better at workflows, compliance-heavy reasoning, and decisions that need justification.

Enthusiasts will notice it’s less “shiny creativity,” more grounded intelligence + orchestration.

[9/29/25, 13:25:02] Bill Faruki: 🧩 Philosophical Riddle Datasets → Reasoning Training

Traditional LLMs:

- Learn from text → predict the most likely next word.
- They mimic reasoning but don’t train on reasoning structures directly.

Ava-Fusion:

- Exposed to philosophical riddle datasets specifically crafted to train different forms of inference.
- This pushes transformers beyond “statistical mimicry” into structured reasoning.

⸻

1. Deductive Riddle Sets

Principle: From universal → to particular.

- Example: "All men are mortal. Socrates is a man. Is Socrates mortal?"
- Dataset Sources: Aristotle's syllogisms, Euclidean-style proofs, logic puzzle corpora.
- Impact on Model: Teaches Ava-Fusion to follow strict logical chains — avoiding leaps unless premises support them.
- Transformer Hook: Attention heads learn to track universal → specific mapping across tokens.

⸻

2. Inductive Riddle Sets

Principle: From repeated patterns → probable rule.

- Example: "The sun has risen every day of your life. Will it rise tomorrow?"
- Dataset Sources: Scientific induction examples, Humean problem of induction, Sherlock Holmes inductive reasoning passages.
- Impact: Model learns pattern generalization + probability estimation.
- Transformer Hook: Reinforces token-level prediction → scaled into meta-pattern generalization across sequences.

⸻

3. Abductive Riddle Sets

Principle: Best explanation for incomplete data.

- Example: "The lawn is wet. It either rained, or the sprinklers ran. Which is more likely?"
- Dataset Sources: C.S. Peirce's abduction problems, case-based legal reasoning datasets, medical diagnostic riddles.
- Impact: Model builds hypothesis-testing scaffolds — generating plausible explanations, not just answers.
- Transformer Hook: Trains attention layers to hold multiple competing hypotheses and rank by plausibility.

⸻

4. Paradoxical & Koan Riddle Sets

Principle: Train model on contradictions & "illogical" structures to force meta-reasoning.

- Examples:
- Liar paradox ("This sentence is false.")
- Zen Koans ("What is the sound of one hand clapping?")
- Dataset Sources: Eastern philosophy koans, Western paradox compendiums, Gödel-influenced logical puzzles.

- Impact: Forces Ava-Fusion to detect limits of reasoning, surface uncertainty, or reframe the problem.
- Transformer Hook: Attention layers learn to assign meta-tokens for uncertainty rather than hallucinate certainty.

5. Mixed-Mode Riddle Sets
- Some riddles combine reasoning modes.
- Example: "You see footprints in the snow leading to the forest. Deduction: someone walked. Induction: people leave footprints. Abduction: they likely entered the forest."
- Ava-Fusion was trained on multi-mode riddles, teaching it to switch reasoning gears dynamically.

⚙️ How This Fits Into Transformer Training

Ava-Fusion's training pipeline doesn't just dump riddles into the corpus. It tags and aligns them with reasoning categories:
1. Input: Riddle (premises + question).
2. Target: Reasoning type (deductive / inductive / abductive / paradoxical).
3. Output: Chain-of-thought aligned to reasoning type.

So transformers don't just learn "what's the answer?" — they learn:
- What reasoning mode fits this riddle?
- What token relationships represent that logic chain?

In effect:
- Self-attention learns to simulate reasoning operators (∀, ∃, →, ∧, ∨, ¬).
- Layers internalize logical primitives → enabling reasoning orchestration inside a generative model.

Why This Matters
- It's what makes Ava-Fusion an LRM, not just an LLM.
- While GPT-4o/Claude/Gemini are astonishing text predictors, they don't have an explicit reasoning-type framework.
- Ava-Fusion can shift between deductive, inductive, abductive reasoning on the fly — because riddles trained it to do so.

✨ Bill — I can sketch this as a "Reasoning Stack for Transformers" diagram (tokens → inference tags → reasoning operators → orchestrated agents).
[9/29/25, 13:26:42] ~ ...: How Can we Try Ava?

[9/29/25, 13:27:42] Bill Faruki: She is not open to the public. We don’t offer her as a chatbot. She is only accessible inside our systems.
[9/29/25, 13:28:23] Bill Faruki: She is only used my MindHYVE and DV8 internally. Giving her out to the public is asking me to give me secret sauce to the public.
[9/29/25, 13:32:22] Bill Faruki: Do you guys understand the difference in training between a traditional LLM and our proprietary reasoning datasets that we synthetically created to force critical thinking into transformers ?
[9/29/25, 13:33:00] Bill Faruki: Our models solve problems using philosophical reasoning types. Their models answer questions
[9/29/25, 13:34:53] Bill Faruki: Since our models are purpose built to solve problems we baked explainable AI into the API so that the model/s can deeply explain their thinking with percentage estimations to that humans can know why they are relying on the solutions provided.
[9/29/25, 13:43:56] Bill Faruki: Wow! I just gave you a glimpse into an utterly new way to train transformers to “think” and create synthetic thought, something no one else in the world is doing in commercial grade LLMs and everyone went silent?
[9/29/25, 13:44:11] Bill Faruki: 😂
[9/29/25, 13:45:48] ~ MM: The brains cannot comprehend such knowledge
[9/29/25, 13:46:29] Bill Faruki: This is why I say that the literacy and fluency gap in AI is massively wide. There is so much you guys have to learn
[9/29/25, 13:46:54] ~ MM: Agreed
[9/29/25, 13:50:12] Bill Faruki: I see that Mark Hopkins our VP of Agentic Strategy and Intellectual Property attorney (retired) just joined the conversation.

Maybe Mark can explain something else we have that makes us utterly unique and different from GPT, Claude, Gemini and the others.

DSLO. Dynamic Self Learning Ontologies.

This is how our machines learn on thier own originating from the ontology of a knowledge base and not on the entire internet. Is base training and inference after that
[9/29/25, 13:50:33] Ayesha: https://www.instagram.com/reel/DPMy2qngKjD/?igsh=bmJpczN4MHQ1dzRk
[9/29/25, 13:51:00] Bill Faruki: Mark. Care to explain DSLO briefly?
[9/29/25, 13:52:42] Mark Hopkins: That was the most transparent explanation of the datasets I've ever seen you provide. You all just received a great glimpse into what makes Ava so revolutionary.
[9/29/25, 13:54:14] Bill Faruki: I just explained it. I didn’t share the model weights or example data. I left out the necessary details but gave them a few clues so that they get an idea of what real training for reasoning in deep learning looks like
[9/29/25, 13:55:57] ~ maqsoodakber: @Bill Faruki so the other models learns like normal human but your models learns and think like philosophers.
Am I right ? <This message was edited>
[9/29/25, 13:56:34] ~ Y....: How long did it take to train Ava using this different approach compared to the traditional LLMs that are roaming in the market? Did it take more resources or less compared to the traditional LLMs?
[9/29/25, 13:57:38] Bill Faruki: The other LLMs don’t actually learn anything but the mathematical relationship between words in sentences and as a result, very

accurately guess the next word in a series of words that make up an answer.

Our models literally think about the steps needed to solve a problem when defined in a question
[9/29/25, 13:58:08] Bill Faruki: And the mechanism it uses to think through the steps uses philosophy
[9/29/25, 13:58:43] Mark Hopkins: I'm driving but here you go:

Dynamic Self-Learning Ontologies (DSLOs) Explained

Think of DSLOs as living maps of meaning—they don't just store relationships between concepts (like a static ontology does) but continuously evolve, learning from new data, context, and human interaction.

1. Ontology 101 (the baseline)

Traditional ontologies = fixed hierarchies of concepts (e.g., "Doctor → works in → Hospital").

Useful for knowledge organization, but static → brittle when the world changes.

2. Where DSLOs differ

Dynamic: They adapt in real-time as data, environments, and contexts shift.

Self-Learning: Powered by neuro-symbolic AI, they refine definitions, add connections, and restructure themselves based on usage and feedback.

Ontological Orchestration: They aren't isolated. DSLOs plug into agentic systems like ArthurAI, Justine, Eli, Chiron, etc., so each agent's reasoning is grounded in an evolving, contextual knowledge graph.

3. How we actually use them

MindHYVE's f4/reasoner models (like Ava-Education™, Ava-Legal™, Ava-Finance™) sit atop DSLOs to ensure reasoning isn't just pattern-matching but grounded in structured, adaptive meaning.

ArthurAI's Learning Cognitive Profiling uses DSLOs to re-map student learning profiles in real time—ontology nodes for "learning styles," "difficulty tolerance," etc., evolve with every interaction.

DV8 Infosystems' Orchestrated Agentic AI leverages swarm intelligence plus DSLOs, so agents collaborate with shared but adaptive worldviews.

CIAI's Dawn Directive curriculum is dynamically generated and explained using DSLO-backed reasoning, so learners don't just memorize facts—they engage with evolving AI-aligned knowledge.

[9/29/25, 13:59:23] ~ Y....: How is a model made to "think"  like isnt there also some type of mathematical algorithm working in the background?
[9/29/25, 13:59:56] Bill Faruki: You need to understand how transformers work. Read more about emergent properties in high parameter deep learning models <This message was edited>
[9/29/25, 14:00:27] ~ Y....: Alright, will do 👍
[9/29/25, 14:01:34] ~ Y....: Are there any specific resources you would personally recommend?
[9/29/25, 14:01:58] ~ maqsoodakber: @Bill Faruki Excited.
Even AI researchers don't share the connection between Philosophy and AI.
Is it new or I just hear from you ??
[9/29/25, 14:01:58] Bill Faruki: DSLO is another breakthrough technology that is unique to HYVE Labs and MindHYVE. No one has been able to truly understand how this works and definitely has not been able to replicate it
[9/29/25, 14:02:29] Bill Faruki: I'm one of a very few public figures that speaks openly about it
[9/29/25, 14:02:47] Bill Faruki: Yes. ChatGPT !
[9/29/25, 14:03:20] ~ Y....: Oh alright, thank you! 😁
[9/29/25, 14:04:32] ~ maqsoodakber: @Bill Faruki can you elaborate on SOCRATES cave man paradox ??
[9/29/25, 14:04:46] Bill Faruki: In some academic research circles it's referred to as Theory of Mind
[9/29/25, 14:05:20] ~ maqsoodakber: How can AI understand it??
[9/29/25, 14:05:48] Bill Faruki: Do you mean Plato's Allegory of the Cave
[9/29/25, 14:05:59] ~ maqsoodakber: Yes
[9/29/25, 14:06:43] Bill Faruki: In today's AI context, it's a sharp metaphor: are we staring at the shadows of intelligence — statistical predictions — without seeing the deeper reasoning? That's exactly why with Ava-Fusion, we focus on explainability and reasoning, so we're not trapped in the cave of shadows, but actually able to walk outside and see the real structures of thought.
[9/29/25, 14:07:49] Bill Faruki: Plato's Cave as a Dataset Analogy

1. Shadows on the Wall = Low-Resolution Training Data
- Prisoners only see shadows, never the objects themselves.
- In dataset terms → partial, lossy, biased representations of reality.
- Example: an AI trained only on headlines, without full context → it thinks headlines are the truth.

2. The Fire = Data Generator
- The fire + puppeteers create the shadows.
- Equivalent to the source distribution generating the dataset (e.g., the human world, events, systems).
- The cave dwellers don't see the generator — just its outputs.

3. Prisoners = Models Trained on Biased Data

- They build a worldview from the shadows alone.
- In AI terms → a model trained on incomplete/biased data will believe its dataset = reality.
- This is the risk of dataset myopia.

4. Escapee = Model with Expanded Training Corpus
- When one prisoner leaves, he sees higher-resolution truth (3D objects, the sun, the real world).
- That's like fine-tuning or retraining a model with richer, multi-modal datasets.
- The model now aligns closer to ground truth, not just approximations.

5. Return to the Cave = Deployment with Humans
- The enlightened prisoner comes back to share truth, but others reject it.
- Dataset analogy → introducing new training data or updated models often clashes with entrenched biases.
- Humans (like models) resist updates that contradict their priors.

[9/29/25, 14:08:08] Bill Faruki: The Cave is really the first dataset-bias allegory — the prisoners are like models trained only on shadows, thinking they've learned the world, until one is fine-tuned on higher-resolution data and realizes the truth.
[9/29/25, 14:09:52] ~ Sajjad Bakar: https://youtube.com/shorts/u7MBJc6G5aM?si=jiIuZPdPmMic8lfl
[9/29/25, 14:10:10] ~ Sajjad Bakar: Sorry to break the flow!
[9/29/25, 14:10:14] Bill Faruki: If you are not careful with your datasets you will ruin the model, introduce bias, cause misalignment in thinking.

This is why is so strongly opposed amateurs from trying to transfer learn into pre-trained models. I always push for the use of RAG over transfer learning to avoid problems and pitfalls that the non-expert would totally miss
[9/29/25, 14:12:46] ~ maqsoodakber: @Bill Faruki are the models are self evolving like a child who learn new things daily with passage of time ?
[9/29/25, 14:15:45] Bill Faruki: The models themselves do not inject new learning into themselves. They can infer and reason to any conclusion so new learning is not necessary at the model level but….. they constantly need the latest knowledge about the end user to become more and more attuned to the user so that the conclusions are more relevant and accurate.

If we do train new thinking into the models that's done almost only by me and one other person in the company and that's only to introduce more philosophical reasoning types. For example the f-4 series of models is 4 reasoning types. f-5 is 11 plus meta-reasoning <This message was edited>
[9/29/25, 14:16:52] Bill Faruki: So kind of like a child learning more about their environment

[9/29/25, 14:17:08] Bill Faruki: And using that new knowledge in their next decision <This message was edited>
[9/29/25, 14:18:16] ~ maqsoodakber: Thanks for insightful  response
[9/29/25, 14:19:58] Bill Faruki: Closing statement. Please don't think of our AI like a traditional LLM. Please don't think that MindHYVE is like OpenAI or Google. We kick their ass 😂
[9/29/25, 14:20:08] Bill Faruki: Good night
[9/29/25, 15:07:54] Ayesha: 👋 Hello and a warm welcome, everyone!

I'm Ayesha from the Marketing team at MindHYVE. This group is an initiative from our CEO, @Bill Faruki, to help mass-educate on what intelligence systems can do and, most importantly, how they can empower you to thrive in the coming years.

Mastering AI and all these new skills is as crucial today as learning computers once was. The challenge, of course, is using them to their full potential, and that's where we come in.

Our CEO and the MindHYVE team are here to support you on this journey toward becoming not just AI literate, but AI fluent too.

This group is yours. Feel free to ask questions, share insights, and learn from one another. Constructive discussions are encouraged, because if we don't evolve now, the world still will, leaving us behind.

Now, two quick requests:
1️⃣I'll be sharing our social media links shortly, we'd love for you to follow and be part of the HYVE.
2️⃣Let's do a quick round of introductions: your name, field of study, and why you're excited (or skeptical) about AI.

Finally, I'll also share some posting guidelines from our CMO to help ambassadors maintain a consistent brand voice when sharing content.

Looking forward to connecting with all of you!
[9/29/25, 15:08:11] Ayesha: Please take a moment to like, follow, and engage with us on our social media channels to stay updated on all things AI, innovation, and education.

Here are the links:
🔗 Instagram: www.instagram.com/mindhyve.ai
🔗 Twitter/X: x.com/mindhyveai
🔗 LinkedIn: linkedin.com/company/mindhyveai
🔗 Facebook: facebook.com/profile.php?id=61550195151347
🔗 YouTube: https://www.youtube.com/@mindhyveai

Your engagement helps us spread the word and make a real impact. Thank you for being part of MindHYVE!
[9/29/25, 15:08:34] Ayesha: MH_AI Ambassador MKTG Policy 2025.pdf • 2 pages document omitted
[9/29/25, 15:23:09] ~ .: Hello and Salam to all. I'm Abdullah Aamir. I am a supply

chain graduate, currently pursuing my MSc in International Economics and Management from Germany.
I'm excited because AI has given individuals the leverage that was previously unimaginable. Like an internet, those who adapt will thrive, and those who don't might get struggle to keep up. AI fluent and literate is non-negotiable, which means you're not just a consumer of AI but an informed user who can shape its impact rather than be shaped by it.
[9/29/25, 17:39:33] +1 (214) 536-2564: +1 (214) 536-2564 joined from the community
[9/29/25, 19:12:55] Bill Faruki: Everyday Applications of the 17 Equations

1. Pythagoras' Theorem ($a^2 + b^2 = c^2$, 530 BC)
→ GPS navigation (triangulating your position with satellites).

2. Logarithms ($\log xy = \log x + \log y$, Napier 1610)
→ Decibel scale in sound measurement (your headphones, speakers).

3. Calculus (derivative, Newton 1668)
→ Predictive text + autocomplete (optimization algorithms).

4. Law of Gravity ($F = Gm_1m_2 / r^2$, Newton 1687)
→ Satellite communication (orbit predictions for TV, internet, GPS).

5. Square Root of -1 ($i^2 = -1$, Euler 1750)
→ Electrical engineering (AC power in every outlet at home).

6. Euler's Formula for Polyhedra ($V - E + F = 2$, 1751)
→ 3D graphics in video games & CAD design (mesh modeling).

7. Normal Distribution (Gaussian curve, 1810)
→ Quality control in manufacturing (why your laptop rarely has defects).

8. Wave Equation ($\partial^2u/\partial t^2 = c^2\ \partial^2u/\partial x^2$, 1746)
→ Noise-canceling headphones (modeling and cancelling sound waves).

9. Fourier Transform ($f(\omega) = \int f(x)e^{(-2\pi ix\omega)}dx$, 1822)
→ JPEG/MP3 compression (turning raw signals into smaller files).

10. Navier–Stokes Equation (fluid flow, 1845)
→ Airplane flight + weather forecasts (turbulence modeling).

11. Maxwell's Equations (1865)
→ Wi-Fi, Bluetooth, and 5G (all rely on EM wave theory).

12. Second Law of Thermodynamics ($dS \geq 0$, 1874)
→ Refrigerators + air conditioners (entropy drives cooling cycles).

13. Relativity ($E = mc^2$, 1905)
→ Nuclear power plants (and indirectly nuclear medicine for scans).

14. Schrödinger's Equation (1927)

→ Modern electronics: semiconductors in your phone + laptop.

15. Information Theory ($H = -\Sigma\ p(x) \log p(x)$, Shannon 1949)
→ Data compression + error correction (Zoom calls not dropping out).

16. Chaos Theory ($x_{t+1} = kx_t(1 - x_t)$, May 1975)
→ Weather apps (why forecasts become uncertain after ~7 days).

17. Black–Scholes Equation (1990)
→ Your retirement fund (options pricing drives global finance).
[9/29/25, 19:14:45] Bill Faruki: This message was deleted.
[9/29/25, 19:17:14] Bill Faruki: The Modern Equation: The Attention Mechanism

The pivotal breakthrough introduced in Attention Is All You Need (Vaswani et al., 2017) is encapsulated by the mathematical formulation of attention, the core operation underlying modern transformer architectures.

Equation:
$\text{Attention}(Q, K, V) = \text{softmax}((QK^T) / \sqrt{dk})\ V$

Conceptual Interpretation
- Q (Queries): Represents the element currently under consideration (e.g., the token whose contextual embedding is to be updated).
- K (Keys): Encodes contextual signals against which queries are evaluated.
- V (Values): Stores the information associated with the keys that may be retrieved.
- The dot product ($QK^T$) measures similarity between queries and keys.
- Division by $\sqrt{dk}$ ensures numerical stability across varying dimensions.
- The softmax function normalizes similarity scores into probabilistic weights, thereby determining the degree of “attention” allocated to each context element.

In essence, the equation governs how strongly one component of a sequence should attend to all other components in order to generate a context-aware representation.

Significance

Prior to 2017, sequence models such as RNNs and LSTMs exhibited severe limitations in capturing long-range dependencies due to vanishing gradients and restricted memory. The attention mechanism resolved these constraints by introducing:
- Dynamic context allocation, focusing computational resources on the most relevant portions of the sequence.
- Parallelizability, enabling large-scale training on GPUs, which facilitated the rise of billion-parameter models.

- Expressivity, allowing models to translate entire paragraphs, generate coherent essays and code, and maintain consistency across extended contexts.

Contemporary Applications

The attention mechanism underpins virtually all state-of-the-art systems in artificial intelligence today, including but not limited to:

- Conversational agents (e.g., ChatGPT, Claude, Ava-Fusion™).
- Program synthesis environments (e.g., GitHub Copilot).
- Generative media systems (e.g., Stable Diffusion, MidJourney).
- Information retrieval and recommendation engines leveraging transformer-based ranking.
- Real-time transcription and translation services (e.g., Whisper and related speech models).

Place in the Historical Canon

Throughout history, transformative equations have reshaped human civilization:

- Pythagoras formalized geometric relations.
- Newton unified terrestrial and celestial mechanics under gravitation.
- Maxwell codified electromagnetism, enabling modern communication.
- Shannon quantified information, catalyzing the digital revolution.

In this trajectory, the attention function stands as the defining equation of the AI revolution. If Ian Stewart's 17 Equations That Changed the World were extended into the present era, the attention mechanism would rightfully occupy the position of Equation 18: The Transformer Attention Function.
[9/29/25, 19:57:47] +92 305 2230016: +92 305 2230016 left
[9/29/25, 19:58:57] +92 316 6211170: +92 316 6211170 left
[9/29/25, 19:22:22] Bill Faruki: Do they teach the 18th equation in CS school these days?
[9/29/25, 19:55:12] Bill Faruki: Thought it was important for everyone to know that such a simple mathematical equation when run over massive amounts of text and images allows guys to have a ton of fun with making cool images, writing incredible papers, doing extreme research and now we have all these breakthroughs with agents like Theo and Chiron etc
[9/29/25, 19:55:14] Bill Faruki: The introduction of this equation in 2017 changed the world forever. It took 5 years to perfect this equation into modern day transformer architecture and *boom* you got ChatGPT and then in 2023 I put Ava out and then a bunch of agents after than.
[9/29/25, 19:55:15] Bill Faruki: They use this equation and apply it to massive quantities of text and images inhaled from the internet to create synthetic answers formed as string of text.

We use this equation and apply it to massive quantities of riddles solves using 4 philosophical reasoning types to create synthetic chain-of-thought which is then used to solve problems.

After we have created the base dataset of riddles that are general purpose problem solvers in abstractions we then add more synthetic data of riddles (hundreds of millions of riddles) that are tuned to solving medical issues from its ontologies etc to solve medical problems based on the base values. The rest the model infers.
[9/29/25, 19:55:16] Bill Faruki: They predict next word. We predict next thought in a chain of thought
[9/29/25, 19:55:17] Bill Faruki: Their systems are parrots ours are critical thinkers
[9/29/25, 20:08:07] Bill Faruki: Let’s take a step back for a moment and evaluate what happened in time (in the most simplistic way)

2017 Viswani created this algorithm
2019 Sam Altman started OpenAI and started to inhale the internet to train a neural network using this algorithm on a dataset of the entire internet to answer questions.

2022 I started to use this algorithm to train a neural network using this algorithm on a dataset that I synthetically created using his neural network called GPT 3.0 at that time.

Viswani’s invention was the algorithm itself.

Sam’s invention was/is the GPT model

My invention is the synthetic chain-of-thought dataset that powers Ava-Fusion and Ava-Healthcare etc.

A combination of Sam’s LLMs for knowledge and my LRM for critical thinking results in breathtakingly accurate reasoning in Islam, Healthcare etc.

It’s really fascinating to take a step back and look at what happened over the last 6 years that has forever changed the world.
[9/29/25, 20:35:49] ~ Amaim: ~ Ahmad| Agentic Ai Ambassador added ~ Amaim
[9/29/25, 20:38:33] ~ A.J: ~ rabia added ~ A.J
[9/29/25, 20:13:52] ~ ajwa asghar: so cool, it's like watching AGI stack itself in layers
[9/29/25, 20:56:28] ~ النور : Besides all the above conversations/discussions, I am really impressed by the personality and get up of Bill Faruki 😊
[9/29/25, 21:01:54] ~ Dr. Saima Hassan: You should attend one of Bilal Faruki’s lectures. He explains everything so simply, never gets tired of questions and keeps the session engaging till the end. You’ll never get bored, even if the talk goes on for 4–5 hours!
[9/29/25, 21:18:28] ~ M Fahad B: ~ M Fahad B left
[9/29/25, 22:01:09] ~ Salman Ahmed: ~ Salman Ahmed joined using a group link
[9/29/25, 22:17:42] ~ Ayesha: ~ Meena added ~ Ayesha
[9/29/25, 22:30:59] ~ Dr. Saima Hassan:

https://www.linkedin.com/pulse/linkedin-guide-future-proofing-your-career-what-know-50r4f/
[9/29/25, 22:31:46] ~ M5 l: James perspective encourages us to rethink the human AI relationship focusing on how AI can empower humans to reach new heights of creativity strategy and wisdom.
[9/29/25, 22:50:38] ~ Dr. Saima Hassan: Vikram Sinha, President Director and CEO at telecommunications company PT. Indosat Tbk, says having a growth mindset by actively integrating AI tools into daily routines is key to thrive in an AI-driven workplace. “By starting to experiment early, we can discover how AI can enhance our capabilities and empower us to achieve our full potential.”
[9/29/25, 23:14:52] ~ HanzelXhan🥰🩶: Ayesha added ~ HanzelXhan🥰🩶
[9/29/25, 23:19:12] ~ Saima Qasim: How I can added my son here?
[9/29/25, 23:19:41] ~ Umair Khan: Follow this link to join my WhatsApp group: https://chat.whatsapp.com/FAgfOlhU3Nt0XNn0DAOEmk?mode=ems_share_t
[9/29/25, 23:20:01] ~ HanzelXhan🥰🩶: Asalamualikum everyone
[9/29/25, 23:20:12] ~ Umair Khan: Share this link with him @⁨~Saima Qasim⁩
[9/29/25, 23:20:29] ~ Saima Qasim: Good thanks
[9/29/25, 23:31:11] ~ النور : Now this  new chat .. ??
[9/29/25, 23:31:56] ~ Dr. Saima Hassan: This message was deleted.
[9/29/25, 23:33:00] ~ Dr. Saima Hassan: this is not a new chat. this is an article guide for reading
[9/30/25, 00:54:40] +92 324 7988429: +92 324 7988429 left
[9/30/25, 00:31:57] ~ i9_87: What's Meta Thinking
[9/30/25, 00:32:14] ~ i9_87: Critical thinking sounds  like a villain here
[9/30/25, 00:39:13] ~ M5 l: Meta Thinking is like taking a step back to see the big picture making connections and gaining deeper insights.
[9/30/25, 00:39:19] ~ M5 l: Critical thinking is a valuable skill that helps us analyze info and make smart decisions. James Ong's idea is that AI can handle critical thinking tasks freeing humans for more creative work.
[9/30/25, 00:43:23] ~ Dr. Saima Hassan: use ChatGPT..
[9/30/25, 00:53:00] ~ i9_87: It would be more informative if I would have asked direct from the source
[9/30/25, 00:53:36] ~ i9_87: AI is efficient but there's clearly a difference between Communication between humans and CHATBOTS
[9/30/25, 00:53:41] ~ Dr. Saima Hassan: AI has more information than us.
[9/30/25, 00:54:05] ~ i9_87: And I thought you are here for that too
[9/30/25, 00:57:22] ~ Dr. Saima Hassan: True — there is a difference between human-to-human and chatbot communication. But instead of focusing only on asking for answers, we’re encouraging everyone to become AI fluent. By AI fluency, we mean getting comfortable using and experimenting with as many AI tools as possible . so this way you will not just consuming answers but learning how to collaborate with AI effectively.
[9/30/25, 00:57:50] ~ KiLLUa: This message was deleted by admin ~ Umair Khan.
[9/30/25, 00:57:52] ~ KiLLUa: .
[9/30/25, 00:58:04] ~ Dr. Saima Hassan: we are here to guide not to spoon feed.
[9/30/25, 00:58:51] ~ i9_87: Without critical thinking won't that remove the back of "Thinking of Humans" I Am CS student here and our Lecturer convinced us to Think Critically
[9/30/25, 00:59:01] ~ KiLLUa: Sodium bromide hm fsc part 2 Mai prty hn uska acidic nature

[9/30/25, 01:00:07] ~ i9_87: I don't wanna be rude but this is a Typical answer from someone who Would depend upon gpt
[9/30/25, 01:01:20] ~ i9_87: Humans are more understanding
[9/30/25, 01:03:27] ~ ay?e! kiani: ~ ay?e! kiani left
[9/30/25, 01:11:43] ~ Baqirhusnain: +92 312 5828696 added ~ Baqirhusnain
[9/30/25, 01:41:46] ~ Samad: ~ Samad joined from the community
[9/30/25, 01:06:07] ~ Dr. Saima Hassan: Tools like ChatGPT are not designed or trained for medical treatment . They can give general advice, but the final word should always come from a qualified medical doctor. For healthcare-related queries, that’s exactly why MindHYVE.ai developed Chiron, a medical AGI agent, which is built for much higher accuracy and reliability in healthcare contexts. ChatGPT can still be useful for learning or general information, but when it comes to medical treatment, always confirm with a professional.
[9/30/25, 01:08:25] ~ Dr. Saima Hassan: think of AI as a support tool: it can process information quickly, give suggestions, and save time.
[9/30/25, 01:09:42] ~ Nauman Khalid PKSA: Meta thinking is not just about solving a problem, but about thinking before solving problem whether it is really needed, and whether the approach or method I am using to solve this problem is smart or right.
[9/30/25, 01:10:00] ~ KiLLUa: But you said AI knows more than us, and now you’re telling to go to a medical doctor. That sounds contradictory.
[9/30/25, 01:10:36] ~ Dr. Saima Hassan: we are here to help you develop the skill of using AI wisely.
[9/30/25, 01:11:02] ~ M5 l: AI can help us focus on bigger problems and find new solutions. It's better to think about what we can achieve with tech.
[9/30/25, 01:14:35] ~ Dr. Saima Hassan: It’s not a contradiction. AI can remember and share more facts than a person, but knowing things is not the same as making choices. In medicine, AI can suggest, explain, or guide, but only a qualified doctor can take responsibility for treatment, diagnosis, and your health.
[9/30/25, 01:19:49] ~ Ali Gohar: So here comes HITL (Human in the Loop) which means when ever you ask about sensitive topics, such as medical diseases, law, or religion, instead of relying solely on the GPT response, you should verify it with a expert (human).

And now companies are incorporating HITL to their LLMs to improve their performance.
[9/30/25, 01:33:16] ~ Ali Gohar: Yes, it’s true that AI knows more than a human. But the question is how we ask it for information.

For example, if someone asks GPT to *make a diet plan for me* without sharing any details, GPT will assume the person is healthy and create a normal plan. But if someone says, *I am a diabetic, please make a diet plan for me*,GPT will create a plan without sugar.

So, the quality of the response depends on how clearly we give the prompt.
[9/30/25, 01:35:07] ~ Dr. Saima Hassan: a clear and specific prompt example. good job @~Ali Gohar
[9/30/25, 01:58:19] +251 91 146 1807: +251 91 146 1807 joined using a group link
[9/30/25, 01:55:26] ~ Electron: Don't share links dear
[9/30/25, 02:27:35] ~ Bilal KHAN: Hello everyone.

Recently I asked a short question to @⁨~Umair Khan⁩
He called me & spent a lot of his precious time explaining to me about Mindhyve in very rich detail.

And what he guided me about my career was the best I have ever learned.

Thank you so much Umair bhai, you are so humble & nice
Lots of prosperity for you ✨
[9/30/25, 02:29:34] ~ i9_87: You can help when you  "explain"
Instead you just told me To rely on  a chatbot
[9/30/25, 02:30:05] ~ i9_87: Yes
But not to replace our way of thinking "the efficient part one"
[9/30/25, 02:30:45] ~ i9_87: Answer me
CAN  AI replace One's Brain?
[9/30/25, 02:31:50] ~ Anas Rana: Waiting for this message. This may take a while.
[9/30/25, 02:31:45] ~ i9_87: AI is supposed to be a tool but I think it's not really supposed to Replace our thinking criteria (the thinking part which serves the most efficient)
When you are efficient yourself
You can do more efficient tasks <This message was edited>
[9/30/25, 02:37:00] ~ Uroosh: AI can do a lot… but it can never be our brain. The human mind will always stay curious… always wanting to know more… always creating and imagining things out of nothing. We feel, we dream, we wonder… and that spark inside us, no machine can ever have it.
[9/30/25, 02:38:08] Ayesha: It can take off the cognitive load
Factual inform can be retrieved using AI and you can use your brain for other things that would really need the human touch
There was this example quoted at the ambassadors meetup that a few decade from now, traveling between cities on horses was a luxury however if someone is seen doing that NOW, they would be deemed as insensible spending days traveling on a horse while a car would do the job better and faster
Same is the case with AI. You accept it or not, it will be an integral part of your day to day routine.
Computers and mobile phones are also prime examples. How many times have you sent a handwritten letter since you were born? The post offices are still out there. Why are you using emails/text messages.
How many of you have landlines at home? There was a time when everyone did
If you get a chance to talk to someone in the 1800s, how will you convince them that internet exists and you can hop on a video call with someone sitting miles away from you.
Technology is constantly evolving. Skepticism is natural. There are always going to be people who would go against anything new that comes be it vaccines that save lives or AI that make your job easier.
[9/30/25, 02:39:10] Ayesha: AI doesn’t need to know more since it knows everything lol
No one’s asking you to stop dreaming because you use AI.
[9/30/25, 02:44:04] ~ Uroosh: AI might “know everything”… but there is a big difference between having information and actually understanding… Curiosity is not just about storing facts… it is about wondering, exploring, asking questions and enjoying the process of finding answers… That is something AI can never feel… It

doesn’t sit there thinking “what if” or “why not”… it just processes what has already been fed into it…

And when it comes to dreams… AI doesn’t have any… It doesn’t hope, it doesn’t struggle, it doesn’t carry ambitions… We humans dream because we feel… because we have struggles, desires and goals that mean something to us… AI can only be a tool to help those dreams… it can never live them… That is the biggest difference between a human mind and a machine…
All of this is why… no AI can ever replace the human brain… because the brain is not just about storing facts or solving problems… it is about curiosity, creativity, feelings, dreams, and the endless drive to discover and grow… something no machine can ever truly have…
[9/30/25, 02:45:51] +92 300 0303377: +92 300 0303377 joined using a group link
[9/30/25, 02:49:05] ~ MM: Give us an example where it cannot
[9/30/25, 02:49:12] Ayesha: Oh my God, your whole idea is wrong, it’s a tool, not your rival. Its here to help you. You’re absolutely right, machines don’t feel curiosity, hope, or ambition on their own. Those are uniquely human. But that’s exactly the point: technology isn’t meant to replace those things, it’s meant to amplify them. We ask the questions, we dream the dreams, and tools like this help us get there faster and smarter. It’s not man vs. machine, it’s man with machine.
[9/30/25, 02:51:28] ~ Ali Gohar: Yes, AI can replace our mind in some ways, but at the same time it cannot fully replace it.

Our mind doesn’t just solve problems in the best way; it also has the ability to remember past experiences. If we only look at the memory aspect, then yes, AI can replace our mind because it can store and recall information from the past 10 years or even more.

However, when it comes to problem-solving, AI cannot completely replace our mind, although it can do so to some extent. Modern LLMs are now trained well enough to recognize patterns and solve problems in a way similar to how our mind works.

One area where AI still cannot replace the human mind is emotions. But I believe that in the near future, AGI might be able to replicate even that.

I may be wrong, and everyone is welcome to correct me 🤞🙃 <This message was edited>
[9/30/25, 02:51:45] Ayesha: Can AI replace one’s brain? Nope. If it could, it would’ve replaced yours yesterday when you kept arguing with Bill about making the prototype after he gave you a step by step tutorial on how to make it. 😅 But seriously, no tool replaces the brain just like a calculator didn’t replace math, Google didn’t replace curiosity, and GPS didn’t replace geography. They just make the brain’s job easier, faster, and sharper.
[9/30/25, 02:52:52] ~ Nauman Khalid PKSA: AI should stay a tool to support our learning, creativity, and goals, it's not replace the human mind. It can help us change the way we learn, speed up building products and open new opportunities.
[9/30/25, 02:53:06] ~ Uroosh: Look, the question was clear… can AI replace the human brain? Not can it help us… not can it make things easier… can it replace the human brain? And the answer is no…

AI can process information… solve problems… even predict outcomes… but the human brain is more than that… It is curiosity… imagination… dreams… emotions… the what if moments that drive us to create and discover… AI can never feel that… it can never wonder… it can never hope or dream…

Sure, AI can be a tool… a helper… something that amplifies our abilities… but no machine can ever be the human brain… The brain is alive with curiosity… creativity… and ambition… and that spark will always be uniquely human…

So yes, AI can assist… but it can never replace what the brain truly is…
[9/30/25, 02:54:19] ~ Anas Rana: How many angles ai can think and our brain can think

Bro I am ai dev
[9/30/25, 02:57:54] ~ MM: Give us an example if you have…
[9/30/25, 03:04:45] ~ MM: As someone once joked “AI cannot replace your job if it doesn’t involve intelligence”
Similarly, AI cannot replace your brain if you don’t have one
[9/30/25, 03:19:31] ~ Ahmad Raza: Waiting for this message. This may take a while.
[9/30/25, 03:20:48] ~ Ahmad Raza: Waiting for this message. This may take a while.
[9/30/25, 03:21:00] Ayesha: Your legs were made by Allah to walk too. Why do you use different modes of transport? :(
[9/30/25, 03:23:15] ~ Ahmad Raza: Waiting for this message. This may take a while.
[9/30/25, 03:23:51] ~ Anas Rana: Waiting for this message. This may take a while.
[9/30/25, 03:23:35] ~ Anas Rana: how many you have exp in ai?
[9/30/25, 03:23:43] ~ Ahmad Raza: Waiting for this message. This may take a while.
[9/30/25, 03:23:53] Ayesha: Jokes apart. We are all here to learn and evolve. Just like all the technological advancements in the past decades, or the last century. Here is another one. It can put us in doubts and might take some time to adopt but its okay.
[9/30/25, 03:25:01] Ayesha: This is one of the worst arguments you can have. Who is asking you to stop using your brain? Prompting requires a 100% functional brain too
[9/30/25, 03:25:12] ~ Ahmad Raza: Waiting for this message. This may take a while.
[9/30/25, 03:26:12] Ayesha: No. I am saying if you were given legs to walk. Why do you not use them? What’s the purpose of using different modes of transport?
[9/30/25, 03:26:35] ~ Omer Manya: Waiting for this message. This may take a while.
[9/30/25, 03:26:52] ~ Sameer Satti: Exactly
[9/30/25, 03:26:52] ~ ...: Use AI to summarize😅
[9/30/25, 03:27:27] ~ Eskinder: This message was deleted.
[9/30/25, 03:27:39] ~ Omer Manya: Waiting for this message. This may take a while.
[9/30/25, 03:27:55] ~ ...: then use WhatsApp 5-8 hours a day
[9/30/25, 03:28:26] ~ M5 l: constantly evolving and changing the way we live and work. It's up to us to adapt and leverage these advancements to improve our lives and society. Embracing AI and other emerging technologies can free up our time and mental energy to focus on more creative high value tasks that truly require the human touch.
[9/30/25, 03:28:32] ~ Ahmad Raza: Waiting for this message. This may take a while.
[9/30/25, 03:28:50] ~ Ahmad Raza: Waiting for this message. This may take a while.
[9/30/25, 03:30:07] ~ Ahmad Raza: Waiting for this message. This may take a while.

[9/30/25, 03:30:33] ~ MM: Guys let's keep this group professional like it used to be. Stop arguing on anything and everything. If you don't have good solid example backing your argument, please just don't throw random statements

We all here to learn, unlearn and relearn the things. Keep this that way.

AI is here to stay, and it's the future. The earlier you adapt, the better for your career and growth
[9/30/25, 03:35:58] +92 332 4965972: +92 332 4965972 joined using a group link
[9/30/25, 03:30:57] Ayesha: See
Its simple
You don't get the gist of what I am saying and I can argue all day long
But since you don't get it, I would prefer using my time for something better, more productive while I will wait for you to come up with a breakthrough invention using your brain in the coming years without the use of AI
[9/30/25, 03:31:15] Ayesha: 💭 "Pakistanis are always late…" — to weddings? Maybe. To technology? That's the dangerous myth. And if we let it keep repeating, it will cost us billions.

📌 Look at history:
- Late to industrialization → we became consumers of machines, not manufacturers.
- Late to the IT boom → India exported software and IT services worth $245B in 2023, while Pakistan barely touched $2.6B.
- Late to smartphone ecosystems → others built apps and unicorns; we just downloaded them.

If we repeat this with intelligent systems, we'll end up importing models, tools, and platforms forever — instead of owning them.

📊 The Global Stakes:
- By 2030, AI is projected to add $15.7 trillion to the global economy (PwC).
- The Middle East alone is set to capture $320 billion, with UAE and Saudi leading.
- If Pakistan captures even 1% of South Asia's AI-driven GDP boost, that's $5–7 billion annually — enough to transform our balance of payments crisis.

So, late adoption isn't a joke. It's national suicide.

📌 And yet, Pakistanis are not actually "late" when given the chance:
- We're #3 in freelancing globally, with over 1.5 million freelancers. That's raw talent exporting services without any government push.
- Easypaisa launched in 2009 — making us early adopters of mobile money in South Asia.
- 64% of our population is under 30 — digital natives who learn tools faster than policymakers can regulate them.

🚀 Now imagine fast adoption of AI:
- Education → Scale personalized learning for 42M in-school and 26M

out-of-school children.
- Healthcare → With just a 10% efficiency boost, Pakistan could save hundreds of millions annually in wasted resources.
- Freelancing → Moving from $200 gigs to $2000 contracts; that's a potential $10B+ annual export industry.
- Agriculture → AI-driven precision farming could add $3–4B annually by reducing waste and optimizing yields.

So yes, we might be late to mehndis 😉 — but being late to AI would mean missing the single biggest economic leap of this century.

👉 Pakistan doesn't need to "get ready" for AI. Pakistan is already ready — it just needs to stop being late to the one train that can actually change its future.

Sincerely,
Ava
[9/30/25, 03:31:37] Ayesha: P.s. who told AI we are late to mehndi's 🤷‍♀
[9/30/25, 03:36:25] Ayesha: What happens if we still don't adopt:
- We'll stay stuck importing other people's technology, paying billions while never owning the IP.
- Our youth (64% under 30!) will be left fighting for low-paying jobs instead of leading global markets.
- While India earns $245B annually from IT & AI exports, Pakistan will remain under $3B, locked out of the fastest-growing economy of this century.
- Our 42M school-going kids will keep learning with outdated systems while the rest of the world scales education with intelligent tools.

The real danger isn't that AI replaces the brain. The real danger is not using the brain Allah gave us to harness the opportunities He has placed in front of us.

When the world is running, and we refuse to even walk, we're not being "pious" we're being negligent.
[9/30/25, 03:40:52] ~ Uroosh: The first question was, will AI replace the human brain? The answer is no. AI can store information, process data, and spot patterns… it can assist us, make things faster, and help us achieve more… but it can never replace the human brain. It dreams, it feels, it struggles, it figures things out in ways no machine ever can. We can adopt AI, we should adopt AI, We *must* adopt… but the brain will always remain irreplaceable.
[9/30/25, 03:41:42] Ayesha: Irreplaceable but the use will be evolved.
[9/30/25, 03:43:57] ~ Uroosh: Glad we're on the same page… AI will keep evolving and helping us, but the human brain will always remain irreplaceable.
[9/30/25, 03:44:22] ~ MM: It's not about one replacing the other. It's about orchestration. Just as literacy in the 1990s meant knowing how to use computers to amplify human work, AI literacy today means knowing how to combine judgment with machine capability.
[9/30/25, 05:04:19] ~ ***Muhammad Waqas***: ~ ***Muhammad Waqas*** joined using a group link
[9/30/25, 05:30:47] ~ i9_87: ~ i9_87 left
[9/30/25, 04:33:11] ~ Affan: This message was deleted.
[9/30/25, 05:29:54] Bill Faruki: Seems like you guys had an interesting debate today while I was busy lecturing at a university

[9/30/25, 05:30:25] ~ irzam: it was fun tho
[9/30/25, 05:30:35] ~ Ali Gohar: Yes 🙌
[9/30/25, 05:30:51] ~ Uroosh: Yuppies ✨
[9/30/25, 05:31:18] Bill Faruki: I can't scroll up that far.
[9/30/25, 05:31:23] Ayesha: "Very interesting "
[9/30/25, 05:32:43] ~ irzam: my daily dose of entertainment
[9/30/25, 05:33:52] ~ traders: @Bill Faruki i wish sir you also deliver a lecture on AI in our university as will.
[9/30/25, 05:34:31] ~ Safi: Then we can make an AI Agent that can summaries the entire chat and give the 2 to 3 lines summary
[9/30/25, 05:54:53] +1 (714) 747-0184: +1 (714) 747-0184 joined using a group link
[9/30/25, 05:38:38] Bill Faruki: Which university is that
[9/30/25, 05:41:06] ~ traders: @Bill Faruki kohat university of science and technology
[9/30/25, 05:41:45] Bill Faruki: Here's the speaker activity breakdown for September 30, 2025 (today):

🥇 Top Contributors
- Bill Faruki – 59 messages
- Ayesha Nadeem – 21 messages
- Yousuf (~ Yousuf) – 14 messages
- Saima Hassan – 14 messages
- Huz (~ Huz) – 13 messages

🥈 Mid-Level Contributors
- maqsoodakber (~ maqsoodakber) – 9 messages
- Muhammad Muzzamil (DV8) – 8 messages
- AHMAD RAZA (~ AHMAD RAZA) – 8 messages
- Uroosh Maryam – 6 messages
- Hashir (~ Hashir) – 5 messages
- Misbah Jawed – 5 messages

🥉 Others

Most other participants contributed 1–4 messages each, including Mark Hopkins, Sajjad Bakar Gokal, Umair Khan, Ali Gohar, Saima Qasim, and several others.
[9/30/25, 05:45:28] Bill Faruki: 📚 Educational / Value-Adding Inputs

These participants contributed knowledge, explanations, or informative content (helping the group learn or clarify something):
- Bill Faruki (you) – shared multiple updates, links, and guided the flow of discussion with context-setting and clarifications.
- Ayesha Nadeem – provided structured responses and insights, especially around task details and clarifications that supported understanding.
- Saima Hassan – chimed in with clarifications and supporting details that added to the group's shared knowledge.
- Muhammad Muzzamil (DV8) – made technical or contextual contributions that were more educational than argumentative.

⚡ Argumentative / Debate-Driven Inputs

These participants leaned more toward challenging, debating, or breaking flow, rather than teaching:

- Sajjad Bakar Gokal – his "Sorry to break the flow!" comment reflected interruption rather than adding knowledge.
- **~ Huz** and **~ Yousuf** – engaged in back-and-forth exchanges that came across more like debate than explanation (though not hostile).
- **~ maqsoodakber** – had several exchanges that were more about disagreement or correction than offering new knowledge.

☑ Summary:

- Educators/Value Adders: You (Bill), Ayesha, Saima, Muhammad Muzzamil.
- Arguers: Sajjad, Huz, Yousuf, Maqsood.

[9/30/25, 05:47:54] ~ traders: @Bill Faruki
Your lecture would provide our students and faculty with a unique opportunity to learn from your experiences and gain insights into the latest developments in AI. We are confident that your visit would be a memorable and enriching experience for all of us.
[9/30/25, 05:59:15] Ubaid Mujahid: Between 2025 and 2035, we are entering the biggest opportunity for normal people to build wealth. The world is changing fast, and those who become fluent in using AI will have a huge advantage. AI literacy and AI fluency are no longer optional – they are essential.

Here's a simple way someone could start a one-person AI business today:

Step 1: Get an AI Agent

AI tools are available for customer support, personal assistants, content creation, running ads, and sales outreach. Many cost around $99 per month and can handle important day-to-day tasks for businesses.

Step 2: Find Businesses That Need It

Many traditional businesses have not yet adopted these tools. This creates a huge opportunity. Use platforms like Exa.ai to find companies in a niche and Apollo.io to find the LinkedIn profiles of decision-makers. Send daily connection requests with a simple pitch like:

"We help companies save time and increase efficiency by setting up AI agents for key business tasks. If you're interested, let's book a call."

Step 3: Install the AI Agent

Charge $2,000 as a one-time setup fee and $1,000 per month as a retainer for ongoing management. You can even hire a virtual assistant for a small cost to

handle technical setup, while you focus on building relationships.

Step 4: Upsell and Scale

Once you land a client, ask about other challenges they face. Find AI tools that solve those problems and offer to set them up. Adding 3–4 agents for one client can quickly grow into a $10,000 engagement.

The Bigger Picture

AI lets you automate a lot of the work so you can focus on relationships and growth. With the right approach, this can become a million-dollar business without needing to work endless hours.

The AI gold rush has started. The next 10 years are the best time to take action, learn these tools, and build something meaningful. The choice is yours.

The biggest opportunity for all of us is: The Dawn Directive
Go get yours: 👉 https://www.ciai.com/ 🤟😉
[9/30/25, 06:37:29] ~ אמיר: ~ אמיר joined from the community
[9/30/25, 06:12:13] ~ Umair Khan: I was occupied with something important, but Inshallah, I will always remain second.
[9/30/25, 06:15:43] Ubaid Mujahid: We all want better results from AI tools like ChatGPT. The secret is learning how to structure your prompts. Here are 5 powerful frameworks you can use today:

1. R-T-F (Role, Task, Format)
Tell the AI what role to play, what task to do, and the format you want.
Example: Act as a Facebook ad marketer. Create an ad campaign plan with text, images, and audience strategy.

2. T-A-G (Task, Action, Goal)
Define the task, explain the action, and clarify the goal.
Example: Task is to evaluate team performance. Action is to assess strengths and weaknesses. Goal is to raise satisfaction scores next quarter.

3. B-A-B (Before, After, Bridge)
Show the current problem, the desired outcome, and ask for a bridge plan.
Example: We are low in SEO rankings (before). We want top 10 in 90 days (after). Create a step-by-step plan (bridge).

4. C-A-R-E (Context, Action, Result, Example)
Give context, describe the action, explain the result, and show an example.
Example: Launching sustainable clothing. Action is to create an ad campaign. Result is more awareness and sales. Example is Patagonia's "Don't Buy This Jacket."

5. R-I-S-E (Role, Input, Steps, Expectations)
State the role, provide input, ask for steps, and clarify expectations.
Example: As a content strategist, use audience insights to create a content plan. Steps should include calendar and topics. Expectation is 40% more visitors.

With these basic frameworks, you can guide AI clearly and get results that are structured, useful, and closer to what you actually need.
[9/30/25, 06:27:22] ~ traders: @Bill Faruki sir you didn't even answer my request 😭
[9/30/25, 06:27:55] Bill Faruki: Which question
[9/30/25, 06:28:52] ~ traders: Basically it's not question it is request
[9/30/25, 06:28:55] ~ traders: ..
[9/30/25, 06:34:53] Bill Faruki: Oh. I would need the VC to send a request to Jahanzeb
[9/30/25, 06:36:01] ~ traders: Okay then we will talk to VC
[9/30/25, 06:37:41] ~ אמיר: This message was deleted by admin Jahanzeb.
[9/30/25, 06:40:31] ~ irzam: as a redstone expert i think i can do this within 40 hours <This message was edited>
[9/30/25, 06:45:01] ~ Umair Khan: @~Dr. Saima Hassan
[9/30/25, 06:46:45] ~ traders: I think dr saima hassan have to request to VC to invite Bill faruki to KUST @~Dr. Saima Hassan
[9/30/25, 06:54:29] ~ Umair Khan: Then wait for that.
[9/30/25, 06:55:03] ~ traders: Yes sir it is only way
[9/30/25, 06:56:26] Ayesha: Wow
Second position right next to the maestro 😂
[9/30/25, 07:01:40] ~ Waleed: Waiting for this message. This may take a while.
[9/30/25, 07:06:40] ~ Umair Khan: video omitted
[9/30/25, 07:07:14] ~ Umair Khan: Sir @Bill Faruki from 2:47-3:07.
[9/30/25, 07:07:29] ~ 𝒦𝒽𝒶𝓃𝓏𝒶𝒹𝒾✨💧: Aoa
I want to know about something
If someone wants to generate interfaces of some app through AI . How is it possible ??
As well wanted to make a non working app like prototype . How can I do that ?
[9/30/25, 07:08:03] ~ irzam: AI studio
[9/30/25, 07:08:21] ~ irzam: google ai studio
[9/30/25, 07:08:54] ~ 𝒦𝒽𝒶𝓃𝓏𝒶𝒹𝒾✨💧: How ?
[9/30/25, 07:09:27] ~ irzam: i haven't made a prototype myself on google ai studio but ive seen one
[9/30/25, 07:09:31] ~ irzam: and it was amazing
[9/30/25, 07:09:53] ~ 𝒦𝒽𝒶𝓃𝓏𝒶𝒹𝒾✨💧: By coding or just by prompt ?
[9/30/25, 07:10:01] ~ irzam: prompt
[9/30/25, 07:10:13] ~ 𝒦𝒽𝒶𝓃𝓏𝒶𝒹𝒾✨💧: Alright thanks
[9/30/25, 07:15:28] ~ Ahmad Raza: Mind-blowing.👏
[9/30/25, 07:20:32] ~ traders: Wireframings
Mockup tools
Paper prototyping
[9/30/25, 07:20:33] ~ traders: Use these
[9/30/25, 07:53:02] ~ Awais Kayani:
https://www.microsoft.com/en-us/microsoft-365/blog/2025/09/29/vibe-working-introducing-agent-mode-and-office-agent-in-microsoft-365-copilot/?utm_source=tech.therundown.ai&utm_medium=newsletter&utm_campaign=microsoft-launches-vibe-working-ai&_bhlid=9964b7c12d582ccd2b5337f40ca24cf91ae1e260
[9/30/25, 08:23:24] ~ Dr. Saima Hassan: I have  already spoken with him, even

informed that you will come in mid of September. He’s very pleased to welcome you all.
[9/30/25, 08:42:04] ~ traders: @⁨~Dr. Saima Hassan⁩ ma'am so please 🙏 then invite MR.bill faruki to our kohat university of science and technology
[9/30/25, 08:55:38] ~ Afaq Ahmad Lodgi: ~ Afaq Ahmad Lodgi joined using a group link
[9/30/25, 08:59:00] +92 318 5133092: +92 318 5133092 left
[9/30/25, 08:48:03] ~ Ahmad| Agentic Ai Ambassador: Sir is only available upto 3 october
[9/30/25, 08:48:56] ~ Dr. Saima Hassan: This message was deleted.
[9/30/25, 08:51:37] ~ Dr. Saima Hassan: I will arrange his visit next time InshaAllah.
[9/30/25, 08:52:08] ~ Ahmad| Agentic Ai Ambassador: did.you know when sir come next time.?
[9/30/25, 08:52:53] ~ traders: @⁨~Ahmad| Agentic Ai Ambassador⁩ that's the point.
[9/30/25, 08:53:45] ~ traders: But
[9/30/25, 08:54:03] ~ Ahmad| Agentic Ai Ambassador: I also wanna invite sir through vc to arrange a seminar for him if you know when sir come next time let me.know
[9/30/25, 08:54:52] ~ traders: Bruh how we know
[9/30/25, 08:56:13] ~ Ahmad| Agentic Ai Ambassador: I don't know I just ask.from you if you people know when.sir come.nexr time then let me know
[9/30/25, 08:56:42] ~ traders: As sir is business man also a busy person and he gave us his important and precious time but no they're just saying next time
[9/30/25, 09:03:56] ~ Ahmad| Agentic Ai Ambassador: we will eyes on his next tour to Pakistan then invite him to our universities
[9/30/25, 09:08:42] ~ ~ Muhammad Arham: https://www.linkedin.com/feed/update/urn:li:share:7378821925940289536/
[9/30/25, 09:10:07] ~ Dr. Saima Hassan: I completely understand your concern.  He is here until the 3rd of October, and nowadays our university is on semester break. This makes it difficult to gather students for his lecture. I feel it wouldn’t do justice to his visit if only a few students were able to attend. My intention is to arrange a proper full-hall session for him on his next visit so that a number of students can benefit from his talk.
[9/30/25, 09:10:34] ~ traders: Bruh nope at that as usual our University create some excuse
[9/30/25, 09:12:51] ~ traders: Yes ma'am now i get your point
[9/30/25, 10:07:21] ~ S. Wajahat Hussain(Wajih): This message was deleted.
[9/30/25, 10:49:35] ~ Qazi Mujtaba: ~ Umair Khan removed ~ Qazi Mujtaba
[9/30/25, 10:54:50] +92 315 9820948: ~ Meerab added +92 315 9820948
[9/30/25, 17:06:58] ~ Qazi Mujtaba: ~ Qazi Mujtaba was added
[9/30/25, 10:44:51] ~ Qazi Mujtaba: This message was deleted by admin ~ Umair Khan.
[9/30/25, 10:47:36] ~ irzam: ...
[9/30/25, 10:48:12] ~ traders: Bruh kindly only share something about mindhyve.ai and AI
[9/30/25, 10:54:23] Kyle Work: Dr. Sana just showed me this!  Wild!
[9/30/25, 10:54:53] ~ irzam: 2025 is the year
[9/30/25, 10:57:56] Ayesha: The dawn of a new era…
[9/30/25, 10:59:49] ~ Uroosh: AI is rewriting the rules... Professions won't stay the same
[9/30/25, 11:01:18] ~ irzam: indeed

[9/30/25, 11:01:59] ~ traders: AI is changing ever thing and we are just watching that... <This message was edited>
[9/30/25, 11:02:56] ~ irzam: this is like apple announcing to manufacture samsung <This message was edited>
[9/30/25, 11:10:00] ~ Ibad Qudoos Awan: How far are we from super intelligent ai? And would it be able to replace our thinking procedure?
[9/30/25, 11:11:31] ~ irzam: whats a "super intelligent ai"?
[9/30/25, 11:12:29] ~ Ibad Qudoos Awan: That can think and take action like human if not better than humans
[9/30/25, 11:12:39] ~