MERCURY

# Mercury 2FA Recovery Kit

Store this somewhere safe (e.g. a safe, password manager, etc.)
Do **NOT** store these in your Google Drive, computer, or anywhere accessible with your email

Mercury will NEVER ask you for these over the phone, please do not share them with anyone.

## Step 1

Check that you're on **app.mercury.com**




## Step 2

Choose a backup code and enter it instead of your 2FA code

[redacted]

*Cross off your backup code after using it*

---

Generated for accounts@nirum.io on September 26, 2025 at 06:16 PM