PETER SUNUKJIAN, SBN 196896
*peter@briggsalexander.com*
PAUL SUNUKJIAN, SBN 362716
*paul@briggsalexander.com*
**BRIGGS ALEXANDER, APLC**
4300 Campus Drive, Ste. 210
Newport Beach, CA 92660
Tel. 714-520-9250
Fax 714-520-9248

Attorneys for Plaintiff
MINDHYVE.AI, INC.

Justin Eballar, Esq. [Bar No. 294718]
*Justin@enaralaw.com*
*Filings@enaralaw.com*
**ENARA LAW CA PC**
2372 Morse Ave., Ste. 706
Irvine, CA 92614
(949) 996-9225

Attorney for Defendant
Shadi Nachat

BRIGGS ALEXANDER
A PROFESSIONAL LAW CORPORATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MINDHYVE.AI, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHADI NACHAT, an individual; YAHYA NASHAWATI, an individual, and DOES 1-20,<br><br>Defendants. | CASE NO. 8:26-cv-971-SSS-ADSx<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING OF SPECIAL MOTION TO STRIKE AND TO PERMIT LIMITED DISCOVERY**<br><br>Courtroom: 2<br>Before: Hon. Sunshine K. Sykes<br><br>NOTE CHANGE MADE BY COURT |

Having considered the parties' Joint Stipulation To Continue Hearing Of Special Motion To Strike (Dkt. 20) And To Permit Limited Discovery, the Court hereby orders that the hearing of Defendant's special motion to strike is continued from September 25, 2026, at 2:00 p.m. to November 20, 2026, at 2:00 p.m., via Zoom videoconference. The Court further orders limited discovery as follows:

a. Defendant will produce documents reasonably related to the matters at issue in the motion;

b. If requested; Defendant will appear for a subsequent deposition limited in time to two hours and limited in subject matter to the matters at issue in the motion;

c. Plaintiff will produce documents reasonably related to the matters at issue in the motion; and

d. If requested, Plaintiff will produce Bill Faruki for a subsequent deposition limited in time to two hours and limited in subject to the matters at issue in the motion.

**IT IS SO ORDERED.**

Dated: Sept. 4, 2026

Hon. Sunshine S. Sykes
United States District Court Judge

BRIGGS ALEXANDER
A Professional Law Corporation